[illegible handwritten lines]
_____ Jacman  (Pro Se)

V

U.S. Dept. of Education &
MA Dept. of Education

COMPLAINT
Refered to MJ RB Collings

05-11764 RWZ

1. The Plaintiff is a resident of Roxbury, Suffolk County, Massachusetts and a citizen of the United States.

2. The defendants, US Dept. of Education & MA Department of Education are the government agencies that represent the "No Child Left Behind Act for the United States Government

Jurisdiction

3. This court has jurisdiction over this matter pursuant to

Facts

4. On November 2, 2004, the MA Dept. of education voted to revoke the charter of Roxbury Charter High Public School. The commissioner stated during the hearing that his agency was responsible for all matters expecting these charter including information relative to student transitions and Public school choice options as these rules and mandates defined in "No Child Left Behind Act". The statute indicates that is a Local Education Agency makes a decision for school closure or revocation. The LEA must offer more than one choice to eligible students under Title I. Law further states notify all parents of students ... on having to provide alternative and plan for _____ .....

5. No Child Left Behind further states LEA must "Identify each ____ _____ school _____ _____ _____ _____ and _____ overall quality of schools". No Child Left Behind (NCLB) state "Priority must be given to ____ school achieving low name _____. (Along with _____ _____ _____ _____ High

6. The MA Dept of Education did not respond to parents requests concerning _____ of _____ _____ _____ _____ Charter students. A violation of NCLB

Plaintiff's Name

7. [illegible] requested information and materials from [illegible]
   [illegible] Defendant [illegible] in a "matter" with the Roxbury
   [illegible] their Public Schools and both have attorneys. However
   there has not been any representation of them for Students,
   or issues are resolved between MA DOE & RCPS

8. Defendant made the ruling to close the school doors in December.
   An appeal was filed by the RCPS Board within the required 15 days
   of receipt of notice. The MA DOE held a hearing (5) months later
   and this action is still a litigation.

9. The Request that the US District Court examine whether the US
   Dept. of education and the MA Dept. of Education violated the
   NCLB laws as they pertain to Students with Disabilities.
   Plaintiff further requests that MA DOE not be allowed to open
   any additional charter Schools until a review and completed
   report of its findings. Plaintiff requests that the current local LEA
   be paid

10. Therefore, the plaintiff demands judgment against defendants for
    damages and such other relief as this court deems just.

11. The plaintiff requests immediate action and, a ruling from the
    judge or jury.

Stephina Stutes
3919 Washington Street #2
Roslindale, MA 02151

(11) 524-6543
August 24, 2005

# Eligible Students

- All students enrolled in the Title I schools described above are eligible for choice.

- Priority must be given to the lowest achieving, low income students.



# Number of Options

- The LEA must offer more than one choice to eligible students.



# Notifying Parents

- Notify all parents of students enrolled in Title I schools that have been identified as having to provide choice.

- This notification must be comprehensive and in an easy-to-understand format.



# Notifying Parents (Part 2)

- At a minimum, this notification must:

1. Inform parents that their child is eligible to attend another public school;

2. Identify each public school, including public charter schools, that the parent can select; and

3. Describe the performance and overall quality of those schools.



# Length of Time for Choice

- An LEA must permit the student to remain in the new school until the student has completed the highest grade in the school.

- However, the LEA is no longer obligated to provide transportation when the student's school of origin is no longer identified for improvement.



# Specialty Schools as Choice Options

- LEAs cannot disregard a school's entrance requirements.



# If No Schools Are Available (Part 1)

- Parents must *still* be notified

- Such notification might also inform parents of the option of supplemental services for those children who are eligible



# If No Schools Are Available (Part 2)

- May establish a cooperative agreement with other LEAs

- May offer supplemental educational services to all students who are eligible



# Late Assessment Results

(applies *only* for 2002-2003)

- States with late assessment results may allow LEAs to wait to take action.

- If the results indicate that a school has not made AYP for a second consecutive year, the school *must* remain in improvement status and immediately offer supplemental services and choice as soon as possible.



# Public School Choice

■ Beginning in the 2002-2003 school year, Title I schools must offer public school choice if the school is:

1. In the first year of school improvement,

2. In the second year of school improvement,

3. In corrective action, or

4. In the planning year for restructuring.



# Sample School Timeline

|  |  |  |
|---|---|---|
| Year 1 | Baseline |  |
| Year 2 | Fail to make AYP |  |
| Year 3 | Fail to make AYP |  |
| Year 4 | 1st year of school improvement | Technical assistance; Public school choice |
| Year 5 | 2nd year of school improvement | Technical assistance; Public school choice; supplemental educational services |



No Child LEFT BEHIND



The Commonwealth of Massachusetts
Department of Education

350 Main Street, Malden, Massachusetts 02148



UNITED STATES POSTAGE

PITNEY BOWES

02 1A
0004375651        $ 00.37⁰
                  JUN 07 2005
MAILED FROM ZIP CODE 02148

To the Parents/Guardian of Kendrick Foreman
3919 Washington Street
Roslindale, MA 02131

02131+1232    13







# *The Commonwealth of Massachusetts*
# *Department of Education*

*350 Main Street, Malden, Massachusetts 02148-5023*          *Telephone: (781) 338-3000*
*TTY: N.E.T. Relay 1-800-439-2370*

*David P. Driscoll*
*Commissioner of Education*

June 6, 2005

Dear Parent/Guardian,

As you know, the state Board of Education voted in December to revoke the charter of the Roxbury Charter High Public School. The school's Board of Trustees has appealed this decision, and a final decision will not be made by the Board of Education until after the completion of an administrative hearing that is taking place in June.

In the meantime, it is important for all parents/guardians to select another school for their children to attend next year, in the event that the closing does take place. Most of you have already done so. For those of you who haven't, I urge you to take care of this as soon as possible. If you are a resident of Boston and need assistance with placement in the Boston Public Schools, please return the form at the bottom of this page to the Charter School Office at the Department of Education, and we will assist in whatever way we can.

We are very aware of the disruption caused by this decision, and we will do everything we can to facilitate the transition for your child(ren).

Sincerely,

David P. Driscoll
Commissioner of Education

---------------------------------------------------------------------------------------------------------------

I _____ , parent/guardian of _____

_____ grade _____;    _____ grade _____

who currently attend(s) Roxbury Charter High Public School, give permission to the Department of Education to seek help with placement for my child in the Boston Public Schools for the 2005-06 school year.

Name (please print) _____

Address: _____

Telephone: _____



THE COMMONWEALTH OF MASSACHUSETTS

EXECUTIVE DEPARTMENT

STATE HOUSE    •    BOSTON 02133

(617) 725-4000

MITT ROMNEY
GOVERNOR

KERRY HEALEY
LIEUTENANT GOVERNOR

May 13, 2005

Mr. Stephona Stokes
3919 Washington Street, Apartment #2
Roslindale, Massachusetts 02131

Dear Mr. Stokes:

I am writing to let you know that I received your letter and appreciate the opportunity to hear from you. Your thoughts, opinions and requests are very important to me. I rely on you to help me make our government more efficient and responsive to your needs.

Today, I have forwarded your letter to the responsible executive office staff for review and response on my behalf. Thank you once again for contacting my office.

With kind regards and best wishes,

Mitt Romney

# Massachusetts Board of Education

## Regular Meeting Agenda for May 24, 2005

Massachusetts Board of Education
Northampton High School
380 Elm Street, Northampton, MA 01060
Tuesday, May 24, 2005
9:00 a.m.
**Comments from the Chairman**
**Comments from the Commissioner**
**Statements from the Public***

### Routine Business:

Approval of the Minutes of the April 26, 2005 Regular Meeting - Vote

### Items for Discussion and Action:

1. Amendments to Special Education Regulations (603 CMR 28.00) - **Discussion and Vote**
2. Proposed Revisions to High School Science and Technology/Engineering Standards - **Initial Discussion and Vote to Solicit Public Comment**
3. Amendments to Springfield Student Assignment Plan - **Discussion and Vote**
4. School and District Accountability System: Cycle IV Attendance and Graduation Targets - **Discussion**
5. Charter Schools
    a. Roxbury Charter High School: Request to Rescind Board Vote on Revocation of Charter - **Discussion**
    b. Charter Amendment for Mystic Valley Charter School - **Discussion and Vote**
6. Board of Education Annual Report for 2004 - **Discussion and Vote**
7. Approval of Grants - **Vote**

### Other Items for Information:

8. Fact-Finding Reviews: Summary and Memo
9. Proposed Process and Timetable for Revising Educator Licensure
10. Directions to the Meeting

### Board Members

James A. Peyser, Chairman, Milton
Mr. J. Richard Crowley, Vice-Chairman, Andover
Ms. Harneen Chernow, Jamaica Plain
Dr. Judith I. Gill, Chancellor, Board of Higher Education, Boston
Ms. Emily Levine, Chair, Student Advisory Council, Leeds
Dr. Roberta R. Schaefer, Worcester
Dr. Abigail Thernstrom, Lexington
Mr. Henry M. Thomas, III, Springfield
David P. Driscoll, Commissioner of Education
Secretary to the Board
*The Board of Education makes available a maximum 30-minute period for persons in the audience to address the Board on Specific agenda items. In order to hear as many speakers as

possible, the Board limits individuals to 3 minutes, although written material of any length may be submitted. Also, the Board asks associations or groups to select only one speaker to represent the organization. Persons wishing to speak at a Board meeting should submit their request at least 5 days before the meeting. Fifteen written copies of the testimony should be submitted at or prior to the meeting so that it can be distributed to all members. Please send all testimony and requests to the Board of Education, 350 Main Street, Malden, Massachusetts 02148.

The Massachusetts Department of Education, an affirmative action employer is committed to ensuring that all of its programs and facilities are accessible to all members of the public. We do not discriminate on the basis of age, color, disability, national origin, race, religion, sex or sexual orientation. Inquiries regarding the Department's compliance with Title IX and other civil rights laws may be directed to the Human Resources Director, 350 Main Street, Malden, Massachusetts 02148, phone: 781-338-6105.

Notification in accordance with Chapter 30A of the General Laws.

