```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

STEPHONA STOKES on behalf of    )
minor K.F. (Pro Se),            )
                                )
            Plaintiff,          )
                                )
       v.                       )   C.A. No. 05-11764-RWZ
                                )
U.S. DEPT. OF EDUCATION and     )
MA DEPT. OF EDUCATION.          )
                                )
            Defendants.         )
```

PROCEDURAL ORDER

Before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915. Based on the information contained therein, the Court GRANTS the plaintiff's motion to proceed in forma pauperis. The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendants as directed by the plaintiff with all costs of service to be advanced by the United States.

The Court also orders the parties to comply with the Court's rule regarding the use of the name of a minor child: "If the name of a minor child must be mentioned [in filings with this Court], only the initials of that child should be used." Local Rule 5.3(A)(2). The Clerk shall redact the name of the minor child from the pleadings already filed with the Court.

SO ORDERED.

```
 9/19/2005                          /s/ Rya W. Zobel
 DATE                               UNITED STATES DISTRICT JUDGE
```