```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


STEPHONA STOKES, ON BEHALF OF  )
K.F.,                          )
     Plaintiff,                )
                               )
          v.                   )    C.A. No. 05-11764-RWZ
                               )
U.S. DEPARTMENT OF EDUCATION,  )
ET AL.,                        )
     Defendant.                )
```

                              ORDER

WOLF, D.J.                                        September 26, 2005

   Pro se plaintiff Stephona Stokes' Emergency Motion has been refered to me as Miscellaneous Business Judge in the absence of Judge Rya Zobel to whom this case is assigned. Plaintiff requests a hearing on that motion on September 28, 2005.

   The docket does not indicate that the United States Marshal has served the complaint on the defendants as ordered by Judge Zobel on September 19, 2005. Nor does it appear that the Emergency Motion has been served on defendants. The Emergency Motion does not explain what efforts, if any, have been made to give defendants notice of it or why such notice should not be given as is required to obtain a hearing without notice to an adverse party. See Fed. R. Civ. P. 65(b). Moreover, the Emergency Motion does not, as also required by Rule 65(b), indicate that immediate and irreparable harm will occur if a hearing is not held on September 28, 2005. Rather, it appears from the complaint that the school closing about which plaintiff is concerned will not occur until December, 2005.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's request for a hearing on September 28, 2005 is DENIED with prejudice to being scheduled after the Emergency Motion is served on defendants or the requirements of Federal Rule of Civil Procedure 65(b) for obtaining relief without notice to adverse parties are satisfied.

2. Plaintiff may consult the District Court's Pro Se Staff Attorneys (617-748-4117) for advice concerning compliance with this Order.

/s/ MARK L. WOLF
UNITED STATES DISTRICT JUDGE