UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT -6 P 3 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

)
STEPHONA STOKES, on behalf of minor K.F. )
(Pro Se),                                )
                                         )
          Plaintiff,                     )
                                         )     CIVIL ACTION
     v.                                  )     NO. 05-11764-RWZ
                                         )
UNITED STATES DEPARTMENT OF              )
EDUCATION AND MASSACHUSETTS              )
DEPARTMENT OF EDUCATION,                 )
                                         )
          Defendants.                    )
                                         )

## MOTION OF THE MASSACHUSETTS DEPARTMENT OF EDUCATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), defendant Massachusetts Department of Education respectfully requests that this Court extend the time for it to respond to the Complaint in this matter up to and including November 17, 2005. As grounds for and in support of its motion, the Massachusetts Department of Education states as follows:

1. Plaintiff filed her Complaint on or about August 24, 2005. The Massachusetts Department of Education was served via certified mail on or about September 29, 2005. Consequently, a response to the Complaint is due on or about October 17, 2005.

2. The Complaint raises complex legal issues. Preparation of a response to the Complaint will require substantial research and drafting.

3. Due to the press of other business, the Assistant Attorney General assigned to this matter requires additional time to prepare a proper response to the Complaint.

4. No hearings are currently scheduled in this matter.

5. Plaintiff has declined to assent to this motion.

WHEREFORE, for the reasons set forth above, the Massachusetts Department of Education respectfully requests that this Court grant it an extension of time to and including November 17, 2005 to respond to the Complaint.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ Jane L. Willoughby*

Jane L. Willoughby BBO 555693
Assistant Attorney General
Administrative Law Division
Government Bureau
One Ashburton Place, Rm. 2019
Boston, Massachusetts 02108
(617) 727-2200, Ext. 2615

Dated: October 6, 2005

## RULE 7.1 CERTIFICATION

I, Jane L. Willoughby, Assistant Attorney General hereby certified that I have conferred with Stephona Stokes, pro se, and have attempted in good faith to resolve the issue of a response deadline to the Complaint. Ms. Stokes declined to assent to this motion.

*/s/ Jane L. Willoughby*

Jane L. Willoughby
Assistant Attorney General

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the ~~attorney of~~ pro se ~~record~~ for each other party by mail ~~(by hand)~~ on 10/6/05.