**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Stephona Stokes on behalf of Minor K.F. | COURT CASE NUMBER: 05-11764-RWZ |
| DEFENDANT: MA Dept. of Education | TYPE OF PROCESS: S+C |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MA Department of Education

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 350 Main Street, Malden, MA 02148

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Stephona Stokes
3919 Washington St #2
Roslindale, MA 02131

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Stephona Stokes
TELEPHONE NUMBER: 617-524-0543
DATE: 9/23/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

Total Process | District | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date
9/26/05

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MA DEPARTMENT OF EDUCATION
350 MAIN STREET
MALDEN, MA 02148

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7002 0510 0004 1359 4256

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Sent To: MA DEPARTMENT OF EDUCATION
MAIN STREET

FORM USM-285 (Rev. 12/15/80)