**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Stephona Stokes on behalf of minor K.F. | 05-11764-RWZ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| U.S. Department of Education | S/C |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Attorney General of the United States

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Department of Justice  950 Pennsylvania Ave. NW  Washington DC  20530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Stephona Stokes
3919 Washington Street #2
Roslindale, MA 02131

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 617-524-0543
DATE: 9/23/05

**DO NOT WRITE BELOW THIS LINE**

USMS Deputy or Clerk  Date: 9/26/05

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTORNEY GENERAL OF US
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
If YES, enter delivery address below:

OCT 0 ? 2005

3. Service Type
☒ Certified Mail    ☐ Express Mail
☒ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 0510 0004 1359 4249

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Sent: ATTORNEY GENERAL OF US
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)