UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 17 P 4: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

STEPHONA STOKES, on behalf of minor K.F. )
(Pro Se), )
)
)
Plaintiff, )
) CIVIL ACTION
v. ) NO. 05-11764-RWZ
)
UNITED STATES DEPARTMENT OF )
EDUCATION AND MASSACHUSETTS )
DEPARTMENT OF EDUCATION, )
)
Defendants. )

## MOTION OF THE MASSACHUSETTS DEPARTMENT OF EDUCATION TO DISMISS PLAINTIFF'S COMPLAINT

Plaintiff Stephona Stokes, on behalf of minor K.F. (Pro Se), ("plaintiff" or "Stokes") has brought an action purportedly against the United States Department of Education and the Massachusetts Department of Education ("MADOE"), the latter a state agency. Plaintiff's Complaint appears to allege an unspecified violation of the "No Child Left Behind" statute by the MADOE. P.L. 107-110, codified at 20 U.S.C. §§ 6301-6339 (Title I, Part A); 20 U.S.C. §§ 6421-6472 (Title I, Part D); 20 U.S.C. §§ 6601-6651 (Title II, Part A); 20 U.S.C. §§ 6751-6777 (Title II, Part D); 20 U.S.C. §§ 6811-6871 (Title III, Part A); 20 U.S.C. §§ 7101-7165 (Title IV, Part A); 20 U.S.C. §§ 7201-7217e (Title V, Part A). However, no NCLB violation is in fact alleged because, as a review of the Complaint and associated papers will demonstrate, the gravamen of plaintiff's Complaint involves an action taken by the Massachusetts Board of Education under state law, not NCLB; consequently, no federal question is presented.

Understanding the precise nature of plaintiff's claim is unnecessary, however, because pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), even if plaintiff has alleged a violation of federal law, defendant MADOE is entitled to an order dismissing plaintiff's Complaint as barred by the Eleventh Amendment.

WHEREFORE, for the reasons set forth herein and in its accompanying memorandum of law, defendant Massachusetts Department of Education herewith respectfully requests that this Court dismiss plaintiff's Complaint with prejudice.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the Massachusetts Department of Education herewith respectfully requests a hearing on its motion to dismiss, as oral argument may be of assistance to the Court.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Jane L. Willoughby
Jane L. Willoughby, BBO 555693
Assistant Attorney General
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200

Dated: October 17, 2005

### RULE 7.1 CERTIFICATION

I, Jane L. Willoughby, Assistant Attorney General hereby certify that I have conferred

with Stephona Stokes, pro se, and have attempted in good faith to resolve or narrow the issue.

                                                Jane L. Willoughby
                                                Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon ~~the attorney of record for each other party~~ by mail ~~(by hand)~~ → Stephona Stokes, pro se,

on 10/17/05.