UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 NOV 10  P 3: 44

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| STEPHONA STOKES, on behalf of minor K.F. (Pro Se), <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION AND MASSACHUSETTS DEPARTMENT OF EDUCATION, <br><br> Defendants. | CIVIL ACTION <br> NO. 05-11764-RWZ |

**MOTION OF STEPHONA STOKES, ON BEHALF OF MINOR K.F. (PRO SE), TO AMEND COMPLAINT TO INCLUDE DAVID DRISCOLL, COMMISSIONER, JAMES A. PEYSER, CHAIRMAN, MARY STREET, GOVERNOR MITT ROMNEY AND THE MASSACHUSETTS BOARD OF EDUCATION MEMBERS**

Plaintiff Stephona Stokes, on behalf of minor K.F. (Pro Se), ("plaintiff" or "Stokes") has brought an action against the United States Department of Education and the Massachusetts Department of Education ("MADOE"), the latter a state agency. Plaintiff's original Complaint did not appear to allege any specified **individuals** who violated "No Child Left Behind" (NCLB) statutes by MADOE members. However, Plaintiff would like to include the above mentioned individuals.

The attorney for the MADOE believes that Plaintiff took action against the MADOE to revoke the charter of Roxbury Charter High Public School. This is not completely true. However, it was the MADOE's actions that triggered the Plaintiff to raise questions about the future education of said minor K.F. Furthermore, Plaintiff believes that because the MADOE has legal representation they will be allowed to continue to ignore basis of the complaint. Plaintiff will respect any order or advisement that this Court deems necessary.

## REQUEST FOR ORAL ARGUMENT

Plaintiff, welcomes the opportunity for oral argument to receive clarification. The actions or lack thereof by the MADOE individual members are violations of the NCLB federal law, as oral argument may be of assistance to the Court. *Please Note:* The Plaintiff has no legal representation and is not well versed with the proceedings of this Court and has no other recourse as the MADOE has completely ignored Plaintiff. Therefore, Plaintiff requests that this Court take this under consideration when ruling on requests.

Respectfully submitted
Stephona Stokes (Pro Se)

Stephona Stokes
3919 Washington Street
Roslindale, MA 02131
617-524-0543

Dated: November 10, 2005