

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
Central Massachusetts Division
One Exchange Place
Worcester, Massachusetts 01608

TOM REILLY
ATTORNEY GENERAL

(508) 792-7600
www.ago.state.ma.us

November 9, 2005

**VIA FIRST-CLASS MAIL**

Mr. Jay Johnson
Docket Clerk to the Honorable Rya W. Zobel
United States District Court
 for the District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

Re:   Stokes v. United States Department of Education, et al.,
        Civil Action No. 05-11764-RWZ

Dear Mr. Johnson:

This letter is to follow up on our telephone conversation of this date in which I asked how to proceed in light of the fact that the docket shows no response by the plaintiff to the Massachusetts Department of Education's Motion to Dismiss Plaintiff's Complaint, which was filed on October 17, 2005, and a response to which was due on or before October 31, 2005. In light of the fact that nine days have passed since the deadline for filing a response to the motion to dismiss, it appears that the motion is unopposed. If you have any questions, please do not hesitate to call me. Thank you for your kind attention to this matter.

Very truly yours,

Jane L. Willoughby
Assistant Attorney General
Administrative Law Division
Government Bureau

cc:   Stephona Stokes, pro se, 3919 Washington Street, # 2, Roslindale, Massachusetts 02131
(via first-class mail)