January 25, 2006

The Honorable Rya W. Zobel
Judge
John Joseph Moakley
United States Courthouse
1 Courthouse Way
Boston, MA  02210

BY HAND

Re:    Stokes on behalf of Minor K.F., pro se
v.
United States Department of Education, et al.,
       Civil Action No.  05-11764-RWZ

Dear Judge Zobel:

I am writing this letter directly to you as it relates to the above referenced action. It is my belief that the action is still pending. The purpose of this memorandum is to request clarification from this court on several issues.

As you may be aware, I have filed a complaint against the Massachusetts Department of Education (MDOE) and the United States Department of Education (USDOE). I filed the original complaint to request that this court order the MDOE to respond to my many requests for information. The information that I have been requesting is relevant to my child's past, current and future education. It is a quite complicated situation that involves several parties, as well as, two separate courts. And, because of the nature of this situation, I hope that you may be of assistance.

Pursuant to your original order, dated September 20, 2005 you required the MDOE to respond to my complaint 20 days from its' filing and the USDOE to respond within 60 days. The MDOE responded 1st by requesting a motion to extend time. I submitted a "counter" motion disputing their request. However, the extension of time was ultimately granted. Assistant Attorney General Jane Willoughby, contacted me in order to "resolve or narrow the issue", by telling me that she intends to respond by requesting the court dismiss my entire complaint – which she did, and again, I "countered" her motion. That was in November 2005 and the last that I have heard about the case.

I warned U.S. District Court (USDC) that there was a case pending in Massachusetts District Court (MDC) Docket No. 05-4052-F relevant to this case. Last week, Judge Hines reversed her previous ruling granting Roxbury Charter High Public School (RCHPS) a "stay" in their appeal to the MDOE to reinstate their charter. After several "filings" and appeals Judge Hines ruled in late December to allow the MDOE to revoke the charter of RCHPS.

Throughout this total mess, the MDOE has made its' opinions clear about RCHPS and imposed "sanctions" - (held back money), etc. How does this affect my son? What happens now?  Judge Hines has ruled the charter revoked…Can the MDOE legally withhold money again?  Are the federal dollars provided to the state, and, entitled to public school children attached to the school or the child? No sooner than Judge Hines ruled in December 2005, within one day of each other the MDOE and RCHPS sent letters to parents stating two totally opposite things.

MDOE - "school must close their doors". RCHPS - "school will exercise their right to remain open during litigation". (See attached letters.) This is the last straw for me, I need a judge or jury to assist me in the best interest of my son's education.

I need to know whether my son has been provided with the services that he needs as outlined in his IEP. Will the grades count if the charter is "retroactively" revoked to December 2004? How do I compare and assess other schools in the district? Did the MDOE act in accordance with NCLB in providing information? Why hasn't the MDOE come to RCHPS to discuss options for enrollment with parents in 12 entire months?

I believe that this case has some very complex legal issues and many questions can be raised about the responsibilities and legality of the Governing Authority and whether its' actions or lack thereof have caused any harm to my son. As a parent, the total lack of respect and non-responsiveness, made me personally feel highly violated and disrespected. At the very least, you would think that someone within that entire organization would have some sensitivity training, when dealing with parents and their insecurities about where they choose to send their children to school. No one in the MDOE ever contacted me with any comprehensive information.

I have tried to participate in several hearings held at locations of the MDOE's choosing. I have gone on record once briefly during their May 2005 Board meeting in Northampton, MA. Other times I have not been "officially" allowed to provide testimony or raise questions during their proceedings. During their September 2005 Board meeting I interrupted and spoke directly to their Board "out-of-turn" (as Chairman Peyser stated) to discuss my frustration with the lack of communication to parents. Unfortunately, the taped proceedings were ordered to be shut-off by Chairman Peyser while I expressed my anger. Both Commissioner Driscoll and Chairman Peyser removed themselves from the table while I spoke. I felt "good and humiliated" at the same time. Good because I was able to convey to the Board that I have parental concerns and rights in deciding my child's education. Humiliated because my presence wasn't acknowledged in the MDOE Board minutes dated September 14, 2005. No one seemed to care - I thought.

Until two members of the MDOE Board approached and thanked me for doing what I did (off the record of course). One being Mr. Henry Thomas who told me what I did was very courageous. The other was a female Board member who thanked me "because we need to hear things like this".

It has been one year since the MDOE has recommended the RCHPS' charter be revoked. Unfortunately, for me, I am not anymore clear than I was when this process first began. I have raised many concerns about my child individually, including the way in which his Woodcock Johnson testing was performed. I am apprehensive about contacting the MDOE for other options should the RCHPS lose the "three-panel" judge appeal (no date scheduled), because they have ignored me for such a long time. I could not get any answers from the MDOE. I have taken a lot of time to come back and forth to this courthouse to get the information and they have stonewalled me each time. I appreciate the waiver for my filing fees, but other costs including stationery, travel, copies and mail are becoming too expensive for me and I would like to resolve this matter before the court. Besides, I have absolutely NO legal representation whatsoever and am probably way out of my league anyway.

I would like to feel confident that, even though there is a current dispute

between the MDOE and RCHPS, the work that my child has done for the past year will be accepted. I believe the MDOE should provide all the information outlined in the No Child Left Behind Act (NCLB) about other schools.  I also believe that the MDOE should have their practices examined when they make decisions that will affect families.  I further believe that someone should be assigned to assist from within the Department.

Your Honor, I have researched and studied the NCLB.  From what I have read I believe that certain things should have happened that didn't.  I will respect this Courts' decision if you find that there is no basis for my inquiry. However, to put this off any longer is unacceptable for me.  I have absolutely no confidence in the MDOE and quite frankly, I don't trust their judgment and they have proven themselves to be insensitive to me.  I hope that a child's education is as important to the courts as it is to this parent.  Will you help?

Respectfully,

*Stephona Stokes*
Stephona Stokes
on behalf of Minor, K.F., pro se