UNITED STATES DISTRICT COURT OFFICE
FOR THE DISTRICT OF MASSACHUSETTS

STEPHONA STOKES, on behalf of minor K.F. )
(Pro Se), )
)
          Plaintiff )
)
)
          v. ) CIVIL ACTION NO.
) 05-11764 RWZ
)
UNITED STATES DEPARTMENT OF )
EDUCATION AND MASSACHUSETTS )
DEPARTMENT OF EDUCATION, )
)
          Defendants. )
)

### Request for NOTICE OF DEFAULT AGAINST THE UNTED STATES DEPARTMENT OF EDUCATION AND MOTION TO FURTHER AMEND COMPLAINT AND REPLY TO RESPONSE OF THE MASSACHUSETTS DEPARTMENT OF EDUCATION DATED JANUARY 31, 2006 TO PRO SE PLAINTIFF STEPHONA STOKES' LETTER TO THE COURT DATED JANUARY 25, 2006

Defendant's response to Plaintiff's letter addressed to the Court in the above matter seems to indicated their assumption that Plaintiff's letter may be treated by the Court as a motion, Stephona Stokes, Pro Se, files this response.

1. Plaintiff's letter of January 25, 2006 and some of her previous Court filings may not all have identified specific Local, State or Federal Civil Rights violations (by penal code numbers), but, Plaintiff is not experienced as an attorney nor does she have the ability to research or expertise in law to identify them all. However, the Plaintiff does believe that

there were numerous violations in Sections of the No Child Left Behind Act (NCLB) and Individuals with Disabilities Education Act (IDEA), as well as, statutes, procedures and protocols that the United States Department of Education mandate that Local, State and Federal Educational Authorities perform.  Including, but not limited to, providing information to parents that will provide and protect specific civil rights entitled to all Americans as it relates to school choice and disabilities (as said minor, K.F., has special needs and an Individual Educational Plain (IEP).

2. The MADOE has continuously replied to Plaintiff's filings by requesting the Court dismiss Plaintiff's claims outright, on the basis that, "an individual cannot sue a state agency".  The Plaintiff has modified original filing by motion to identify Local, State and Federal representatives individually.  Plaintiff is at the mercy of the Court to not allow the USDOE and the MADOE dismiss her claim.  Furthermore, in their responses the MADOE has attempted to dismiss the underlying basic fundamentals of Plaintiff's case, by not answering Plaintiff's questions as it relates to their responsibilities in ensuring that said minor, K.F., is provided "a free appropriate public education in the least restrictive environment appropriate to their individual needs.  The IDEA further states "parents can appeal the State agency's decision to State or Federal court".

3. Defendant's response dated, January 31, 2006, indicates that Judge Hines affirms the MADOE's revocation decision.  Roxbury Charter Public High School (RCHPS) has stated they have, in fact, appealed that decision and are awaiting a decision from the State Appeals Court.

4. Plaintiff requests that the Court examine what harm, if any, has been caused to said minor, K.F., by the MADOE's actions or lack thereof.  Additionally, Plaintiff filed the

initial claim because the MADOE abused Its' authority and ignored Plaintiff's inquiries for months. The USDOE is currently in default to Judge Zobel's order dated September 20, 2005. *Plaintiff is requesting a Default ~~~~~ be issued against the USDOE.* A decision is pending in Superior Court Civil Action No. 2005-04052 as to the RCHPS' Appeal. The Superior Court case involves all students previously and currently attending RCHPS that will need placement or may have been placed in "underperforming schools" (in clear violation of Federal law). The Plaintiff's original claim was filed "as a class action", which preceded the MADOE's Superior Court filing against the RCHPS. *The Plaintiff is further requesting that the Federal Court intervene and combine the State case as Federal law permits, to determine whether USDOE and MADOE have violated any laws against the parents and students of RCHPS.* To the extent that the Court deems any matter therein not so addressed, and depending on how the Court treats her filings, the Plaintiff would respectfully request an opportunity to appear before the Court to formally "resolve or narrow the issues set forth", if the Court so deems.

Respectfully Submitted
Stephona Stokes (Pro Se)

*/s/ Stephona Stokes*
Stephona Stokes
3919 Washington Street
Apt. #2
Roslindale, MA 02131
617-524-0543

Dated: February 16, 2006



From: Stephona Stokes

2/17/06

TO: Jay Johnson

Mr. Johnson I hereby attest that I have served all parties via U.S. Certified Mail.
— Stephona Stokes