```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

STEPHONA STOKES, on behalf of )
minor K.F.,                   )
                              )
        Plaintiff,            )
                              )
   v.                         )   Civil Action No. 05-11764-RWZ
                              )
UNITED STATES DEPARTMENT OF   )
EDUCATION AND MASSACHUSETTS   )
DEPARTMENT OF EDUCATION,      )
                              )
        Defendants.           )
```

UNITED STATES'S CROSS-MOTION TO DISMISS, OR,
IN THE ALTERNATIVE, TO REQUIRE THE PLAINTIFF
<u>TO EFFECT PROPER SERVICE ON THE FEDERAL DEFENDANT</u>

The United States of America moves to dismiss the Complaint as it pertains to the United States, pursuant to Rule 12(b)(5) and (6) of the Federal Rules of Civil Procedure, for insufficiency of service of process and failure to state a claim upon which relief can be granted.  Alternatively, if the Court declines to dismiss the complaint as it pertains to the United States at this time, the Court should require the plaintiff to effect proper service on the federal defendant within 20 days, and if proof of proper service is not submitted within 10 days thereafter, the Court should then dismiss the case against the United States.  The reasons for this motion are set forth more fully in the accompanying Opposition to Plaintiff's Request for Default and Memorandum in Support of the United States's Cross-Motion to Dismiss, or, in the Alternative, to Require the Plaintiff to Effect Proper Service on the Federal Defendant.

```
                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                               By:  /s/ Damian W. Wilmot
                                    DAMIAN W. WILMOT
                                    Assistant U.S. Attorney
                                    Moakley Federal Courthouse
                                    One Courthouse Way, Suite 9200
                                    Boston, MA 02210
Dated: February 24, 2006            (617) 748-3398
```

### CERTIFICATION UNDER L.R. 7.1

I certify that in accordance with Local Rule 7.1, on February 24, 2005, I have conferred with the *pro se* Plaintiff and have attempted in good faith to resolve the issues addressed in this Motion.

```
                                     /s/ Damian W. Wilmot
                                    DAMIAN W. WILMOT
                                    Assistant U.S. Attorney
```

### CERTIFICATE OF SERVICE

```
Suffolk,  ss.                       Boston, Massachusetts
                                    February 24, 2005
```

I certify that on February 24, 2005, I caused a copy of the foregoing Motion to be served on Plaintiff, Stephona Stokes, 3919 Washington Street, Apt. #2, Roslindale, MA 02131, by first class mail, postage pre-paid.

```
                                     /s/ Damian W. Wilmot
                                    DAMIAN W. WILMOT
                                    Assistant U.S. Attorney
```