March 1, 2006

Stephona Stokes on behalf of Ahleeya K.F.
(Pro Se),
Plaintiff

V.

FILED
IN CLERKS OFFICE

2006 MAR 14  P 1:32

05-11764-RWZ

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States Department of Education & (USDOE)
Massachusetts Department of Education, et. al (MDOE)
Defendants

Multiple Affidavits in Support of
Complaint filed by Stephona Stokes

Plaintiff is submitting affidavits in support
of complaint listed above. The affidavits are from
Parents who currently have their children enrolled at
Roxbury Charter High Public School (RCHPS). They
are also Requesting permission to join complaint as
Co-Plaintiffs. We ask that anyone else be allowed to join later.

We believe that the USDOE and MDOE should
not be allowed to close RCHPS until they can provide
RCHPS parents and students with a Fair Appropriate
Public Education. Furthermore, we ask that the
United States District Court order the MDOE release any
funding currently being withheld from RCHPS while litigation
is pending in US District Court and Massachusetts Superior
Appeals Court (case # 05-04052). We also believe that
withholding federal dollars intended for public school

(1)

Students is a dire of violation of No Child Left Behind Act (NCLB) and the Individuals with Disabilities Education Act, as that ~~money~~ financial support is necessary for providing the curriculum and services that students are entitled to, and can further harm all involved. We also ask the court to order the MA DOE and USDOE respond to questions raised by parents on our Right to choice. Currently, the only information that the MADOE has provided has been to the Boston Public School Department (BPS). The BPS stated in April 2005 that they were in the third cycle of seating availability and were to provide parents with all Relative information in making an alternative selection. However, as of Friday, March 3, 2006, Mr. Burrell (Registrar of BPS) could not answer which schools have seats or programs for students with individual educational plans. Thus eliminating fair choice for parents and students. Finally, we ask this Court order the USDOE & the MADOE respond to questions raised about the manner in which transfers will take place, why do they consider RCHPS a private school during pending litigation and due process ~~right~~ Rights and whether the past 6 months will be Recognized on their student transcripts or whether the grades should be accepted.

We also believe that any funding intended for the School and withheld by MADOE & USDOE was illegal while the RCHPS exercised its Rights through the court should be "made up" to the parents and students and staff of RCHPS.

(2)

We ask the Federal Court intervene and combine the State case as Federal law permits, to determine whether USDOE and the MA DOE have or continue to violate and federal Statutes protecting the Education Freedoms entitled to all Americans. We ask the Court to order MA Superior Appeals Court to immediately halt any action until the Federal case is decided.

Respectfully submitted
Stephona Stokes (Pro Se)

STEPHON A STOKES
3919 WASHINGTON ST
APT #2
ROSLINDALE, MA 02131
617- 524-0543

(3)

**AFFIDAVIT IN SUPPORT OF**
**COMPLAINT FILED BY STEPHONIA STOKES**
**AGAINST THE UNITED STATES DEPT. OF EDUCATION AND**
**THE MASSACHUSETTS DEPT. OF EDUCATION**
**(CIVIL ACTION NO 05-11764)**

My name is _Oretha Thom_, I am the parent of _Jeremy Thoms_ who is a _Student_ at the Roxbury Charter High School (RCHS).   I am opposed to the revocation of RCHS's charter. The revocation has caused, and will continue to cause irreparable harm to my child. Additionally, there is no secondary school that can provide my child with the quality and scope of education which he or she currently receives at RCHS. This civil action is the only means available to me to protect my child's educational future. Accordingly, I am requesting this Honorable court permit me to join this action as a co–plaintiff.

Name: _Oretha Thoma_

Address: _13 Wardman. Rd #5_
_Rot. MA 02119 - (617) 4272442_

**AFFIDAVIT IN SUPPORT OF**
**COMPLAINT FILED BY STEPHONIA STOKES**
**AGAINST THE UNITED STATES DEPT. OF EDUCATION AND**
**THE MASSACHUSETTS DEPT. OF EDUCATION**
**(CIVIL ACTION NO 05-11764-RWZ)**

My name is _Ethel Geer_ I am the parent of _Kyreese Ralard_.

who is a ___Student___ at the Roxbury Charter High School (RCHS).   I am

opposed to the revocation of RCHS's charter.  The revocation has caused, and will

continue to cause irreparable harm to my child. Additionally, there is no secondary

school that can provide my child with the quality and scope of education which he

or she currently receives at RCHS. This civil action is the only means available to

me to protect my child's educational future. Accordingly, I am requesting this

Honorable court permit me to join this action as a co–plaintiff.