## Stephona Stokes

| | |
|---|---|
| **From:** | Stephona Stokes |
| **Sent:** | Thursday, May 12, 2005 2:58 PM |
| **To:** | 'dean.kern@ed.gov' |
| **Subject:** | URGENT!!! Massachusetts DOE Charter Schools Rulings Has Students In Limbo!!!!!! |


*Dear Mr. Kern ,*

*This issue warrants immediate federal intervention/mediation!* I am submitting the attached letter to you because I noticed that you are listed as the contact person for the U.S. Department of Education Public Charter Schools Program. It is unfortunate that not much attention has been paid to the decisions made by Commissioner to revoke charters since December 2004. I have forwarded this letter to every Senator and Representative in the Massachusetts State Legislator and have received little responses. The only assistance that we (parents) have received, thus far, is from Boston City Councillor's John Tobin and Chuck Turner in the case that students have to reenter Boston Public Schools. However, we have HUNDREDS of students in the Boston area that are affected by the rulings and still are awaiting the Department of Education's appeals request decision (which was requested within 15 days of the Board's ruling). The Commissioner nor the Charter School Office has assisted or responded to parental concerns with respect to his decisions and has IGNORED our pleas! I feel that some pressure should be place on the Commissioner and the Board to respond to students who DO NOT have assignments or alternatives (CHOICE as stated in the No Child Left Behind law) for the 2005-2006 school year. *Nancy in Governor* **Mitt Romney's** *office hung up on me* yesterday as I tried to explain the problem to her and *that is why* I am asking you to please intervene and contact the Commissioner's office directly, as it relates to students in limbo and without legal representation and/or guidance from the LEA . The attached letter details a brief chronology of events and I can fill in the blanks (if necessary). Should you have any questions please contact me.

-----Original Message-----

It was suggested to submit a letter to the State Legislature to call attention to the awful situation that has been placed upon parents of students at Frederick Douglass Charter School, Roxbury Charter Public High School and the 7th and 8th Grade students at Boston Renaissance. I call upon all local media and politicians to urge the Commissioner to address parental concerns.



RCHPS.Media.Politic
al.doc

May 11, 2005
Minutes of A Conversation between
Stephona Stokes and Mary Street

I spoke to Mary Street of the Department of Education - Charter Schools office today to request information as it relates to the revocation or RCHPS' charter. I explained to Ms. Street that I have called her office and left numerous messages and electronically mailed information that has never been responded to, since December 2004. I asked Ms. Street the following questions:

**Will The Commissioner and the Board respond to the Appeals filed by the RCHPS?**
*Ms. Street indicated that the Board was actively considering the request for an appeal and the decision would be made by Friday, May 13, 2005.*

**Why hasn't the Board or the Department of Education honored their agreement to "guide parents" through the process (as indicated during the December hearing) of revocation?**
*Ms. Street stated that it was the responsibility of RCHPS administration to supply parents with information as it relates to applying and registering to other schools. However, Ms. Street only referred to the Boston Public School system.*

**Why was there no representation from the Department of Education during the City of Boston Education Committee hearing on April 21, 2005?**
*Ms. Street stated that "it was not true" because Commissioner Driscoll sent a letter to Councillor's Tobin (Chairman) and Turner (Vice-Chairman) that was read during the hearing. The letter indicated that the Commissioner would not be available because he was out-of-town.*

**Why didn't the Department of Education send a representative from the Charter School's Office?**
*No Definitive Answer*

**Ms. Street was asked whether the Commission was adhering to ALL guidelines of the No Child Left Behind Law as it relates to school choice?**
*Ms. Street stated that the Commission is confident that they are following the laws of NCLB.*

**I asked Ms. Street, if Boston Public Schools has completed their first and second rounds of choice for students who are currently enrolled in BPS, and are now into their third, how is it possible to say that there is choice for students affected by the revocations? Especially if some schools no longer have seats in Boston Public Schools (as indicated by BPS Director of Registration. I further stated that the DOE Board should have supplied parents with information as it relates to ALL public schools within the district.**
*Ms. Street stated that it was her understanding in December of 2004, that a Mr. "Contempossas" of BPS made contact with Mr. Wells and requested to meet with parents in RCHPS to assist with enrollment to BPS. Ms. Street indicated that she did not know what happened with that and that I should contact Mr. Wells to ask the question. I told Ms. Street that I did not feel that it was my responsibility to ask Mr. Wells anything as it relates to administration. I further questioned Ms. Street about her job responsibilities as it relates follow-up – Five months since the decision and she has no clue. Ms. Street indicated that she would follow-up with Mr. Wells & "Contempossas"*



**I asked Ms. Street, whether she had received a telephone call from Councillor Chuck Turner on May 10, 2005 and whether or not she had responded to Councillor Turner?**
*Ms. Street stated that she had received a call from Councillor Turner on May 10th and that she would follow-up with that call. **Note:** I received a telephone call from Councillor Turner three minutes after hanging up from Mary Street and he stated that she had just called him.*

**I asked Ms. Street would this be acceptable if she had no placement for her child less than two months from school closure?**
*Ms. Street stated that she cannot speak to individual situations. I reminded Ms. Street, that the rulings affected a collective number of students (approx. 700), most of which are considered "of color" and live within a 5-mile radius the inner-city.*

**I also pointed out to Ms. Street the original ruling dated December 21, 2004 which states "In connection with determining and imposing such conditions on the school, the Commissioner shall confer with an advisory committee that he shall establish in consultation with parents of students at the Roxbury Charter High School and community leaders".**
*Ms. Street stated that she was familiar with the last sentence on the Board's ruling. Ms. Street further stated that she was aware that the "advisory committee" was not formed.*

**I raised the questions of the No Child Left Behind Law as it relates to State Education Agency and Local Education Agency (LEA) staff—those who guide and support the work of schools—on issues related to the implementation of NCLB.**
*Ms. Street did not respond to this question.*

**Ms. Street was asked, as the head of the Charter School's Office, whether it was her responsibility to supply parents with information as the responsible LEA that made the ruling on December 21, 2004. As stated in accordance with NCLB.**
*Ms. Street stated that it was not her job to do so.*

**Finally, Ms. Street was asked whether her job and description were public information.**
*She stated that she was not sure whether or not they were and that she would check into the matter and contact me on Thursday, May 12, 2005.*

**I contacted Ms. Street on Friday, May 13, 2005 to remind Ms. Street that I had requested information pertaining to her job and responsibilities.**
*Ms. Street left a message to confirm that her job was public information and that she would send it to me.*

**I have not responded to her call of May 13, 2005.**

③

**Stephona Stokes**

| | |
|---|---|
| **From:** | Stephona Stokes |
| **Sent:** | Wednesday, May 11, 2005 3:45 PM |
| **To:** | 'walker@globe.com' |
| **Subject:** | Charter School Revocations and Non-Renewals |

Mr. Walker ,

I  thank you for speaking with me.  I am submitting the attached letter to you because I noticed that you recently wrote an education piece about the MCAS.  It is unfortunate that not much attention has been paid to the decisions made by Commissioner Driscoll since December 2004.  I have forwarded this letter to every Senator and Representative in the State Legislator and have received little responses.  The only assistance that we have received, thus far, is from Councillor's John Tobin and Chuck Turner in the case that students have to reenter Boston Public Schools.  However, we have HUNDREDS of students in the Boston area that are affected by the rulings and still are awaiting the Department of Education's appeals decision (which was requested within 15 days of the ruling).  The Commissioner has not responded to parental concerns with respect to his decisions and has IGNORED our pleas!  I feel that some pressure should be place on the Commissioner and the Board to respond to students who DO NOT have assignments or alternatives (CHOICE as stated in the No Child Left Behind law) for the 2005-2006 school year.  ***Nancy in the Governor's office hung up on me today and that is why*** I am asking you to please cover a story as it relates to students in limbo and without legal representation.  The attached letter details a brief chronology of events and I can fill in the blanks (if necessary).  Should you have any questions please contact me.


-----Original Message-----


It was suggested to submit a letter to the State Legislature to call attention to the awful situation that has been placed upon parents of students at Frederick Douglass Charter School, Roxbury Charter Public High School and the 7th and 8th Grade students at Boston Renaissance.  I call upon all local media and politicians to urge the Commissioner to address parental concerns.



RCHPS.Media.Politic
al.doc

(4)

**STEPHONA C. STOKES**
**3919 Washington Street, Apt. #2**
**Roslindale, MA 02131**
**Phone (617) 524-0543      Cell (617) 818-8049**

## FAX COVER SHEET

**TO:** _Sam (Governor Romney)_

**FAX #:** _617-727-9725_

**FROM:** _Stephona Stokes_

**SUBJECT:** _Department of Education (Driscoll)_

**DATE:** _May 10, 2005_

**NO. OF PAGES:** _3_ (Including cover page)

## MESSAGE

Sam,

Thank you for speaking with me. As I stated,
I have no other recourse and that is why I
request Governor Romney respond to this inquiry
immediately. There are only 6 weeks left of
school and students don't have assignments for
2005-2006 school year.