Name: _Mrs Geer_

Address: _166 Seaver St._
_Dorchester Mass._

FILED
**AFFIDAVIT IN SUPPORT OF CLERKS OFFICE**
**COMPLAINT FILED BY STEPHONIA STOKES**
**AGAINST THE UNITED STATES DEPT. OF EDUCATION AND**
**THE MASSACHUSETTS DEPT. OF EDUCATION**
**(CIVIL ACTION NO 05-11064-RWZ**
**DISTRICT COURT**
**DISTRICT OF MASS.**

My name is ᴳᵉʳᵃˡᵈⁱʳᵉ Clark, I am the parent of Darryel Clark who is a 9th grader at the Roxbury Charter High School (RCHS).   I am opposed to the revocation of RCHS's charter. The revocation has caused, and will continue to cause irreparable harm to my child. Additionally, there is no secondary school that can provide my child with the quality and scope of education which he or she currently receives at RCHS. This civil action is the only means available to me to protect my child's educational future. Accordingly, I am requesting this Honorable court permit me to join this action as a co-plaintiff.

Name: Shaldon Clark

Address: 116 Rices # 24
Mattapan MA 02126

**AFFIDAVIT IN SUPPORT OF
COMPLAINT FILED BY STEPHONIA STOKES
AGAINST THE UNITED STATES DEPT. OF EDUCATION AND
THE MASSACHUSETTS DEPT. OF EDUCATION
(CIVIL ACTION NO 05-11764-RWZ)**

FILED
IN CLERKS OFFICE
2006 MAR 14 P 1: 32
U.S. DISTRICT COURT
DISTRICT OF MASS.

My name is _Brenda Sunckam_ the parent of _Keith Pettre_ who is a _Student_ at the Roxbury Charter High School (RCHS).    I am opposed to the revocation of RCHS's charter.  The revocation has caused, and will continue to cause irreparable harm to my child. Additionally, there is no secondary school that can provide my child with the quality and scope of education which he or she currently receives at RCHS. This civil action is the only means available to me to protect my child's educational future. Accordingly, I am requesting this Honorable court permit me to join this action as a co–plaintiff.

Name: _Brenda Sandes_

Address: _19 Dix St,_
_Dorchester, MA_

**AFFIDAVIT IN SUPPORT OF**
**COMPLAINT FILED BY STEPHONIA STOKES**
**AGAINST THE UNITED STATES DEPT. OF EDUCATION AND**
**THE MASSACHUSETTS DEPT. OF EDUCATION**
**(CIVIL ACTION NO 05-11764-RWZ)**

FILED
IN CLERKS OFFICE

2006 MAR 14 P 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

My name is _Juanita McKoy_ I am the parent of _Joshua McKoy_

who is a _student_ at the Roxbury Charter High School (RCHS).    I am

opposed to the revocation of RCHS's charter.  The revocation has caused, and will

continue to cause irreparable harm to my child. Additionally, there is no secondary

school that can provide my child with the quality and scope of education which he

or she currently receives at RCHS. This civil action is the only means available to

me to protect my child's educational future. Accordingly, I am requesting this

Honorable court permit me to join this action as a co–plaintiff.

Name _Juanita M. McKoy_

Address: _102 E/m Hill Ave Apt 4_
_Dorchester, Ma 02121_

FILED

AFFIDAVIT IN SUPPORT OF
COMPLAINT FILED BY STEPHONIA STOKES
AGAINST THE UNITED STATES DEPT. OF EDUCATION AND
THE MASSACHUSETTS DEPT. OF EDUCATION
(CIVIL ACTION NO. 05-11764-RWZ)

My name is _Wahida Talal_ , I am the parent of _Vincent Barbosa_,
who is a _student_ at the Roxbury Charter High School (RCHS).   I am
opposed to the revocation of RCHS's charter.  The revocation has caused, and will
continue to cause irreparable harm to my child. Additionally, there is no secondary
school that can provide my child with the quality and scope of education which he
or she currently receives at RCHS. This civil action is the only means available to
me to protect my child's educational future. Accordingly, I am requesting this
Honorable court permit me to join this action as a co–plaintiff.