IMPORTANT: If all pages are not received, please call

```
*******************************
***   ACTIVITY REPORT   ***
*******************************
```

| ST. TIME | CONNECTION TEL | CONNECTION ID | NO. | MODE | | PGS. | | RESULT |
|---|---|---|---|---|---|---|---|---|
| *04/28 13:23 | 96174427525 | ROSIES PLACE | 1294 | TRANSMIT | ECM | 4 | OK | 01'26 |
| *05/02 10:53 | 96172965836 | | 1295 | TRANSMIT | ECM | 10 | OK | 05'48 |
| *05/02 13:02 | 96172965836 | | 1296 | TRANSMIT | ECM | 10 | OK | 05'40 |
| *05/02 13:18 | 96172965836 | | 1297 | TRANSMIT | ECM | 1 | OK | 00'49 |
| *05/02 13:21 | 96172965836 | | 1298 | TRANSMIT | ECM | 1 | OK | 00'30 |
| *05/02 13:38 | 96172965836 | | 1299 | TRANSMIT | ECM | 1 | OK | 00'29 |
| *05/02 16:31 | 96172965836 | | 1300 | TRANSMIT | ECM | 1 | OK | 00'29 |
| *05/03 10:40 | 96172965836 | | 1301 | TRANSMIT | ECM | 2 | NG | 01'45 |
| | | | | | | | 3 | |
| *05/03 10:44 | 96172965836 | | 1301 | TRANSMIT | ECM | 10 | OK | 03'47 |
| *05/03 14:07 | 96172965836 | | 1302 | TRANSMIT | ECM | 0 | NG | 00'52 |
| | | | | | | | 1 | |
| *05/03 14:11 | 96172965836 | | 1302 | TRANSMIT | ECM | 1 | OK | 00'42 |
| *05/03 14:52 | 96172965836 | | 1303 | TRANSMIT | ECM | 8 | OK | 04'03 |
| *05/04 10:33 | 96172965836 | | 1304 | TRANSMIT | ECM | 2 | OK | 01'18 |
| *05/04 12:58 | 617 632 5690 | | 5614 | AUTO FAX RX | ECM | 3 | OK | 01'04 |
| *05/05 10:18 | 96172965836 | | 1305 | TRANSMIT | ECM | 3 | OK | 01'23 |
| *05/05 11:52 | 6*56896#917813566573 | | 1306 | TRANSMIT | ECM | 4 | OK | 02'44 |
| *05/05 13:31 | 96172965836 | | 1307 | TRANSMIT | ECM | 2 | OK | 00'53 |
| *05/05 18:31 | 98174423552 | | 1308 | TRANSMIT | ECM | 2 | OK | 04'35 |
| *05/06 13:17 | 7045730964 | | 1309 | MANUAL TX | ECM | 1 | OK | 00'42 |
| *05/09 10:55 | 96172965836 | | 1310 | TRANSMIT | ECM | 3 | OK | 01'48 |
| *05/10 14:31 | 96177279725 | | 1311 | TRANSMIT | ECM | 1 | OK | 00'27 |
| *05/10 14:32 | 96177279725 | | 1312 | TRANSMIT | ECM | 2 | OK | 00'58 |
| *05/12 14:04 | 96172965836 | | 1313 | TRANSMIT | ECM | 1 | OK | 01'05 |
| *05/12 15:14 | 6172965836 | | 5615 | AUTO FAX RX | ECM | 1 | OK | 00'57 |
| *05/12 15:57 | 96172965836 | | 1314 | TRANSMIT | ECM | 1 | OK | 00'36 |
| *05/16 15:21 | 96172965836 | | 1315 | TRANSMIT | ECM | 10 | OK | 04'46 |
| *05/16 16:56 | 96172965836 | | 1316 | TRANSMIT | ECM | 4 | OK | 01'36 |
| *05/17 11:00 | | | 5616 | AUTO FAX RX | G3 | 7 | OK | 03'00 |
| *05/17 11:32 | 96172965836 | | 1317 | TRANSMIT | ECM | 1 | OK | 00'26 |
| *05/17 11:47 | 16176353734 | | 5617 | AUTO FAX RX | ECM | 1 | OK | 00'40 |
| *05/17 12:03 | 96172965836 | | 1318 | TRANSMIT | ECM | 1 | OK | 00'52 |
| *05/17 14:35 | 96172965836 | | 1319 | TRANSMIT | ECM | 1 | OK | 00'24 |
| *05/18 10:52 | 98174423552 | | 1320 | TRANSMIT | ECM | 1 | OK | 00'53 |
| *05/18 11:56 | 96174423552 | | 1321 | TRANSMIT | ECM | 1 | OK | 00'49 |
| *05/18 11:57 | 98174423552 | | 1322 | TRANSMIT | ECM | 1 | OK | 00'45 |
| *05/18 13:19 | | | 5618 | AUTO FAX RX | G3 | 14 | OK | 05'27 |
| *05/18 16:20 | 96172965836 | | 1323 | TRANSMIT | ECM | 6 | OK | 02'32 |
| *05/19 11:45 | 96172965836 | | 1324 | TRANSMIT | ECM | 1 | OK | 00'29 |
| 05/19 14:44 | 96172965836 | | 1325 | TRANSMIT | ECM | 9 | OK | 03'35 |
| 05/19 15:27 | 96172965836 | | 1326 | TRANSMIT | ECM | 12 | OK | 09'06 |

## Stephona Stokes

| | |
|---|---|
| **From:** | Stephona Stokes |
| **Sent:** | Tuesday, May 03, 2005 12:42 PM |
| **To:** | 'Rep.PatriciaHaddad@hou.state.ma.us' |
| **Subject:** | FW: DOE Charter School Rulings Has Students In Limbo!!! |

Dear Mr. Giordano,

Thank you for speaking with me yesterday. I trust that you have done some investigation of your own with respect to DOE's revocations and non-renewal of charter schools. As I explained to you, parents and students do not have assignments for the 2005-2006 academic year. Since Commissioner Driscoll made his rulings months ago, he has NOT supplied parents with any information relative to the appeals filed or given any choices. The attached letter details some information that may assist you. Perhaps you have already contacted the City Education Committee, Boston Public Schools and the DOE and discovered the mess that we are in. I truly hope that the State Education Committee will hold a legislative hearing to address parental concerns, DOE's response to appeals filed and WHAT ARE WE SUPPOSED TO DO WITH OUR CHILDREN FOR 2005-2006????

Please note: BPS has completed their 1st & 2nd Rounds of Assigning students and are currently in the third. STUDENTS AFFECTED BY REVOCATIONS AND NON-RENEWALS, have been told by BPS that some schools have no seats available and that they do NOT want us applying to those schools. WHAT DOES THIS MEAN FOR FAIR CHOICE??? How would YOU feel if you had no choices or alternatives to YOUR child's education?

My question, Mr. Giordano, is: What does the State Legislature plan to do to assist families???

P.S. The DOE Board has only TWO meetings scheduled before school closes. The next meeting will be held at Northampton Highschool on May 24, 2005.

FOR GOODNESS SAKE, WHO WILL SPEAK UP FOR THE    FAMILIES???? *Stephona Stokes*



RCHPS.Media.Politic
al.doc



For Immediate Release
Open Letter to All Media & Politicians
Tuesday, April 26, 2005
Contact: Stephona Stokes 617-524-0543

Dear Friends:

We would like to express our appreciation to the Boston City Council. Attached is Docket #0413 from Boston City Councillor Tobin's office. The Council held a hearing on Monday, April 25, 2005. This hearing was initiated because parents made complaints during a meeting held on April 12, 2005 at the Freedom House. Because there were so many unanswered questions raised the hearing was recessed as opposed to closed. We further believe that, because the decision was made at the state level, there should be a full-body Legislative Hearing and review.

During the hearing parents discussed the lack of options for their children in 2005-2006 academic school year. They further expressed that they are concerned that there will not be a fair choice for students who may have to re-enter the Boston Public School System. Some parents indicated that they removed their children from Boston Public School System and have no desire to re-enroll. The BPS has determined their formula for September without including the students whose school's charters have been revoked or non-renewed. Student Assignment Director, Joseph Burrell, stated that the first round of registration for BPS has been completed. He further stated that the second round assignments would be sent out, by this week's end. Mr. Burrell indicated that if parents of the charter schools were to register now, they would be informed in July 2005. Is this fair choice? Is this legal?

Parents also indicated that safety was an issue. They requested statistical information as it pertains to MCAS testing, weapons confiscated, violent incidents and sexual assaults in Boston Public Schools to compare with charter schools.

The question was raised regarding students affected by the revocations and non-renewals, with respect to registration. Mr. Burrell stated that some of the schools **do not** have seats available and he **does not** want parents to apply for those schools. Does this equal fair choice??? Can this really be happening??? Are there any laws that protect the students?

During the hearing, we also complained about the DOE's lack of communication, not supplying parents with information about other charter schools or their registration requirements in a timely fashion. We have not been contacted by anyone from the DOE Charter School Office since October 2004 during a review of the schools charters. Adding insult to injury, there were no representatives from the DOE available to address questions at the hearing held by Committee on Education Chairman, John M. Tobin. Councillor Tobin stated that the hearing is in recess and that he and Vice-Chairman, Councillor Chuck Turner will author a letter to the DOE Commissioner to address issues raised during the hearing. He further urged parents to continue to contact their local representatives.

Two weeks ago, I contacted parents and a vast majority have indicated that they have not registered or applied for schools. Some are awaiting the DOE's appeal decisions (which have been filed in the manner detailed on DOE website). I bring all of this to your attention because; we need as much support in this effort to address the Rights of our children and to support the wishes of our schools' families. I realize that we all have other obligations, but, if anyone could be available to assist and/or represent the families affected, it would be a great help. It is unfortunate that families do not have legal representation, whereas, the DOE, the schools and BPS does. Furthermore, I call upon the judiciary, legislature and attorneys to review the process of the DOE's revocations, non-renewals and unregistered students, as it pertains to the "No Child Left Behind Law".

Some parents want our schools to remain open, others would like alternatives. However, until this issue is resolved you will continue to have upset parents and students! A moratorium should be placed on new charter school applications in the Boston District, as closure of the schools will allow the "district cap" to be lifted. The impact has taken a toll on all of us. As it stands (the only fair thing that I feel would be appropriate) is for the Commissioner to have the schools remain open for the 2005-2006 academic year (monitor and review progress) to ensure fairness. Please respond to this email or call me at 617-524-0543 to indicate your participation.

Keep in mind, it does not matter if you support charter schools or not! What does matter if you support your constituents!

Thanks



Good Morning,

I am the parent of a 9th grade student at Roxbury Charter High School. There were many reasons that I removed my child from the Boston Public School system, I am outlining the most critical issue.

I requested Woodcock Johnson testing for my son on October 30, 2002. After several months of no activity, I went to the school and spoke with the SPED administrator for a status report. To make a long story short, after waiting six months for testing to begin, I contacted Dr. Janet Williams, Deputy Commissioner – West Zone of Boston Public School System. After Dr. Williams held a series of special meetings with the school staff and cluster leaders, during which she reprimanded them for not meeting the requirements that testing be completed within 45 days of the request. We were given the results and subsequent Individual Educational Plan on June 23, 2003 – Seven months after the initial request and one day before school closed for the year. Unfortunately, he continued to struggle academically during the eighth grade. To my surprise he was allowed to graduate and was promoted to the ninth grade. I felt that I had failed my son and considered taking action against the BPS and DOE.