Name: _Wahida Talal_

Address: _808-905 Memorial Drive_

FILED
IN CLERKS OFFICE

## AFFIDAVIT IN SUPPORT OF
## COMPLAINT FILED BY STEPHONIA STOKES
## AGAINST THE UNITED STATES DEPT. OF EDUCATION AND
## THE MASSACHUSETTS DEPT. OF EDUCATION
## (CIVIL ACTION NO 05-11764-RWZ)

My name is _Tycon Dell_ I am the parent of _Doaje Dell_ who is a _Student_ at the Roxbury Charter High School (RCHS).    I am opposed to the revocation of RCHS's charter.  The revocation has caused, and will continue to cause irreparable harm to my child. Additionally, there is no secondary school that can provide my child with the quality and scope of education which he or she currently receives at RCHS. This civil action is the only means available to me to protect my child's educational future. Accordingly, I am requesting this Honorable court permit me to join this action as a co–plaintiff.

Name: _Tycon Dell_

Address: _41 Topliff_

**AFFIDAVIT IN SUPPORT OF**
FILED
IN CLERKS OFFICE
**COMPLAINT FILED BY STEPHONIA STOKES**
**AGAINST THE UNITED STATES DEPT. OF EDUCATION AND** P 1: 32
**THE MASSACHUSETTS DEPT. OF EDUCATION**
**(CIVIL ACTION NO 05-11764-RWZ)** U.S. DISTRICT COURT
DISTRICT OF MASS.

My name is _Nelson Fuller_ , I am the parent of _Jenn, for Abernathy_

who is a _Student_ at the Roxbury Charter High School (RCHS).    I am

opposed to the revocation of RCHS's charter.  The revocation has caused, and will

continue to cause irreparable harm to my child. Additionally, there is no secondary

school that can provide my child with the quality and scope of education which he

or she currently receives at RCHS. This civil action is the only means available to

me to protect my child's educational future. Accordingly, I am requesting this

Honorable court permit me to join this action as a co–plaintiff.

Name: _Nelson Fuller_

Address: _84 North Point DR._

_Dorchester, MA, 02125_

**AFFIDAVIT IN SUPPORT OF
COMPLAINT FILED BY STEPHONIA STOKES
AGAINST THE UNITED STATES DEPT. OF EDUCATION AND
THE MASSACHUSETTS DEPT. OF EDUCATION
(CIVIL ACTION NO 05-11764-RWZ)**

FILED
IN CLERKS OFFICE

2006 MAR 14 P 1: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

My name is _Kathleen Blackett_ , I am the parent of _Priston Blackett_

who is a _Student_ at the Roxbury Charter High School (RCHS).    I am

opposed to the revocation of RCHS's charter.  The revocation has caused, and will

continue to cause irreparable harm to my child. Additionally, there is no secondary

school that can provide my child with the quality and scope of education which he

or she currently receives at RCHS. This civil action is the only means available to

me to protect my child's educational future. Accordingly, I am requesting this

Honorable court permit me to join this action as a co-plaintiff.

Name: _Kathleen Blackett_

Address: _82 Fairmount St_
_Dorchester, MA 02124_

# AFFIDAVIT IN SUPPORT OF
## COMPLAINT FILED BY STEPHONIA STOKES
## AGAINST THE UNITED STATES DEPT. OF EDUCATION AND
## THE MASSACHUSETTS DEPT. OF EDUCATION
## (CIVIL ACTION NO 05-11764-RWZ)

My name is Nielita Thompson, I am the parent of Janaye thompson who is a Student at the Roxbury Charter High School (RCHS).   I am opposed to the revocation of RCHS's charter.  The revocation has caused, and will continue to cause irreparable harm to my child. Additionally, there is no secondary school that can provide my child with the quality and scope of education which he or she currently receives at RCHS. This civil action is the only means available to me to protect my child's educational future. Accordingly, I am requesting this Honorable court permit me to join this action as a co-plaintiff.

Name: Nielita Thompson

Address: 29 Ocean Street Floor 1
Dorchester Ma 02124

**AFFIDAVIT IN SUPPORT OF**
**COMPLAINT FILED BY STEPHONIA STOKES**
**AGAINST THE UNITED STATES DEPT. OF EDUCATION AND**
**THE MASSACHUSETTS DEPT. OF EDUCATION**
**(CIVIL ACTION NO 05-11764-RWZ)**

My name is Barbara Saulsberry I am the parent of Gerald Rierro who is a _student_ at the Roxbury Charter High School (RCHS).   I am opposed to the revocation of RCHS's charter.  The revocation has caused, and will continue to cause irreparable harm to my child. Additionally, there is no secondary school that can provide my child with the quality and scope of education which he or she currently receives at RCHS. This civil action is the only means available to me to protect my child's educational future. Accordingly, I am requesting this Honorable court permit me to join this action as a co–plaintiff.