Instead, I exercised my right of choice and decided that it would be best for us to find another alternative outside of the Boston Public Schools system. I wanted my son in a school that would hold him responsible for his accomplishments and failures. I chose Roxbury Charter because it included business, finance and entrepreneurship in its' curriculum. Safety, student-to-teacher ratio and the ability to use creative thinking while learning, were also factors in my decision. I will not bore you with a long story, but I want you to understand where my anger is coming from.

I am angry that the Board, Commissioner and their staff have not responded to numerous requests for information, the request for appeal and invitations to meetings – including a Boston City Council – Education Committee Hearing since their December decision. As a parent awaiting answers and alternatives from this body, I find it highly insulting that it has taken five months to include RCHPS on your agenda. Furthermore, I question the Board's integrity as you have inconvenienced those of us who are present and made it impossible for others to participate.

I cannot speak to the issues as they relate to compliance, finances or any other administrative issues at Roxbury Charter. However, I am here to remind this board about the No Child Left Behind Law that protects the rights of students as it relates to public school choice. Including rulings made by the Department of Education.

A motion was filed on December 21, 2004 to revoke the RCHPS' charter. In that ruling, it states, "the Commissioner shall confer with an advisory committee that he shall establish in consultation with parents of students at the Roxbury Charter and community leaders". This never happened. Immediately following the Board's decision, Chairman Peyser, Senator Wilkerson and Representative's Marie St. Fleur and Gloria Fox met with parents in Charles Street A.M.E. Church. The ladies made suggestions to the parents and Board members present. Chairman Peyser and the lawmakers assured parents that his office would work with parents and provide information. This never happened either.

On December 20, 2004 I contacted Colleen Connolly at Mayor Tom Menino's office in fear that my son would have to reenter the BPS. Ms. Connolly responded by stating, "Charter schools are under the jurisdiction of the Massachusetts Department of Education". The same Department that has not responded to my inquiries to date.

Since that time, I have participated in meetings in which parents have discussed the rulings and although our positions vary, the common emotions are; the manner in which the DOE has

mishandled and disregarded parental concerns abandoned their responsibilities. On the rare occasions that I have spoken with DOE reps, I have only been advised to contact BPS and RCHPS. *(See Attachments "Mary Street Conversation" and Boston City Council videotape)*

I have submitted letters and asked questions of the Charter Schools Office. I have spoken to Tony Siddall who informed me that "The Department does not work directly with parents, we usually leave that up to the schools". I expressed my displeasure to Mr. Siddall the Board was the authority responsible for the ruling. Unsatisfactory parental communication seems to be a trend in the Department of Education. A "town hall meeting" was held April 12th and DOE representatives were invited. No one from the DOE or its' Board were present.

Representative Gloria Fox, City Councillor's Chuck Turner and Felix Arroyo sent their aides. Mukeda Baker Gomez offered Representative Fox's office for parents to organize and Danielle Williams stated, that although Councillor Arroyo is not in favor of charter schools, he does support the residents of his community. As a result of that meeting the Boston City Council Education Committee held a hearing on April 25th. Unfortunately, there was a low parent turnout because the hearing notices were not sent by mail, and it was school vacation week. Once again, not one representative from the Department of Education was present. Councillor Tobin read a letter from the Commissioner that stated that he would be out of town and yada, yada, yada. This was the final example which proves this Department has no interest in the children affected, who, are mostly Black and Latino and live within a five-mile radius of Roxbury, Dorchester and Mattapan.

Although there was a low turnout, many questions were unanswerable because the Department of Education needed to address them. As opposed to adjourning the hearing it was recessed and said to have a recall, at a later date. The councilors agreed to author a letter to the Commissioner urging him to respond. I am unaware whether that letter was sent. But, I do have some questions for this Board.

> An SEA must provide student assessment results, as well as lists of schools identified for improvement, corrective action, and restructuring, to each LEA in a timely manner so that the LEA can, before the beginning of the new school year, identify those schools whose students may transfer and inform parents that they may choose a different school for their child.

- *Did the Department of Education supply RCHPS with this information?*

- *Has the Commissioner received any letters from Councillor's Tobin & Turner?*

- *Will the DOE participate in any related hearings at Boston City Council?*

- *Has the Board and/or the Commissioner reviewed the videotape of the Boston City Council Education Committee hearing to respond to questions?*

- *Why hasn't the Board participated in any public discussions with parents?*

- *In March of this year, the Commissioner unveiled the "Opening Procedures Handbook: A Guide for Boards of Trustees and Leaders of New Charter Schools". What is the purpose of this handbook? Was it available to Roxbury Charter?*

- *Has the Board reviewed any progress made by RCHPS since its' December ruling?*

- *Student Assignment Director of BPS, Joseph Burrell stated that he does not want families to apply to schools that do not have seats. Mr. Burrell has not identified those schools. As it relates to the quality of schools in reentry districts, How can parents be sure that they have not been identified for improvement, corrective action or persistently dangerous?*

- *Can an independent arbitrator, court or judge be appointed to review the actions of the DOE Board and its' responsibilities to protect family rights and federal disability guidelines as outlined in the No Child Left Behind Law?*

- Ms. Abigail Thernstrom, through the Pioneer Institute of Public Policy Research, you published a book in 1991 titled "School Choice In Massachusetts". You identify criteria for the importance of choice in education. In your professional opinion, does choice apply in the case of students at RCHPS if the information was not provided?

As the governing authority that monitors most educational institutions in this state, it is within your authority to ensure fairness in education. Now here we are in May in a "discussion" about rescinding a vote made five months ago. At this rate, parents who have not enrolled for the 2005-2006 school year will not have assignment notifications until July or August.

I believe that the Board should monitor the progress of all schools, public and private. I believe that compliance and administration issues are valid areas of concern for the Department. However, curriculum was not mentioned in your December ruling against RCHPS and should be grounds for reconsideration.

Finally, I believe that the Commissioner and the Board should not be allowed to approve any new charter schools, within the district, including restructuring pilot schools. A moratorium should be in place until this issue is dissolved. Ask yourselves this question, how would you feel if it were your children or children from your own communities.

Why should we trust that this Board has our children in their best interest, if your DOE will not communicate?

## Stephona Stokes

| | |
|---|---|
| **From:** | Stephona Stokes |
| **Sent:** | Thursday, April 21, 2005 12:12 PM |
| **To:** | 'talk@newmajority.org'; 'digfourit@aol.com'; 'charles.yancey@cityofboston.gov'; 'Dianne.Wilkerson@state.ma.us'; 'Rep.PatriciaHaddad@Hou.State.MA.US'; 'Rep.ByronRushing@hou.state.ma.us'; 'Rep.MarieSt.Fleur@hou.state.ma.us'; 'Rep.GloriaFox@hou.state.ma.us'; 'Rep.BenjaminSwan@hou.state.ma.us'; 'ovitsky@law.harvard.edu'; 'soa@yahoogroups.com'; 'press@neinformer.com'; 'maryanne.dailey@hou.state.ma.us'; 'tonya.jones@state.ma.us'; 'kathy_king31@hotmail.com'; 'mlesley01@msn.com'; "soa1@juno.com'; 'thughes@bostonrenaissance.org'; 'rharris@bostonrenaissance.org'; 'FelixD.Arroyo@cityofboston.gov'; 'Danielle.Williams@cityofboston.gov'; 'Kyle.Robidoux@cityofboston.gov'; 'charterschools@doe.mass.edu'; Marc Prou; 'adjarra@yahoo.com'; 'fullforcev@yahoo.com'; 'nbacorg@yahoo.com'; 'comnnn@bu.edu'; 'kenen@masscharterschools.org'; 'wspeede@fdcs.org'; 'bill021260@lycos.com'; 'crp@harvard.edu' |
| **Subject:** | FW: upcoming Education and Government Operation Committee Hearings |

    

notice1.doc    HNT Docket #0413
charter schoo...

Dear Friends:

Attached is Docket #0413 from Boston City Councillor Tobin's office. The Council will hold a hearing on next Monday, April 25, 2005.  This hearing was initiated because parents made complaints during a meeting held on April 12, 2005 at the Freedom House.  During the meeting parents discussed the lack of options for their children in 2005-2006 academic school year.  They further expressed that they are concerned that their will not be a fair choice for students who may have to reenter the Boston Public School System. We believe that the BPS has determined their formula for September without including the students whose schools' charters have been revoked. We also complained about the DOE'lack of communication, not supplying parents with information about other charter schools or their registration requirements in a timely fashion.  We have not been contacted by anyone from the DOE Charter School Office since October 2004 during a review of the schools charters.  Which has resulted in many parents missing deadlines for next year.  Two weeks ago, I contacted parents to request their participation in the April 12th meeting, and a vast majority have indicated that they have not registered or applied for schools.  Some are awaiting the DOE's appeal decisions.  I bring all of this to your attention because, we need as much support in this effort to address the Rights of our children and to support the wishes of our schools' families.  I realize that we all have other obligations, but, if anyone could be avaiable to assist and/or monitor the proceedings it would be a great help to families.  Please respond to this email or call me at 617-524-0543 to indicate your participation.

Thanks

> Hearings
>
>
>
>
> >
> >
> >

1



# Boston City Council
## *Notice of Public Hearing*

April 13 2005

The Boston City Council's Committee on Education will hold a public hearing on Monday, April 25, 2005 at 1:00P.M. The hearing will be held in the Christopher Iannella A. Chamber on the 5th floor of the Boston City Hall. The subject of the hearing is:

- **Docket #0413-Order for a hearing to discuss the timeline of Charter Schools closing and what can be done for the students who have missed the deadline to apply elsewhere and currently are unassigned for school year 2005-2006.**

This matter was sponsored by Councillor John M. Tobin, Jr. and referred to the Committee on Education on March 30, 2005.

Members of the public are cordially invited to attend and testify. If you have not testified at a Council hearing, please arrive five (5) minutes before the call of the hearing to sign up and become familiar with the hearing format, testimony locations, and the sound system. Please bring fifteen (15) copies of any written document you wish to present at the hearing. If you know others who may be interested in this hearing, kindly notify them.