Name: Barbara Saulsberry

Address: 15 O'Bierne Place
Boston, MA 02119

**AFFIDAVIT IN SUPPORT OF**
**COMPLAINT FILED BY STEPHONIA STOKES**
**AGAINST THE UNITED STATES DEPT. OF EDUCATION AND**
**THE MASSACHUSETTS DEPT. OF EDUCATION**
**(CIVIL ACTION NO 05-11764-RWZ)**

My name is _Carlean Perryman_ I am the parent of _Shalela Toohey_.

who is a _Student_ at the Roxbury Charter High School (RCHS).    I am

opposed to the revocation of RCHS's charter.  The revocation has caused, and will

continue to cause irreparable harm to my child. Additionally, there is no secondary

school that can provide my child with the quality and scope of education which he

or she currently receives at RCHS. This civil action is the only means available to

me to protect my child's educational future. Accordingly, I am requesting this

Honorable court permit me to join this action as a co--plaintiff.

Name: _Carlean Perryman_

Address: _112 Regent St_
_Roxbury, ma 02119_

**AFFIDAVIT IN SUPPORT OF**
**COMPLAINT FILED BY STEPHONIA STOKES**
**AGAINST THE UNITED STATES DEPT. OF EDUCATION AND**
**THE MASSACHUSETTS DEPT. OF EDUCATION**
**(CIVIL ACTION NO 05-11764-RWZ)**

FILED
IN CLERKS OFFICE
MEMORANDO 1: 32
U.S. DISTRICT COURT
DISTRICT OF MASS,

My name is _Tina Lee_ _Alen Lee_ I am the parent of _Trent & Brandon_ _Lee_

who is a _Students_ at the Roxbury Charter High School (RCHS).    I am

opposed to the revocation of RCHS's charter.  The revocation has caused, and will

continue to cause irreparable harm to my child. Additionally, there is no secondary

school that can provide my child with the quality and scope of education which he

or she currently receives at RCHS. This civil action is the only means available to

me to protect my child's educational future. Accordingly, I am requesting this

Honorable court permit me to join this action as a co–plaintiff.


Name: _Tina M. Lee_

Address: _9 High St_
_Dorchester, MA  02122_

**AFFIDAVIT IN SUPPORT OF** ~~FILED~~
**COMPLAINT FILED BY STEPHONIA STOKES**
**AGAINST THE UNITED STATES DEPT. OF EDUCATION AND**
**THE MASSACHUSETTS DEPT. OF EDUCATION**
**(CIVIL ACTION NO 05-11764-RWZ)**

*Carmen Rivera*

My name is *Carmen Rivera*, I am the parent of *Yronda Torres*

who is a ___*Student*___ at the Roxbury Charter High School (RCHS).    I am

opposed to the revocation of RCHS's charter.  The revocation has caused, and will

continue to cause irreparable harm to my child. Additionally, there is no secondary

school that can provide my child with the quality and scope of education which he

or she currently receives at RCHS. This civil action is the only means available to

me to protect my child's educational future. Accordingly, I am requesting this

Honorable court permit me to join this action as a co–plaintiff.

Name: *Carmen Rivera*

Address: *3322 Washington St*
*apt 1, Boston, Ma 02130*

**AFFIDAVIT IN SUPPORT OF
COMPLAINT FILED BY CLERESS STOKES
AGAINST THE UNITED STATES DEPT. OF EDUCATION AND
THE MASSACHUSETTS DEPT. OF EDUCATION
(CIVIL ACTION NO 05-11764-RWZ)**

My name is _Theresa President_, I am the parent of _Nahson Mayes_,

who is a _Student_ at the Roxbury Charter High School (RCHS).    I am

opposed to the revocation of RCHS's charter. The revocation has caused, and will

continue to cause irreparable harm to my child. Additionally, there is no secondary

school that can provide my child with the quality and scope of education which he

or she currently receives at RCHS. This civil action is the only means available to

me to protect my child's educational future. Accordingly, I am requesting this

Honorable court permit me to join this action as a co–plaintiff.

Name: _Theresa President_ 6

Address: _43 Algonquin St
Dorchester Ma
02124_