Written comments may be made part of the record and available to all Councillors by sending them by fax or mail to arrive before the hearing, please use the address below.

For the Committee:

John M. Tobin, Jr., Chair
Committee on Education

Mail Address: Docket #0413 City Council, City Hall, Boston, MA 02201
Fax Number: (617) 635-4203 Attn: Cora Montrond, Docket #0413
E-Mail: Cora.Montrond@CityofBoston.Gov
Telephone Number: 635-4562
Comcast A-51 cablecast date: Live

# CITY OF BOSTON
# IN CITY COUNCIL

## ORDER OF COUNCILLOR TOBIN

\S:     In the City of Boston there are 18 charter schools; and

\S:     The Board of Education has recently voted to close the Frederick
        Douglass Charter School, which serves 349 students in grades 6-10;
        and

\S:     On March 8, 2005 the Boston Renaissance Charter School notified the
        parents of its students that the school would be eliminating its middle
        school as of September 2005, leaving approximately 300 students
        without a school; and

\S:     The deadline for principal enrollment into Boston Charter Schools has
        passed as well as the second registration deadline for Boston Public
        Schools is on Friday, April 1, 2005,

\S:     The late notice of the closing caused many students to miss the first
        registration deadline, which reduced their chances of receiving one of
        their top choices. Therefore be it;

:D:     That the appropriate committee of the Boston City Council conduct a
        hearing discussing the issue of the timeline of Boston Charter Schools
        closing and what can be done for the students who have missed the
        deadline to apply elsewhere and currently are unassigned for school
        year 2005-2006.

ity Council: March 30, 2005

# TOWN HALL FORUM
# DOE REVOCATION DECISIONS
# MEETING AGENDA
# April 12, 2005
# 6:00 P.M. – 8:30 P.M.

## INTRODUCTIONS

*[handwritten: Phases of revocation process]*

*[handwritten: Senator Barbara Boyle]*
*[handwritten: During the appeals process]*
*[handwritten: will the Board consider]*
*[handwritten: recommendations?]*

## CHARTER SCHOOL PARENT ADVISORY COMMITTEES
- DOE Board Revocation Decision And The Family Impact
- Issues Concerning Re-Entry Into Boston Public Schools
- Registration & Application Deadlines to Non-Traditional Public Schools
- Lack of Communication from DOE to Parents
- Parental Fundraising Successes And Future Initiatives
- *Critical Intervention/Mediation* – Formal Request To Our Political Leaders to Demand Educational Alternatives from DOE Commissioner for 2005-2006 Academic School Year

*[handwritten: It would be a smack in the face to open new charter schools - No new charters (moratorium)]*

## CHARTER SCHOOL TEACHERS AND EDUCATORS
- Job Security
- Student Morale

## CHARTER SCHOOL ADMINISTRATIVE REPORTS
### Boston Renaissance Charter School, Frederick Douglass Charter School & Roxbury Charter High Public School
- DOE Appeal Status Report – Has A Date Been Scheduled?
- DOE Compliance Related Issues – Progress Reports
- Financial Status Report Update – Fundraising Initiatives
- New Student Application/Enrollment
- 2005-2006 Site Location
- General Administrative Updates

## DEPARTMENT OF EDUCATION BOARD REPRENSENTATION
- Formal Appeal Requests Status
- **Opening Procedures Handbook: A Guide For Boards Of Trustees And Leaders Of New Charter Schools"**
  - What Is The Purpose Of This Handbook?
  - Was This Handbook Available To BRCS, FDCS Or RCHPS Prior To Board Rendering Decisions?
  - If Not, Could It Have Altered Or Impacted Each School's Administration Or Reached A Favorable Doe Board Decision?
- Submission Deadlines Expanded For **New** And **Significantly Expanding** Charter Schools (Has The Doe Board Received Applications? If So, In Which Communities Would The School's Be Located? Are Any Of The Requested Charters/Missions Similar To Existing Charters Of BRCS, FDCS Or RCHPS?) Etc.
- Quality Of Schools Identified In Districts That Students May Re-Enter
- Lack Of Communication, Information And Guidance To Parents From DOE Board Since December 2004

## POLITICAL LEADER COMMENTS
- Community Impact & Feedback
- Will They Assist Our Families
- *[handwritten: Logistics (increase #'s of teens during]*

**Questions & Comments** *[handwritten: critical hours during the day]*

*[handwritten: March: If Don't Close]*
*[handwritten: Begine Foreclosure or No Payroll]*
*[handwritten: How can Keyser Be on 2 Boards]*
*[handwritten: Appeals Process]*

*[handwritten: Does the DOE have financial reports from BPS for years prior to charter schools?]*
*[handwritten: How BPS High School System specifically?]*
*[handwritten: Charter School Funding Effected]*
*[handwritten: How many or what percentage of students have exited BPS High School]*

## Stephona Stokes

| | | |
|---|---|---|
| **From:** | Stephona Stokes | **Sent:**Mon 4/11/2005 3:35 PM |
| **To:** | 'charterschools@doe.mass.edu' | |
| **Cc:** | | |
| **Subject:** | FW: Town Hall Meeting For Charter School Parents | |
| **Attachments:** | WE NEED YOU ALL.doc(30KB) | Agenda04.12.05.doc(33KB) |

I have organized a meeting **at The Freedom House on April 12, 2005 at 6:00 - 8:30 P.M.** for parents to discuss issues regarding the recent decisions to close our schools. Attached you will find a letter requesting parent and community participation **and Agenda for the** Town Hall Meeting to express concerns regarding the Department of Education Commissioner's decisions to revoke the Charters of Roxbury Charter High Public School and Frederick Douglass Charter School. We are also inviting the parents of the Boston Renaissance Charter School because of the elimination of grades 7 & 8. Parents have expressed some frustration with regard to placements for the 2005-2006 academic school year and have not received any assistance from the DOE. Please review the attached letter **& Agenda** and forward copies of the letter to all parents and interested parties and encourage their participation.

<< WE NEED YOU ALL.doc >> << Agenda04.12.05.doc >>

**Stephona Stokes**

| | |
|---|---|
| **From:** | Stephona Stokes |
| **Sent:** | Wednesday, April 06, 2005 1:45 PM |
| **To:** | 'maryanne.dailey@hou.state.ma.us' |
| **Cc:** | 'charles.yancey@cityofboston.gov'; 'Dianne.Wilkerson@state.ma.us'; 'Rep.PatriciaHaddad@Hou.State.MA.US'; 'Rep.ByronRushing@hou.state.ma.us'; 'Rep.MarieSt.Fleur@hou.state.ma.us'; 'Rep.GloriaFox@hou.state.ma.us'; 'Rep.BenjaminSwan@hou.state.ma.us' |
| **Subject:** | FW: Town Hall Meeting Scheduled for April 12, 2005 at Freedom House 6:00 P.M. - 8:30 P.M. |

Ms. Dailey,

Thank you for speaking with me yesterday afternoon. I received a telephone call from Representative Haddad's office last night. The Representative's aide's message indicated that there was confusion as to why I made a call to the office. Hopefully, the attached message and notice for the Town Hall Meeting will answer the questions. I have arranged this meeting because I have made several attempts to request assistance from the Department of Education with respect to their decision to revoke the charter of my son's school - Roxbury Charter High Public School.

Additionally, I had raised several questions with the Department of Education regarding specific details of my son's Individual Educational Plan, including the discrepancies with testing, as well as the fact that, the DOE submitted questionnaire's to parents of RCHPS regarding IEP's. At the time I originally requested the testing in October of 2002 and not completed until June of 2003 and not implemented until the following school year 2004-2005 Boston Public School System. Furthermore, the situation was so out of control I contacted Deputy Superintendent of BPS Dr. Janice Williams who called an emergency meeting of the school's administration and lack of procedural policies. My reason for explaining this to you is that testing, according to the "student's bill of rights" indicated that my son should have been tested within 30 days of the parental request. Although my son received failing grades, BPS allowed him to graduate from the 8th grade. I made the decision to REMOVE him from the BPS immediately.

However, when I arrived at RCHPS with my son's IEP the staff at RCHPS immediately identified severe discrepancies with my son's IEP including procedures and that the plan was not accurate. During the process of requesting RCHPS initiating the IEP for my son the DOE rendered a decision to revoke RCHPS' charter, the SPED person gave her resignation which hindered the process further. I suspect that RCHPS has had trouble recruiting a new SPED counselor because of the school's uncertainty. I contacted the DOE charter school office and spoke with Tony Siddall and explained the same to him, he requested that I speak with the "Compliance" office at DOE and make a complaint. I did that in November or December of 2005 and still HAVE NOT received a response from the DOE or its' representatives. Meanwhile, academically my child continues to struggle. I am inviting Representative Haddad to the Town Hall Meeting because, as the Chair of the Education Committee, I would like her to explain to me whose ultimate responsibility, within the State of Massachusetts is it to ensure the "No Child Left Behind" law includes my child. Especially, because the DOE's report states...

"*FINDING 2M: The administration has not effectively implemented a Special Education, Title I, or Limited English Proficient program.* As detailed below, (under the question "Do the school's curriculum, program and activities seem consistent with essential legal and regulatory requirements?") RCHS' Coordinated Program Review (CPR) revealed many serious areas of partial-implementation or non-implementation of required programs. The failure to substantially implement these required programs is a serious concern." and

*"FINDING 3A: RCHS has several serious areas of non-implementation or partial-implementation of required programs and services.* RCHS received a regularly scheduled Coordinated Program Review (CPR) from the Program Quality Assurance (PQA) unit of the DOE on October 4-6, 2004. The CPR found that RCHS has made no provision for identification, assessment or support of Limited English Proficient students. The school is not adequately identifying, assessing or providing services to special education students. Little documentation exists of any attempts the school has made to develop current IEPs, or to obtain parental participation or consent for service implementation. The school's special education teacher does not have Massachusetts certification, nor does she hold a current waiver issued by the DOE. The Title I grant submitted by the school has received only provisional approval from the DOE, and requires additional work in order to be fully approvable. Finally, the

1

building in which the school is located in not accessible to limited mobility persons. The school's failure to implement these programs in acc. with federal and state requirements is erious concern. The school must now submit a corrective action plan for approval to Program Quality Assurance at the Department of Education.

I am outraged to know that the DOE identified the above in their report and is very well aware of RCHPS' current status and has done nothing to assist the children in need of services. My point is...I feel that the DOE bears the ultimate responsiblity for my son's current situation as anyone including myself. I feel the State should have assisted RCHPS with their search for a certified SPED teacher or temporarily placed a SPED person at the school as the State Mandates. I will never be able to explain the disappointment that I feel as a mother. But I have reached out to many parents with similar situations at the school and many share my sentiments. Now I am in the position of not knowing what will happen as my son is being shifted around with no official "home" for placement in the 2005-2006 school year. Finally, I am demanding that someone at the DOE be held accountable!

I am inviting Representative Haddad, as Committee Chair, and all Political Leaders of this State to be present and ensure assistance to families with answers and options for 2005-2006. *I will forward an agenda to all interested parties no later than Friday April 8, 2005.* My Home Telephone Number is 617-524-0543.

-----Original Message-----
**From:**      Stephona Stokes
**Sent:**      Thursday, March 24, 2005 4:31 PM
**Subject:**   FW: Town Hall Meeting Scheduled for April 12, 2005 at Freedom House 6:00 P.M. - 8:30 P.M.

I have organized a meeting at The Freedom House on April 12, 2005 at 6:00 - 8:30 P.M. for parents to discuss issues regarding the recent decisions to close our schools. Attached you will find a letter requesting parent and community participation in a Town Hall Meeting to express concerns regarding the Department of Education Commissioner's decisions to revoke the Charters of Roxbury Charter High Public School and Frederick Douglass Charter School. We are also inviting the parents of the Boston Renaissance Charter School because of the elimination of grades 7 & 8. Parents have expressed some frustration with regard to placements for the 2005-2006 academic school year and have not received any assistance from the DOE. Please review the attached letter and forward copies of the letter to all parents and interested parties and encourage their participation.


WE NEED YOU
ALL.doc

2

**DATE:**    **March 24, 2005**

**TO:**    **All Parents, Educators, Students And Supporters Of Roxbury Charter High Public School, Frederick Douglass Charter School And Boston Renaissance Charter School Students**

**RE:**    **Massachusetts Department Of Education – Commissioner Driscoll's Decision To Revoke Our Charters And The Impact on our Families and Communities**

As you are aware, the Massachusetts Department of Education Commissioner (DOE), David P. Driscoll, and the DOE Board of Directors voted unanimously to revoke Roxbury Charter High Public School (RCHPS), Frederick Douglass Charter School (FDCS) and placed conditions on the Boston Renaissance Charter School (BRCS) including eliminating grades 7 through 8 charters at the end of this school year.

- *If You Feel That The Recent Revocation Of Our Charters Was Unfair And/Or Unjust And Have Not Had The Opportunity To Voice Your Concerns Publicly…*
  ***We Want You To Know That There Are More Questions from Parents Than Answers From The DOE!***

- *If You Feel That The Commissioner Did Not Include You In The Decision-Making Process Of Your Child's Future In Education…*
  ***We Want You To Know That The Commissioner Decided Your Child's Educational Future, And, You Have Rights To Refute The Decision!***

- *If You Feel That The DOE Did Not Adequately Allow You To Ask Questions or Raise Concerns During the Revocation Hearings…*
  ***We Want You To Ask Questions At A "Town Hall Forum" That Were Ignored By The Commissioner or Board Members!***

- *If You Feel That Your Rights As A Parent To Determine Your Child's Education Have Been Stripped…*
  ***We Want You To Know That You Are Mandated By Law To Send Your Child, And, As A Parent, You Should Determine Which School Your Child Will Attend!***

- *If You Feel That, As An Educator, Your Livelihood Is At Stake And You Have Future Job Security Issues…*
  ***We Want You To Share Your Feelings About The Impact Of Your School's Charter Revocation And How It Will Affect Future Educational Employment! We Want You To Tell Us How The DOE Decisions Have Affected Your Students In The Classroom!***

- *If You Feel That You Do Not Want Your Child To Be Re-Entered Into The Same System That You Removed Your Child From…*
  ***We Want You To Know That Commissioner Driscoll May Have identified Some Of The Public Schools In Your District, That Your Child Could Be Re-Entered Into, As "At Risk Schools"!***

- *If You Are A School Administrator And Feel That Your School's Academic Achievements And/Or Mission Were Negatively Represented In The Media…*
  ***We Want You To Know That The DOE Sent The Commissioner's Recommendations And Information To The Media Prior To School and Parent Notification In Some Cases! We Want You To Come Out And Tell Us About Corrective Strategies Since The DOE Board Rendered Its' Decision, Including Compliance Issues Raised By The DOE Board!***

- *If You Are A Reporter and Have Been Covering The DOE's Charter School Revocation Recommendation Decisions And Would Like To Hear About The Devastating The Impact On Families And Communities…*
  ***We Want You To Know That The DOE's Decision Has Created A State Of Confusion for Parents, Educators, Students and Supporters! We Want You To Accurately Report The Emotional Impact The Decisions Have Had Including Morale Issues!***

- *If You Are A School Administrator That Feels, Prior To DOE Rendering Its' Decision, The DOE Should Have Assisted Your Administration More Effectively During the DOE's Charter School Probationary Period Reviews"...* **We Want You To Know That The Commissioner Has Developed A New "Opening Procedures Handbook: A Guide for Boards of Trustees and Leaders of New Charter Schools" Dated March 2005! We Want To Know Whether This Handbook Had Been Available To Your School Prior To The Charter Being Revoked! We Want To Know If The Handbook Could Have Assisted Your Administration Or Reversed The Unfavorable Determinations By The DOE Board!**

- *If You Feel That There Are Ulterior Motives To The Charters Being Revoked Affecting Students From Mostly Minority Communities...* **We Want You To Know That The Revocation of The Three Charters Allows Three "New" Schools To Apply For Charters In The City of Boston! We Want You To Know That "New" Charter Schools Could Not Apply In February Because The City of Boston Had Reached Its' Cap! We Want You To Know That The DOE Will Accept Applications For "New" Charters In The Fall Of 2005!**

- *If You Are A Supporter Of "Alternatives to Public School System" Educational Opportunities...* **We Want You To Know That Your Support Has Given Our Students Alternatives To Traditional Public School System Educational Opportunities! We Want You To Know That Parents, Educators And Students Appreciate You And Your Support!**

- *If You Feel That The DOE Has Not Adequately Supported You With Educational Alternatives For The 2005-2006 Academic School Year...* **We Want You To Know That There Are Few Alternatives For Students Affected By The Revocations And Many Will Be Re-Entering The Boston Public School System! We Want You To Know That Another Alternative Is Within The Boston Public School System There Are "Pilot" Schools! We Want You To Know That You Will Have To Apply To Other Charter Schools - Most of Their Deadlines and Lotteries Have Passed!**

- *If You Feel That Your Local Politicians Have Not Assisted You With The Impact The DOE Has Rendered...* **We Want You To Know That Your Local Politicians Don't Know Devastating Impact The Commissioner's Recommendations Have Had On You! We Want You To Know That Politicians Respond To Their Constituents! We Want You To Let Your Political Leaders Hear You!**

# • *IF YOU WANT ANSWERS...YOU ARE NOT ALONE!!!*

## Please Meet With Us In A Community Town Hall Forum
## Tuesday, April 12, 2005
## 6:00 PM – 8:30 P.M.
## At
### Freedom House, Inc.
### 14 Crawford St.
### Dorchester, MA 02121

### Should You Have Any Questions
### Contact Stephona Stokes  - 617-524-0543
### Or Parent Committees At
### Roxbury Charter High Public School - 617-442-3500
### Boston Renaissance Charter School  - 617-357-0900
### Frederick Douglass Charter School - 617-323-6644

# Boston Public Schools

# It's time to choose schools!

Is your child starting kindergarten, middle school, or high school next September? You have many choices in the Boston Public Schools (BPS) – and the **Showcase of Schools** is a great place to start!

# BPS SHOWCASE OF SCHOOLS

## Wednesday, January 5, 2005
## 5:00 to 8:30 p.m.

**Campus Center – University of Massachusetts Boston**
**100 Morrissey Boulevard, Dorchester**
**Directions: www.umb.edu/about_umb/directions**
**Free parking – Shuttle buses from JFK/UMass MBTA Station (Red Line)**

Co-sponsored by University of Massachusetts Boston



★ Learn how and when to choose your child's next school
★ Meet principals, teachers, students, and parents
★ Check out what's new in the BPS
★ Learn about school programs and events
★ Drop by our workshops on college financial aid, school registration, and exciting changes in BPS high schools
★ Find out about our high expectations for all students and staff

**More information:**
**www.bostonpublicschools.org/register**
**or call © 617-635-8015 / -9010 / -8040**

## How and When to Register for School

School registration begins on Monday, **January 10, 2005** for **kindergarten** and **grades 1, 6,** and **9**.

Apply **January 10-February 4, 2005** for the best chance of getting your first choice school.

Current BPS students will receive applications from school. Students not currently enrolled may apply at any Family Resource Center. Bring three pre-printed proofs of address*, immunization records, and (kindergarten and grade 1 only) birth certificate.

To avoid long lines and serve you better, we recommend the following schedule for registering. If the parent or guardian's last name begins with:

A-I .............. Register January 10-14
J-Q .............. Register January 18-21
R-Z ............. Register January 24-28
Open to all ...... January 31-February 4

**BPS Family Resource Centers**
1216 Dorchester Ave., Dorchester    617-635-8015
55 Malcolm X Blvd., Roxbury    617-635-9010
515 Hyde Park Ave., Roslindale    617-635-8040

* Important details on our website and in *Introducing the Boston Public Schools 2005.*

### BPSExpress

Get a head start on your school application. Before you go to the Family Resource Center, visit www.bostonpublicschools.org and look for the link for "On-line Registration BPS Express." (Or go straight to: www.bostonpublicschools.org/register). You can see all your school choices, pre-register on-line, and get lots of information about the Boston Public Schools.

Board of Education Meeting: December 21, 2004
Agenda Item: Charter Schools

MOVED:    that the Board of Education, in accordance with General Laws chapter 71,
          section 89; General Laws chapter 30A, section 13; and 603 CMR 1.00,
          hereby state its intent to revoke the public school charter granted to the
          Roxbury Charter High School effective June 30, 2005, based upon the
          information presented by the Commissioner regarding the school's
          performance.

          Provided, that the revocation of the charter shall be conditional on the
          right of the board of trustees of the Roxbury Charter High School to
          request an administrative hearing in accordance with General Laws
          chapter 30A, section 13 and 801 CMR 1.00; provided further, that any
          such request for a hearing shall be in writing, addressed to the Board of
          Education, and must be received within 15 days of the school's receipt of
          the notice of the Board's December 21st action. If the Board does not
          receive a request for a hearing from the school within the 15-day period,
          the Board's conditional action on revocation of the charter shall become
          final at the end of the 15-day period.

          Provided, further, that the Board authorize the Commissioner to impose
          such conditions on the school and its board of trustees, in accordance with
          603 CMR 1.13 (5), including but not limited to removal of trustees, as he
          determines are necessary to enable the school to complete the current
          school year. In connection with determining and imposing such conditions
          on the school, the Commissioner shall confer with an advisory committee
          that he shall establish in consultation with parents of students at the
          Roxbury Charter High School and community leaders.



## Stephona Stokes

| From: | Stephona Stokes |
|---|---|
| To: | 'Connolly, Colleen' |
| Cc: | |

**Sent:** Mon 12/20/2004 1:55 PM

**Subject:** RE: Roxbury Charter High Public School
**Attachments:**

Dear Ms. Connolly,

I am well aware that Charter Schools are understand the jurisdiction of the state. However, I have forwarded this letter to the Mayor's office because, as mentioned in my letter, I am outraged with the handling of my initial request for IEP Testing - which did NOT happen until one year later! Furthermore, I would like to know whether the Mayor can justify, how my son was allowed to pass to the eighth grade with receiving all F's in the seventh. Ms. Connolly, I hope this matter will not be ignored simply because my son is no longer a Boston Public School student. I expect that someone within the Mayor's office will reply and help resolve these issues. Finally, I felt it important to submit this letter to your office because there may very well be the possibility that my son be reentered into the Boston Public School system.

-----Original Message-----
From: Connolly, Colleen [mailto:Colleen.Connolly@cityofboston.gov]
Sent: Monday, December 20, 2004 12:32 PM
To: Stephona Stokes
Subject: RE: Roxbury Charter High Public School

Dear Ms. Stokes:

Thank you for taking the time to e-mail the Mayor. He has asked that I respond to your e-mail. Charter Schools are under the jurisdictio of the Massachusetts Department of Education. The City of Boston does not have any authority over them. Any suggestions that you may have should be sent directly to the State.

I hope that this information is helpful to you.

Sincerely,
Colleen Connolly

Colleen Connolly
Correspondence Manager
Office of the Mayor
One City Hall Plaza, Room 603
Boston, MA 02201

-----Original Message-----
From: Stephona Stokes [mailto:Stephona.Stokes@umb.edu]
Sent: Friday, December 17, 2004 1:47 PM
To: Mayor@ci.boston.ma.us
Subject: FW: Roxbury Charter High Public School

> -----Original Message-----
> From:      Stephona Stokes
> Sent: Friday, December 17, 2004 1:28 PM
> To:  'charterschools@doe.mass.edu'
> Subject:    Roxbury Charter High Public School
>
>
> Attached you will find my response to media reports of DOE's Board
recommendation to close Roxbury Charter High Public School. Please forward
this email to as many people that you can. We need IMMEDIATE SUPPORT!
They will consider closing the school on Tuesday, December 21, 2004 and not
allow our children to return after the holiday vacation. They also have not
provided us with educational alternatives!!!! Rally Now!!!! Contact
Roxbury Charter High Public School at 617-442-3500.
>
>
>
>
>
>
>

Open Letter to Education Con... ssioner David P. Driscoll
Friday, December 17, 2004
Contact: Stephona Stokes 617-287-7138

David P. Driscoll
Commissioner of Education
Massachusetts Department of Education
Office of the Commissioner
350 Main Street
Malden, MA 02148-5023

RE:    Roxbury Charter High Public School (RCHPS)
       *For Business, Finance & Entrepreneurship*

Dear Commissioner Driscoll:

I hope you receive this letter and find it insulting to receive it over the "wire". I submit this letter to you (and the media) in the same manner that I received notice of your intent to recommend the premature IMMEDIATE closure of RCHPS - *through the same various media outlets that you notified throughout the state!* I am writing on behalf of my 14 year-old 9th grade son, who attends RCHPS.

I am outraged the DOE Board of Trustees' representatives Tony Siddal & Professor Sandy Matava – Suffolk Law School were not truthful when *I* specifically asked whether the DOE intended to close the school during November 2004's DOE *Parental Portion* of the "routine" 2 year charter evaluation of RCHPS. The direct response from the representatives was NO! I was told that the "evaluation process" was a procedural policy and reporting is mandated by state and federal regulations. Professor Matava stated that her role is independent, however, she is a part of DOE's charter school evaluation team. Did Mr. Siddall or Professor Matava submit parent testimony or comments in their report? If yes, We provided "testimony" under false pretenses and with inaccurate information from your representatives.

The approach from DOE representatives with parents during the evaluation process was abrasive and facilitated in a hasty, uncompassionate fashion, which ended with many unanswered legitimate parental inquiries. Because I did not have a clear understanding why DOE needed my participation for their report, I expressed to your representatives that I did not feel comfortable speaking with them about RCHPS. I finally stated that I did not want my comments used negatively against RCHPS for any report. Mr. Siddall promised parents that he would meet with us again to address all of our concerns, and, that the school would NOT be closed without proper notification to parents. Mr. Siddall assured parents that other alternatives would be made available. Does the Board offer any workshops or roundtable discussions to charter schools to help strenghthen administrative skills or offer resources that allow/sponsor philanthropy, volunteerism or partnerships? Was any of this offered to RCHPS?

**I question the Board's integrity, and, find the Board's action to notify the various media outlets, via DOE's website, prior to communicating with RCHPS' parental community, extremely unethical!** Was it the Board's intent to sabotage prospective parents, supporters, staff and partners from their affiliation with RCHPS? Your Board's actions remind me of the hidden "Good Ole Boy Network", filled with ulterior motives (Will there soon be another charter school in a more affluent neighborhood with more financial viability?) The DOE gave RCHPS their charter based on the *business, finance and entrepreneurship* instruction plan, largely, because no other charter school



offered that as a curriculum. I spect the intent here is to allow and er institution to steal RCHPS' vision and mission. I feel that your actions were deliberate and internionally designed to hinder RCHPS from reaching its' greatest potential – replicas of Sean "P-Diddy" Combs, Russell Simmons and Shawn "Jay-Z" Carters. These individuals exemplify and epitomize the need to fulfill the RCHPS vision, as they are some of the most recognized urban entrepreneurs with **BILLION DOLLAR BUSINESSES!**

When determining the educational future of children under the age of 18, you MUST consent with the parent! Did anyone on the Board consider consulting parents? Does the Board feel that parental input should be heard, prior to making your recommendation? I also believe, that if RCHPS were located in Duxbury, there would have been a more apprehensive approach and if the media were involved, it would have been to help raise money to save a school. We must examine the reasons why so many African American and Latino families choose alternatives to public education. "Leave No Child Behind Act" sounds real good, however, **my child WAS left behind, by pushing him forward while he failed!** In May 2003, during my child's 7th grade school year, it became apparent to me that my child struggled academically **(all F's)** and that his classroom behavior was inappropriate, however, **he was passed to the 8th grade**. Can you explain to me, why this did not raise a red flag with the DOE or does your Board allow this pattern amongst inner-city males so frequently, that you think WE don't notice? Did you give the school a pass, because the BPS has more money?

Subsequent to a series of meetings with school administration, I requested that Boston Public Schools (BPS) conduct an evaluation, to determine eligibility for specialized instruction for my child. BPS proposed a full evaluation "based on the results of the non-special education psychological and educational assessments and subtests of the Woodcock-Johnson III Test of Achievement". I was given the Parent's Rights Brochure which states *"...the law provides a number of procedural safeguards to ensure that parents' and students' rights are preserved, that information is provided on a timely basis, and that services are delivered appropriately"*. Commissioner Driscoll, please explain to me where your Board was during April 2004? – My son still had not been tested when *I contacted DOE (to speak to you directly but was told that you did not handle parent complaints)*. I was referred back to the BPS Deputy Superintendent Dr. Janet Williams, who eventually attended an EMERGENCY instructional session at the Mary E. Curley. It was then that Dr. Williams reprimanded her entire staff including the principal and cluster leaders for not being in compliance with state and federal regulations as mandated. I received my son's IEP in June 2004. Where was your Board then???

It is amazing that your office never returned my calls during the 2003-2004 school year, however, in October 2004 you did send a "confidential survey" requesting that I answer questions "...related to your recent experiences with the special education program at your child's school". Upon receipt of the questionnaire, I realized that my child rights' had been severely violated because special education evaluation testing did not begin within the 30 school day period as required. I immediately contacted Dean Palillo of the Charter School Office and expressed concern with answering the questions about testing although RCHPS did not conduct. Mr. Palillo told me that it was absolutely important to fill out the questionnaire and send it back. I told Mr. Palillo that, before I answer any of the questions, that I wanted him to address the 13 months that initial testing was requested until it was completed. Mr. Palillo did not want to discuss this matter with me and was only interested in the "secret" survey! He then told me that I could file a complaint, then forwarded my call to the "complaint hotline". As instructed on the voicemail system, I left my name, address and contact information requesting the complaint form. I called Mr. Palillo twice and left messages, thus far, I have not received any forms nor have I been shown the courtesy to return my phone calls.



I have friends with children my son's age and younger, and, basically, the sentiment, is that the "System" doesn't give a darn about our children being educated, Black males particularly. Many concerned parents did not want race to become a part of our discussions in asking the Board to keep our school open. However, U.S. Department of Education published *"Evaluation of the Public Charter Schools Program: Final Report"*, race is mentioned all up in the report. It is evidently clear that the Government knows that there are blatant race disparities and socio-economic circumstances that effect urban children, which, contributes to how they process information. *(see State of the Race – Professor Jemadari Kamara and Professor Tony Van Der Meer 2004)* However, the government won't address them and they want parents to believe that our children receive equal educational opportunities – We know better so we seek alternatives.

There is a global demand for skills in business, finance and entrepreneurship. Each year thousands risk leaving the corporate world and sustain very lucrative independent businesses and ventures. Which deems that RCHPS' vision is a necessity and a potential threat to the financial success of our children's counterparts?

Commissioner, you state that the reason you will make this recommendation is due, largely because of RCHPS' projected $113k deficit, and lack of a financial plan. These are issues that can be resolved with proper community outreach and support. If the state moved as quickly for removing Bechtel Parsons and other shoddy contractors from the Billions lost in the BIG DIG, perhaps, they could more adequately provide support to charter schools.

I would like your Board to know that, after 8 unsuccessful years in public schools, **my son brought his first 100% test ever, in his personal finance class.** I am committed to RCHPS and hope that you allow me to speak at the public forum session Tuesday, December 21, 2004.

Sincerely,


Stephona Stokes

cc:    RCHPS
       Representative Shirley Owens-Hicks
       Representative Marie St. Fleur
       Senator Dianne Wilkerson
       Councillor Chuck Turner
       RCHPS Supporters

(15)



# The Commonwealth of Massachusetts
# Department of Education

350 Main Street, Malden, Massachusetts 02148-5023 • Telephone: (781) 338-3700

## PLEASE INVEST 15 MINUTES
## IN YOUR CHILD'S SPECIAL EDUCATION PROGRAM

October 1, 2004

Dear Parent or Guardian,

- A routine review of your school's Special Education programs is being conducted by the Department of Education during the week of **October 4, 2004**.

- Your input on the enclosed Parent Survey will help determine how well your school is meeting state and federal requirements.

- Your responses and comments are strictly confidential.

- A report will be prepared by the Department of Education based upon a visit to your child's school and input from parents such as you.

- Upon your request, this report will be available to you from your school district or the Department of Education.

- Since the number of parents receiving this survey is small, it is very important to receive your response no later than **October 20, 2004**.

If you have questions or need assistance in completing this survey, you may call me at (781) 338-3703. Thank you very much for your help in making this program review process successful.

Sincerely,

*[signature]*

Dean Paolillo
Coordinated Program Review Chairperson
Program Quality Assurance Services



# The Commonwealth of Massachusetts
# Department of Education

350 Main Street, Malden, Massachusetts 02148-5023        Telephone: (781) 338-3700        *Deen Palillo*

### COORDINATED PROGRAM REVIEW for:    __Roxbury High Charter School

### SPECIAL EDUCATION PARENT SURVEY

*Thank you for taking the time to complete this parent survey. The information you are providing is very important. It will help your child's school provide the programs your child needs to be successful.*

*Only complete the parts of this survey that are related to your recent experiences with the special education program at your child's school. Your name and your responses will NOT be shared with anyone in your child's school. A summary of responses from all parents completing this survey will be used to evaluate your school's efforts to meet requirements for special education.*

*For each statement below, check the box (YES or NO) that best describes your experiences. You are welcome to provide any comments in the space provided at the end of this survey.*

*Please return your survey to the attention of the Department of Education Program Review Chairperson named in the cover letter for this survey at the following address:*
*Massachusetts Department of Education, Program Quality Assurance Services,*
*350 Main Street, Malden, MA 02148.*

### NAME OF PARENT OR GUARDIAN COMPLETING THIS SURVEY:
*(Individual responses are kept confidential.)*

_____

Age of my child: _____    School: _____    Grade or Level: _____

**Type of Placement:** (Check the box that best describes the type of placement where your child receives his/her special education program.)

　　All regular and special education services provided in the regular education classroom
　　Some special education services provided outside the regular education classroom
　　All services provided in a substantially separate special education classroom
　　All services provided in a public or private special education day school
　　All services provided in a public or private special education residential school
　　All services provided in a home-based early childhood program for 3 and 4 year olds
　　All services provided in a school-based early childhood program for 3 and 4 year olds
　　All services provided in a home-based program
　　All services provided in a hospital-based program
　　Other (please describe) _____

If I do not attend the Team meeting, someone from the school always tries to contact me to get my ideas before and after the meeting.

## IEP DEVELOPMENT

**YES      NO**

My child's IEP is developed by the Team at the IEP meeting.

My priorities and opinions are always considered by other Team members, even though they may not agree with my point of view.

I am provided with a copy of the final IEP at the end of the Team meeting or shortly afterward (within 3-5 days).

I believe that all of the special education and related services or supports that my child needs are included in the IEP.

The school does not fail to provide services approved by my child's Team because of a lack of programs, staff or funding.

My child's Team decides first what my child's needs are before deciding in what program he or she will be placed.

The Team always considers what part of the regular education program my child can participate in before deciding about any separate special education program or service to provide.

When the Team decides that my child should be removed from the regular education classroom for any part of the school day, the reasons for this are always discussed at the Team meeting.

My child's IEP is clear to me and written in understandable language.

I always receive a copy of the Special Education Parent's Rights Brochure at least once a year.

Services are started immediately when I give my signed approval of my child's IEP.

If the school delays the start of my child's IEP (for example, due to lack of trained staff or the lack of a special program), I am informed of the reasons for the delay and the steps the school is taking to fully implement the IEP.

A classroom aide is provided for my child when this is indicated on the IEP.

## THE IEP MEETING

**YES      NO**

At the IEP meeting we always discuss my concerns as a parent and my priorities for my child.

At least once each year the Team reviews my child's progress in his or her special education program before we develop a new IEP for the next year.

My child's participation in the statewide MCAS testing program is always discussed in the Team meeting.

At the Team meeting we always discuss the ways my child will best be able to take the MCAS test and describe them on the IEP.

My child's needs for special transportation are always discussed at the Team meeting and, if needed, are described on the IEP.

If the Team determines that my child needs related services (for example, speech and language therapy, counseling, occupational therapy) the service is included on the IEP.

## PROGRESS REPORTS

YES    NO

I receive written progress reports for my child at the same time report cards are issued for all other students.

The progress reports describe my child's progress on each goal in the IEP and whether my child will be successful in reaching each goal by the end of the year.

When a progress report indicates my child is not learning as expected, the school takes steps to change the special education program or support services to help my child to be more successful in the program.

## PARENT ADVISORY COUNCIL

YES    NO

My school has a special education Parent Advisory Council (PAC).

I have been invited to participate in the PAC.

The school helps to support PAC activities.

The school conducts at least one workshop with the PAC every year for parents on the topics of special education requirements and parent rights.

## STAFF AND ADMINISTRATION

YES    NO

If a teacher's aide is providing services to my child, this is indicated on my child's IEP.

I am not asked to fund the costs of any part of my child's IEP services, including transportation.

I am not required to provide access to my private insurance to support the costs of my child's IEP; however, I understand that I may provide this access if I wish.

## FOR CHILDREN THREE AND FOUR YEARS OLD

### Preschool screening

YES    NO

I was notified of the opportunity for screening of my preschool child.

The screening included all areas of my child's development and /or possible need for referral for a special education evaluation.

If necessary, the screening was conducted in my child's native language or other means of communication.

The screening results were shared with me in a way that was understandable.

education.

If my child, aged 16-21, has left or is about to leave high school without a diploma, the school has advised my child and me in writing of program options and our rights to meet with school staff regarding these matters.

## FOR STUDENTS SUSPENDED FOR MORE THAN TEN DAYS

**YES    NO**

If my child is suspended more than 10 days in a school year, the school holds a Team meeting to determine whether or not the behavior causing the suspension is a result of my child's disability.

If my child's misbehavior is connected to his/her disability, the school conducts a behavioral assessment and develops a positive behavioral plan to assist my child to manage more successfully his/her behavior.

I am involved in the development of the behavioral plan, and I give my consent before the positive behavioral plan is used.

## PHYSICAL RESTRAINTS

**YES    NO**

My child has been restrained during the past year.

The school gave me its restraint policy and procedures.

The school notifies me whenever they restrain my child.

The use of restraints is included in a behavioral plan and/or on my child's IEP.

Restraint is only used to protect my child or others from harm.

Thank you for providing this important information. You may use the space provided below (or attach a separate sheet of paper) to make comments related to the topics included in this survey or provide any other information you want to share with the Department of Education.

*Please return your survey information to the Department of Education Program Review Chairperson whose name is indicated in the cover letter for this survey.*

Special Education Parent Survey 2005.doc                                    Rev. 9/29/04

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Stephanie Stokes on behalf of minor
Kendrick Brennan (his Son)

## DEFENDANTS

U.S. Dept. of Education, & MA Dpt of
Education

**(b)** County of Residence of First Listed Plaintiff  Suffolk
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

05 11764 RWZ

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☒ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)     and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☒ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
No Child Left Behind

Brief description of cause: Special educ. violations, Information not submitted to parents in a timely fashion, Child with learning desabilities w/acaademic of NCLB

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE                              DOCKET NUMBER

DATE  August 24, 2005

SIGNATURE OF ATTORNEY OF RECORD  Stephanie Stokes

## FOR OFFICE USE ONLY

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _Cylion liltice on behalf of ymir
_Keddlick Foreman (m x) V. dept q Education ; Mrt likpl_
_at Education_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

**05 - 11764 RWZ**

   ___   I.    160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ✓   II.   195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,  *Also complete AO 120 or AO 121
           740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.     for patent, trademark or copyright cases

   ___   III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
           315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
           380, 385, 450, 891.

   ___   IV.   220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

   ___   V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

_____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

        YES ☐    NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

        YES ☑    NO ☐

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

        YES ☑    NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

        YES ☑    NO ☐

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

        YES ☑    NO ☐

        A.   If yes, in which division do all of the non-governmental parties reside?

           Eastern Division ☑    Central Division ☐    Western Division ☐

        B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

           Eastern Division ☑    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

        YES ☐    NO ☑

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME _____

ADDRESS _____

TELEPHONE NO. _____

(CategoryForm.wpd -5/2/05)