FILED
# UNITED STATES DISTRICT COURT CLERKS OFFICE
## FOR THE DISTRICT OF MASSACHUSETTS

2006 APR -7 P 12: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STEPHONA STOKES, on behalf of minor K.F. (Pro Se), | ) ) ) |
| Plaintiff | ) ) ) ) |
| v. | ) ) 05-11764-RWZ |
| UNITED STATES DEPARTMENT OF EDUCATION AND MASSACHUSETTS DEPARTMENT OF EDUCATION, | ) ) ) ) ) |
| Defendants. | ) ) |

## EMERGENCY REQUEST FOR HEARING

The Plaintiff Stephona Stokes, Pro Se, hereby requests an emergency motion to be heard regarding the above-referenced matter on behalf of minor, K.F. Minor, K.F. was expelled from the Roxbury Charter High Public School (RCHPS) on Tuesday, March 21, 2006 as a result of his behavior. At the present time, he is not registered in any school.

Minor, K.F. does in fact have an Behavioral Individual Educational Plan (IEP) administered by former staff members of RCHPS in April 2005. Plaintiff has raised questions to this Honorable Court seeking information as to whether said minor K.F. was receiving Special Education Services (SPED) appropriately. Plaintiff questioned RCHPS administration as to whether minor K.F. continued to receive SPED during the expulsion hearing and was told that the RCHPS' Director, Donald Brown, gave minor K.F. one-on-one services. Plaintiff questioned said minor, K.F. about the one-on-one services that Mr. Brown claimed that minor, K.F. received. Said minor, K.F. stated that he has not received any one-on-one services and that no other students were provided with those services.

Plaintiff asked Mr. Brown whether he was a licensed/certified SPED counselor. Plaintiff was told that he did not need to be. Plaintiff contacted the MDOE Program Quality Assurance on Wednesday, April 5, 2006 and spoke with Priscilla McPhee to confirm that SPED counselors must be licensed/certified. Plaintiff expressed to Ms. McPhee that she was deeply concerned that Minor, K.F. did not receive SPED counseling in accordance with Massachusetts Law. Plaintiff asked Ms. McPhee whose responsibility was it to investigate and find another placement. Ms. McPhee suggested that Plaintiff go to the West Zone Parent Center of the Boston Public School (BPS) department and have him enrolled in a BPS. Ms. McPhee further stated that she would

consult with staff at the MDOE and that I could contact her on Friday, April 7, 2005 to follow-up.

Plaintiff had previously contacted BPS Director of Registration Mr. Burrell on March 3, 2005 to get information about which school's in the system have the services that said minor, K.F. is required to have. Mr. Burrell stated that he does not know which schools have the services and would have his assistant contact me on the following Monday to get an assessment of K.F.'s needs and assist with registration – this has not happened. Plaintiff further believes that said minor, K.F. should get reevaluated.

Plaintiff has absolutely no faith in the MDOE, USDOE or the RCHPS. Therefore, Plaintiff has not gone to the Parent Center. The MDOE stopped payment to the RCHPS some time ago. Plaintiff is requesting that this Honorable Court hold an Emergency Hearing on behalf of said minor, K.F. with all parties mentioned. It is imperative and Plaintiff believes that irreparable harm has been caused to minor, K.F. Plaintiff demands a hearing by a judge to assist with ensuring that the MDOE, USDOE, RCHPS performed in accordance with the No Child Left Behind Act, Individuals with Educational Disabilities and provide said minor, K.F. with a Fair Appropriate Public Education immediately. Plaintiff demands judgment against the defendants for damages and such other relief that this Court deems just.

Stephona Stokes
3919 Washington Street
Roslindale, MA 02131

Wednesday, April 6, 2006

**Plan of Action:** _Get records from Roxbury Charter;_

_Set up meeting with BPS Special education_

**Updates: (list all dates)** _Records available at 4:00 at the school_

**Notes regarding case: (pertinent numbers/names)** _Roxbury Charter (617) 442-35α_

_Carl Lewis_

_Mr. Burnell (3/4): BPS admissions_

_Donald Brown - school director_

_Gail Yand - part-time counselor_

**Resolution:** _____

**Case closed on:** _____ **By:** _____

# *ROXBURY CHARTER HIGH PUBLIC SCHOOL (RCHPS)*

**For Business, Finance and Entrepreneurship**
**18 Hulbert Street ~ Roxbury, MA 02119 ~ 617.442.3500/3577 (T) ~ 617.442.3552 (F)**
**rchs4business@yahoo.com ~ www.roxburycharterhigh.org**

January 24, 2006

Dear Roxbury Charter Public High School Parents,

The Roxbury Charter High School administration will continue to
avail every option to remain and improve as an academic
institution within our community.

Our children are important to us and as parents we all want the
best for their future. Our school has proven it's self to be
highly effective, even under the pressure from the Department of
Education's attempt to discredit our school. However, we need
your support as parents. It is truly time to send a loud message
of support, because our children matter. The Parent Committee of
Roxbury Charter Public High School is seeking to explore our
options in a bringing a **legal class action suit against the
Department of Education under the "No Child Left Behind Act"**.
At the **Federal Level** and at the **State Level** we move collectively
to intervene into the action that is already pending in the
commonwealth.

We have scheduled an important **meeting for Friday, February 3,
2006 at 10:00am with Mr. Chuck Walker, Executive Director of
Lawyers Committee for Civil Rights under the Law located at 249
Washington Street, in Boston**. Please make the time to attend. We
will be leaving from the school around 9:00am and the meeting
should take approximately an hour.

For more information and/or if you plan to attend please call
Peggy James at 617-442-1809, Sharon Porter at 617-825-0750 or
Mr. Brown at 617-442-3500.

### *Taking a stand for our children!*

Best regards,

Roxbury Charter Public High School Parent Committee

*Roxbury Charter High School*

**for Business Finance and Entrepreneurship**
18 Hulbert St. Roxbury, MA 02119
Tel: (617) 442-3500 Fax: (617) 442-3552

December 23, 2005

Dear Parents of the Roxbury Charter High Public School:

First, let me send my greetings during this holiday season. I hope that despite the current false news media coverage stating that we "Roxbury Charter High Public School" must close its doors, you will enjoy this time with your family.

As you may have heard Judge Hines was ordered by the single justice to overturn her initial decision to (defer) not allow; the action of the Board of Education to close the school. Judge Hines had originally agreed to allow our motion to present evidence stating the auditors report showed that Roxbury Charter High School financial state is not running a deficit, but is in fact showing a surplus of over $100,000. We can also present evidence that our students scored higher on the MCAS 2005, than the Boston Public School students. Our children are excelling academically and it is evident in the grades and test scores.

Roxbury Charter High School, has appealed to a three panel judge in the appeals court. On January 4, 2006 Roxbury Charter will open its doors to our students as usual. We will stand by our position that we offer an exceptional educational curriculum to our students and hope you will stand along with us.

We look forward to seeing each one of our students after this holiday. Happy holidays, once again.

Thank you, for you time. If I can be of any assistance, to you I can be reached at 617-442-3500 or on my cell phone 646-202-0012.

Sincerely,

Donald Brown
Deputy Director RCHPS

**WHERE LEARNING IS SERIOUS BUSINESS**



# The Commonwealth of Massachusetts
# Department of Education

350 Main Street, Malden, Massachusetts 02148-5023          Telephone: (781) 338-3000

December 22, 2005

MEMORANDUM

TO:          Parents/Guardians of Roxbury Charter High Public School students

FROM:        Mary Street, Director of Charter Schools 
MS

RE:          Student Assignments to the Boston Public Schools

On September 14, 2005, the state Board of Education revoked the charter of Roxbury Charter High Public School.  On December 21, 2005, the Superior Court of the Commonwealth issued a Memorandum of Decision that confirmed the September revocation decision by the Board of Education.  The school now must close on December 23, 2005.  **All students currently enrolled in the School need to enroll in a new school as quickly as possible.**

If you are a resident of Boston, the Boston Public School's Family Resource Centers will help you select a new school: Please contact the appropriate center, as listed below, immediately.

Family Resource Centers
East Zone                               617-635-8015
North Zone (and Multilingual)           617-635-9010
West Zone                               617-635-8040

If you are unable to reach one of the Resource Centers, you can also call the School Department's hotline number, 617-635-9046.

If you need to contact the Department of Education, you can call the Charter School Office at 781-338-3227.



# The Commonwealth of Massachusetts
# Department of Education

350 Main Street, Malden, Massachusetts 02148-5023                    Telephone: (781) 338-3000

## MEMORANDUM

To:         Members of the Board of Education
From:       Rhoda E. Schneider, General Counsel
Subject:    Roxbury Charter High School
Date:       September 13, 2005

This updates and replaces the memo I wrote to you on August 12, 2005, about the administrative proceedings relating to the Board's action on the charter for the Roxbury Charter High Public School for Business, Finance and Entrepreneurship. The special meeting of the Board on Wednesday, September 14th is the final administrative step in the legal proceedings regarding the school's charter.

The Board originally scheduled a special meeting for August 19th to discuss and take a final vote on the charter revocation. The School's attorney notified me by letter dated August 12th that the School would take the full 30 days from the date of the hearing officer's initial decision (August 8th), as provided in 801 CMR 1.01(11), to file its objections with the Board. As a result, the Board cancelled the August 19th special meeting and rescheduled it for September 14th.

Following is a brief outline of the events to date relating to the administrative proceedings:

1. In December 2004, the Board voted conditionally to revoke the charter for the School, subject to the School's right to request an adjudicatory hearing. The School did request a hearing, and the Board appointed Attorney John Bowman as its hearing officer for this matter. The hearing officer presided over an adjudicatory hearing that was held over the course of seven days, between June 13th and June 30, 2005.

2. The Hearing Officer's Initial Decision was issued on August 8, 2005. The decision concludes as follows:

> After full consideration of the evidence that the parties introduced in the record at the administrative hearing, I find and conclude that the Board of Education has cause to revoke the charter under G.L. c. 71, sec. 89 (kk), and 603 CMR 1.13 (1)(b), (c), (e), and (g).

All Board members received a copy of the decision. It is called an "initial decision" or "tentative decision" because the Board of Education makes the final decision on the question whether the School's charter is to be revoked, after reviewing the initial decision and any written objections and responses filed by the parties (the School and the Department of Education). All of the evidence and the briefs submitted at the administrative hearing, as well as transcripts and videotapes of the hearing, are available to Board members upon request.

**801 CMR 1:00: Standard Adjudicatory Rules of Practice and Procedure (Excerpt)**

801 CMR 1.01: Formal Rules

(11) Decisions. Unless otherwise provided by statute, decisions shall be made as follows:

(a) Direct Agency Decisions. The Agency may by regulation elect to preside at the reception of evidence in all cases. In the absence of such regulation, the Agency may elect to preside at the reception of evidence in particular cases and shall exercise this election by so stating in the notice scheduling the time and place for the Adjudicatory Proceeding in the particular case. The decision of the Agency as Presiding Officer shall be the final Agency decision.

(b) Initial Decisions. A Presiding Officer other than the Agency who presided at the reception of evidence shall render a decision as provided in M.G.L. c. 30A § 11(8). The decision of the Presiding Officer shall be called an initial decision. The Presiding Officer shall promptly provide the parties with a copy of his or her decision when filed with the Agency.

(c) Tentative Decisions. If the Agency elects to render a decision on the record without having presided at the reception of evidence, either by regulation or by statement in the notice scheduling the hearing, the initial decision shall also become a tentative decision.

1. Objections and Response. The Parties shall have the opportunity to file written objections to the tentative decision with the Agency, which may be accompanied by supporting briefs. The Parties shall have 30 days from the filing of the tentative decision or the transcript corrections under 801 CMR 1.01(10)(i)2., whichever occurs last, to file written objections. Parties may file responses to objections within 20 days of receipt of a copy of the objections. The Agency may order or allow the Parties to argue orally. A Party requesting oral argument shall file the request with the Party's written objections or response.

2. Agency Action on the Tentative Decision. The Agency may affirm and adopt the tentative decision in whole or in part, and it may recommit the tentative decision to the Presiding Officer for further findings as it may direct. The same procedural provisions applicable to the initial filing of the tentative decision shall apply to any re-filed tentative decision after recommittal. If the Agency does not accept the whole of the tentative decision, it shall provide an adequate reason for rejecting those portions of the tentative decision it does not affirm and adopt. However, the Agency may not reject a Presiding Officer's tentative determinations of credibility of witnesses personally appearing. The Agency's decision shall be on the record, including the Presiding Officer's tentative decision, and shall be the final decision of the Agency not subject to further Agency review.

3. Failure to Issue Final Decision. If the Agency fails to issue a final decision within 180 days of the filing or re-filing of the tentative decision, the initial decision shall become the final decision of the Agency, not subject to further Agency review.



# *The Commonwealth of Massachusetts*
# *Department of Education*

*350 Main Street, Malden, Massachusetts 02148-5023*      *Telephone: (781) 338-3000*
*TTY: N.E.T. Relay 1-800-439-2370*

*David P. Driscoll*
*Commissioner of Education*

August 30, 2005

Dear Parents/Guardians of Roxbury Charter High Public School Students:

I understand that you are considering enrolling your child or children in the Roxbury Charter High
Public School this upcoming school year. As Commissioner of Education, I feel obliged to make sure
that you are fully informed about the school's status. Roxbury Charter High Public School may not
exist beyond September 14, 2005, in which case students enrolled in the charter school will need to
transfer immediately to another school.

Roxbury Charter High Public School operates as a public school because it holds a charter granted by
the state Board of Education. In December of 2004, the Board voted its intent to revoke the charter and
close the school, based on evidence that the school is not financially viable, does not have a governance
and administrative structure needed to provide sufficient oversight to the operation of the school, and is
not complying substantially with the terms of its charter. The School's trustees requested a hearing, as
they are entitled to do under state law. The following are matters of fact:

- The Hearing Officer concluded, after considering all of the evidence, that the Board of Education
  has reason to revoke the school's charter. The Hearing Officer found that the school failed to
  address the question of organizational viability and the question of faithfulness to its charter,
  failed to attain a reasonable level of stability in its staff, never implemented any Individual
  Learning Plans (ILPs) even though they were a distinctive feature of the school's charter
  application, did not administer the three standardized tests specified in the charter application,
  and did not receive special education funding during the first year due to failure to comply with
  special education requirements.

- The school ended the past school year with a deficit. The school chose to end the school year
  two weeks early without receiving permission from the Department of Education. While the
  school met the minimum state requirements for school days and hours, it is our understanding
  that the teachers were shortchanged pay for those two weeks.

- Student performance, as measured by MCAS results, is concerning. When the school opened, it
  intended to be competitive with the best performing Boston charter schools. Instead, we find out
  that the students' results lag behind the Boston Public Schools. For Grade 10 English Language
  Arts only 28.6% of students at Roxbury Charter High School scored *Proficient* and *Advanced,*
  compared to 38.9% for the Boston Public Schools. In Mathematics, only 21.4% of students from
  Roxbury Charter High School scored *Proficient* and *Advanced*, compared to 41.7% of students in
  Boston.

The Board of Education is scheduled to take a final vote on this matter on September 14, 2005. If you have any questions concerning the status of Roxbury Charter High Public School, please call the Department of Education's Charter School Office at 781-338-3227. I have enclosed a copy of my press release on this matter. A copy of the Hearing Officer's decision can be viewed at http://www.doe.mass.edu/charter/news/2005/rchs_hearingdcision.pdf.

Sincerely,

David P. Driscoll
Commissioner of Education

Enclosure

~~Individualized Education Program~~
Student Name: Kendrick Foreman

DOB: 1/10/1990          ID#: 9999999

## Additional Information

Include the following transition information: the anticipated graduation date; a statement of interagency responsibilities or needed linkages; the discussion of transfer of rights at least one year before age of majority; and a recommendation for Chapter 688 Referral.

Document efforts to obtain participation if a parent and if student did not attend meeting or provide input.

Record other relevant IEP information not previously stated.

see attachment.

## Response Section

### School Assurance

I certify that the goals in this IEP are those recommended by the Team and that the indicated services will be provided.

_____                          6/10/05
Signature and Role of LEA Representative                  Date

### Parent Options / Responses

**It is important that the district knows your decision as soon as possible. Please indicate your response by checking at least one (1) box and returning a signed copy to the district. Thank you.**

☒ I accept the IEP as developed.                ☐ I reject the IEP as developed.

☐ I reject the following portions of the IEP with the understanding that any portion(s) that I do not reject will be considered accepted and implemented immediately. Rejected portions are as follows:

_____

_____

_____

☐ I request a meeting to discuss the rejected IEP or rejected portion(s).

_____                          6-22-05
Signature of Parent, Guardian, Educational Surrogate Parent, Student 18 and Over*          Date

*Required signature once a student reaches 18 unless there is a court appointed guardian.*

Parent Comment: I would like to make the following comment(s) but realize any comment(s) made that suggest changes to the proposed IEP will not be implemented unless the IEP is amended.

_____

_____

_____

IEP 8                                                     wkm6/16/04

**School District Name:**    *Roxbury Charter High Public School*

**School District Address:**  18 Hulbert St., Boston, MA  02119

**School District Contact Person/Phone #:**    Maria A. Landaverde      617 442-3500

## Team Determination of Type of Placement

IEP Dates: from  4/14/05      to  4/14/06

Student Name:  Kendrick Foreman                          DOB:  1/10/1990      ID#:    9999999

| Team Recommended Types of Placement | Corresponding Placement |
|---|---|
| The Team identified that IEP services are provided outside the general education classroom less than 21% of the time (80% inclusion). | Full Inclusion Program |
| The Team identified that IEP services are provided outside the general education classroom at least 21% of the time but no more than 60% of the time. | Partial Inclusion Program |
| The Team identified that IEP services are provided outside the general education classroom for more than 60% of the time. | Substantially Separate Classroom |
| The Team identified that all IEP services should be provided outside the general ed. classroom and in a separate school that only serves students with disabilities. | Day School |
| The Team identified the need for 24 hour/day school and residential services. | Residential School |
| The Team identified home-based services for a student who is 3 to 5 years of age. | Home-based Early Childhood Program |
| The Team identified services provided in a program outside of the home for a student who is 3 to 5 years of age. | Center-based Early Childhood Program |
| The Team has identified a mix of services that are not provided in primarily school-based settings. | Other: |

| Other Authority Required Types of Placement | Corresponding Placement |
|---|---|
| The placement has been made by a state agency to an institutionalized setting for non-educational reasons. | Institutionalized Setting Specify agency: |
| A doctor has determined that the student must be served in a home setting. | Home-based Program |
| A doctor has determined that the student must be served in a hospital setting. | Hospital-based Program |

## Placement Consent Form

Specific Program Location(s) and Dates:

### Parent Options / Responses

**It is important that the district knows your decision as soon as possible. Please indicate your response by checking at least one (1) box and returning a signed copy to the district <u>along with your response to the IEP</u>. Thank you.**

☒  I consent to the placement decision.

☐  I refuse the placement decision.

☐  I request a meeting to discuss the refused placement decision.

*Stephona Stokes*                                                    6/22/05

Signature of Parent, Guardian, Educational Surrogate Parent, Student 18 and Over*              Date

*Required signature once a student reaches 18 unless there is a court appointed guardian.*

Roxbury Charter High Public School

**18 Hulbert St., Boston, MA  02119**

# Administrative Data Sheet

**STUDENT INFORMATION:**
Full Name:  **Kendrick Foreman**          School ID #: 422505          Mass. ID#:  9999999
Birth Date:  1/10/1990        Place of Birth:                    Age:        Grade/Level:  9
Primary Language:  English          Language of Instruction:  English
Address:      3919 Washington ST Apt 2,Roslindale
Home Telephone:   617 971-0337                    Sex:  Male

If 18 or order:  Not Applicable

**PARENT/GUARDIAN INFORMATION:**
Name:       Stephona Stokes          Relationship to Student:     Mother
Address:     3919 Washington ST Apt 2
Home Telephone:   617 971-0337        Other Telephone:
Primary Language of Parent/Guardian:     English

**PARENT/GUARDIAN INFORMATION:**
Name:                        Relationship to Student:
Address:
Home Telephone:                  Other Telephone:
Primary Language of Parent/Guardian:

**MEETING INFORMATION:**
Date of Meeting:     04/14/05        Type of Meeting:  Review
Next Scheduled Annual Review Meeting:  4/14/06    Next Scheduled 3 Year Reevaluation Meeting:  04/01/06

**ASSIGNED SCHOOL INFORMATION: (Complete after a placement decision has been made.)**
School Name:  Roxbury Charter High Public School          Telephone:  617 442-3500
Address:        18 Hulbert St., Boston, MA  02119
Contact Person:     Maria A. Landaverde        Role:  Liaison      Telephone: 617 442-3500
Cost Shared Placement: no

**After a meeting, attach to an IEP, and IEP Amendment or an Extended Evaluation Form.**

Admin 1
Wkm6/11/02

Page  1 of 1

Roxbury Charter High Public School
**18 Hulbert St., Boston, MA 02119**
**School District Contact Person/Phone #:  Maria A. Landaverde        617 442-3500**

# Individualized Education Program

IEP Dates: from   4/14/05     to     4/14/06

| Student Name: Kendrick Foreman | D.O.B.: 1/10/1990 | ID#: 9999999 | Grade/Level: 9 |
|---|---|---|---|

---

### Parent and/or Student Concerns
What concern(s) does the parent and/or student want to see addressed in this IEP to enhance the student's education?

**Kendrick's mother wants him to be re-tested, so the school can find some specific instruction that can help teachers to work with Kendrick. Ms. Stokes wants her son to be responsible for his actions. According to her, Kendrick is doing better at home in reference to his behavior. Therefore, she does not want to bring Kendrick back to where he was before. Mother also said that she thinks that Kendrick will excel better in a different environment, she was referring to a school that may have a gym or any other extra curricula activities that may involve physical activities.**

---

### Student Strengths and Key Evaluation Results Summary
What are the student's educational strengths, interest areas, significant personal attributes and personal accomplishments?
What is the student's type of disability(ies), general education performance
including MCAS/district test results, achievement towards goals and lack of expected progress, if any?

Kendrick is a pleasant student. Kendrick is doing better lately and some teachers think that this could be due to a new reward system they have implemented in class. He has been more involved in class. However, he still needs to work on submitting homework. Kendrick is very creative, he has good sense of humor and he works well with hands-on activities as he has shown in his science class. Kendrick has shown in many different occasions that he has a remarkable photographic memory which according to some teachers can be considered a high level performance. Kendrick can be very positive when getting help from peers.

---

### Vision Statement: What is the vision for this student?
Consider the next 1 to 5 year period when developing this statement. Beginning no later than age 14,
the statement should be based on the student's preferences and interest,
and should include desired outcomes in adult living, post-secondary and working environments.

Kendrick will improve his disruptive behavior in class . Kendrick will work on his homework and class work completion.

Wkm6/16/04

Individualized Education Program

Student Name: Kendrick Foreman                                                  IEP Dates: from 4/24/05 to 4/24/06

DOB: 1/10/1990     ID#: 9999999

# Present Levels of Educational Performance

## A: General Curriculum

Check all that apply.

**General curriculum area(s) affected by this student's disability(ies):**

| | | |
|---|---|---|
| X | English Language Arts | Consider the language, composition, literature (including reading) and media strands. |
| X | History and Social Sciences | Consider the history, geography, economic and civics and government strands. |
| X | Science and Technology | Consider the inquiry, domains of science, technology and science, technology and human affairs strand. |
| X | Mathematics | Consider the number sense, patterns, relations and functions, geometry and measurement and statistics and probability strands. |
| X | Other Curriculum Areas | Specify:   business |

How does the disability(ies) affect progress in the curriculum area(s)?

Kendrick's inability to give concentrated attention interferes with his progress; he is generally either in motion or (far less often) in a very lethargic state. Kendrick's reading comprehension skills are in the very low level impacting his mastery across the curriculum.

What type(s) of accommodation, *if any*, is necessary for the student to make effective progress?

Preferential seating, multi-sensory instruction, practice/repetition, home/school communication, weekly progress reports documenting attendance and academic progress, homework notebook, behavior contract and instruction on how to channel temper in a positive way.

What type(s) of specially designed instruction, *if any*, is necessary for the student to make effective progress?

Check the necessary instructional modification(s) and describe how such modification(s) will be made.

X Content:  Preferential seating, multi-sensory instruction, practice/repetition, home/school communication, weekly progress reports documenting attendance and academic progress, homework notebook, behavior contract and instruction on how to channel temper in a positive way.

X Methodology: Create different activities to present general curriculum using a multi-sensory format. Include visual aides and technology such as the use of computer and any other software available in the school to help the student to improve his understanding of print material. Include hands-on activities when possible.

X Performance Criteria: Benchmarks, teacher reports, feedback, informal and formal testing, IEP objectives.

IEP 2                        **Use multiple copies of this form as needed.**

wkm6/11/04

Page 3 of 3

Student Name: Kendrick Foreman                                    DOB: 1/10/1990        ID#: 9999999

## Present Levels of Educational Performance

### B: Other Educational Needs

**Check all that apply.**                    *General Considerations*

| | | |
|---|---|---|
| Adapted physical education | Assistive tech devices/services | X  Behavior |
| Braille needs (blind/visually impaired) | Communication (all students) | Communication (deaf/hard of hearing students) |
| Extra curriculum activities | Language needs (LEP students) | Nonacademic activities |
| Social/emotional needs | Travel training | Vocational education |
| Other | | |

*Age-Specific Considerations*

For children ages 3 to 5 — participation in appropriate activities

X  For children ages 14˚ (or younger if appropriate) — student's course of study

For children ages 16 (or younger if appropriate) to 22 — transition to post-school activities including community experiences, employment objectives, other post school adult living and, if appropriate, daily living skills

How does the disability(ies) affect progress in the indicated area(s) of other educational needs?

Kendrick's disruptive behavior affects his progress across curriculum.  He continuously interrupts classes and distract other students around him.  Kendrick does not follow classroom and school rules and regulations.

What type(s) of accommodation, *if any*, is necessary for the student to make effective progress?

A behavior contract, self-monitoring system, present classroom work in segments of 15-20 minutes with transitional time in between during classes.

What type(s) of specially designed instruction, *if any*, is necessary for the student to make effective progress?

Check the necessary instructional modification(s) and describe how such modification(s) will be made.

X   Content:  see previous section regarding content

X   Methodology/Delivery of Instruction:  see previous section regarding methodology

X   Performance Criteria:  see previous section regarding performance

---

| IEP 3 | **Use multiple copies of this form as needed.**    wkm6/11/02 |
|---|---|

Student Name: Kendrick Foreman                                                    DOB: 1/10/1990      ID#: 9999999

## Current Performance Levels/Measurable Annual Goals

| Goal #   1 | Specific Goal Focus:    Reading and Language Arts |
|---|---|

Current Performance Level: What can the student currently do?

Kendrick has excellent ear for the "sound" of writing, and seems to have an underlying creative talent which needs discipline to tap. Kendrick has shown through his work that he has an excellent memory for words and sequence of events. In vocabulary quizzes, he can write out definitions almost verbatim, and his spelling is nearly perfect.

Measurable Annual Goal: What challenging, yet attainable, goal can we expect the student to meet by the end of this IEP period? How will we know that the student has reached this goal?

Student will improve reading and language arts, in the are of writing.

Benchmark/Objectives: What will the student need to do to complete this goal?

1 Given appropriate conditions, Kendrick will use the five-step process of writing as demonstrated by written and oral exercises 80% of the time.

2 Given appropriate conditions, Kendrick will use appropriate language during oral presentations as demonstrated by written and oral exercises 80% of the time.

3 Given appropriate conditions, Kendrick will keep a notebook for every course as demonstrated by written and oral exercises 80% of the time.

4 Given appropriate conditions, Kendrick will read and understand a variety of school selected grade level materials as demonstrated by written and oral exercises 80% of the time.

| Progress Reports are required to be sent to parents at least as often as parents are informed of their nondisabled children's progress. Each progress report must answer the following two questions for each goal: | 1. What is the student's progress toward the annual goal? <br> 2. Is the progress sufficient to enable the student to achieve the annual goal by the end of the IEP period? |
|---|---|

**Use multiple copies of this form as needed.**

IEP 4

wkm6/11/02

Individualized Education Program

Student Name: Kendrick Foreman                                    DOB: 1/10/1990    ID#: 9999999

## Current Performance Levels/Measurable Annual Goals

| Goal # | 2 | Specific Goal Focus: | Arithmetic |
|--------|---|----------------------|-----------|

Current Performance Level: What can the student currently do?

Kendrick has develop number sense for whole numbers, fractions, decimals, integers, and rational numbers demonstrated by written and oral exercises 80% of the time.

Measurable Annual Goal: What challenging, yet attainable, goal can we expect the student to meet by the end of this IEP period?
How will we know that the student has reached this goal?

Kendrick will improve Arithmetic, by engaging in problem-solving, communicating, reasoning, and connecting.

Benchmark/Objectives: What will the student need to do to complete this goal?

01 Given appropriate conditions, Kendrick will understand the logic of algebraic procedures and their interrelationship with geometric ideas and concepts 80% of the time.

02 Given appropriate conditions, Kendrick will construct, model, recognize, compare, and order real numbers 80% correct.

03 Given appropriate conditions, Kendrick will engage in problem-solving, communicating, reasoning, and connecting 80% correct.

04 Given appropriate conditions, Kendrick will use logical reasoning as well as estimation and mental computation, to determine the validity of a solution in algebraic, geometrical, and statistical problems.

05 Given appropriate conditions, Kendrick will use manipulatives, diagrams, and graphs to solve computational problems with rational, irrational, and complex numbers.

| Progress Reports are required to be sent to parents at least as often as parents are informed of their nondisabled children's progress. Each progress report must answer the following two questions for each goal: | 3. What is the student's progress toward the annual goal? 4. Is the progress sufficient to enable the student to achieve the annual goal by the end of the IEP period? |
|---|---|

**Use multiple copies of this form as needed.**

IEP 4

wkm6/11/02

Page 6 of 6

Student Name: Kendrick Foreman                    DOB: 1/10/1990      ID#: 9999999

## Current Performance Levels/Measurable Annual Goals

| Goal #   3 | Specific Goal Focus:   Behavior |
|---|---|

Current Performance Level: What can the student currently do?

When Kendrick is engage he can do grade level work.  He seems to work better independently if he is engage in the subject. Kendrick also likes computers and he has a remarkable ability to memorize what he sees.

Measurable Annual Goal: What challenging, yet attainable, goal can we expect the student to meet by the end of this IEP period?
How will we know that the student has reached this goal?

Kendrick will improve his behavior in class, he will follow school rules and regulations 80% of the time.

**Benchmark/Objectives:** What will the student need to do to complete this goal?

01 Kendrick will attend school 90% of the time.

02 Kendrick will refrain from disrupting the class by talking or fooling around 90% of the time.

03 Kendrick will follow rules and regulations of the school and/or classroom 90% of the time.

04 Kendrick will change activities without disturbing others 90% of the time.

05 Kendrick will recognize and accept consequences for his behavior 90% of the time.

06 Kendrick will participate in tasks or activities without verbal disruptive behavior 90% of the time.

| Progress Reports are required to be sent to parents at least as often as parents are informed of their nondisabled children's progress. Each progress report must answer the following two questions for each goal: | 5.  What is the student's progress toward the annual goal?  6.  Is the progress sufficient to enable the student to achieve the annual goal by the end of the IEP period? |
|---|---|

**Use multiple copies of this form as needed.**

IEP 4

wkm6/11/02

Student Name: Kendrick Foreman                         DOB: 1/10/1990      ID#: 9999999

## Service Delivery

### What are the total service delivery needs of this student?

Include services, related services, program modifications and supports (including positive behavioral supports, school personnel and/or parent training/supports). Services should assist the student in reaching IEP goals, to be involved and progress in the general curriculum, to participate in extracurricular/nonacademic activities and to allow the student to participate with nondisabled students while working towards IEP goals.

School District Cycle:    **X**   5 day cycle        6 day cycle        10 day cycle        other:

| A. Consultation (Indirect Services to School Personnel and Parents) | | | | | |
|---|---|---|---|---|---|
| Focus on Goal # | Type of Service | Type of Personnel | Frequency and Duration/Per Cycle | Start Date | End Date |
| 1-2 | Behavior | Sped teacher | 2 d/mth time(s) for 15 min | 5/30/05 | 5/30/06 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| B. Special Education and Related  Services in General Education Classroom (Direct Service) | | | | | |
|---|---|---|---|---|---|
| Focus on Goal # | Type of Service | Type of Personnel | Frequency and Duration/Per Cycle | Start Date | End Date |
| 1 | Reading Language Arts | Sped and/or regular teacher | 3/10 time(s) for 80 min/day | 5/30/05 | 5/30/06 |
| 2 | Arithmetics | Sped and/or regular teacher | 3/10 time(s) for 80 min | 5/30/05 | 5/30/06 |
| | | | | | |
| | | | | | |
| | | | | | |

| C. Special Education and Related Services in Other Settings (Direct Service) | | | | | |
|---|---|---|---|---|---|
| Focus on Goal # | Type of Service | Type of Personnel | Frequency and Duration/Per Cycle | Start Date | End Date |
| 1 | Reading Language Arts Resource room | Sped Teacher | 5/10 time(s) for 60 min | 5/30/05 | 5/30/06 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### Use multiple copies of this form as needed.

Wfcm1/14/03

IEP 5

Student Name: Kendrick Foreman                     DOB: 1/10/1990        ID#: 9999999

## Nonparticipation Justification

Is the student removed from the general education classroom at any time? (Refer to IEP 5—Service Delivery, Section C.)

No     X Yes     If yes, why is removal considered critical to the student's program?

Resource room to provide student with one-to-one support in writing.

> IDEA '97 Regulation §300.550(b)(2): "... removal of children with disabilities from the regular educational environment occurs *only if* the nature or severity of the disability is such that education in regular classes with the use of supplementary aids and services cannot be achieved satisfactorily." (Emphasis added.)

## Schedule Modification

**Shorter:** Does this student require a *shorter school day or shorter school year*?

X    No     Yes — shorter day     Yes — shorter year     If yes, answer the questions below.

**Longer:** Does this student require a longer school day or a longer school year to prevent substantial loss of previously learned skills and / or substantial difficulty in relearning skills?

X    No     Yes — longer day     Yes — longer year     If yes, answer the questions below.

How will the student's schedule be modified? Why is this schedule modification being recommended?
If a longer day or year is recommended, how will the school district coordinate services across program components?

## Transportation Services

Does the student require transportation as a result of the disability(ies)?

X     Regular transportation will be provided in the same manner as it would be provided for students without disabilities. If
No    the child is placed away from the local school, transportation will be provided.

Yes   Special transportation will be provided in the following manner:

     on a regular transportation vehicle with the following modifications and/or specialized equipment and precautions:

     on a special transportation vehicle with the following modifications and/or specialized equipment and precautions:

> After the team makes a transportation decision and after a placement decision has been made, a parent may choose to provide transportation and may be eligible for reimbursement under certain circumstances. Any parent who plans to transport their child to school should notify the school district contact person.

Wkm6/13/04

IEP 6

~~Individual Education Program~~
Student Name: Kendrick Foreman                    ~~for dates from 4/14/05 to 4/14/06~~
                                                    DOB: 1/10/1990        ID#: 9999999

# State or District-Wide Assessment

Identify state or district-wide assessments planned during this IEP period:

MCAS

Fill out the table below. Consider any state or district-wide assessment to be administered during the time span covered by this IEP. For each content area, identify the student's assessment participation status by putting an "X" in the corresponding box for column 1,2, or 3.

| | 1. Assessment participation: Student participates in on-demand testing under routine conditions in this content area. | 2. Assessment participation: Student participates in on-demand testing with accommodations in this content area. (See ❶ below) | 3. Assessment participation: Student participates in alternate assessment in this content area. (See ❷ below) |
|---|---|---|---|
| CONTENT AREAS | COLUMN 1 | COLUMN 2 | COLUMN 3 |
| English Language Arts | | X | |
| History and Social Sciences | | X | |
| Mathematics | | X | |
| Science and Technology | | X | |
| Reading | | X | |

❶ For each content area identified by an X in the column 2 above: note in the space below, the content area and describe the accommodations necessary for participation in the on-demand testing. Any accommodations used for assessment purposes should be closely modeled on the accommodations that are provided to the student as part of his/her instructional program.

History/Social Sciences

small group administration, directions read and clarified.

Science and Technology

small group administration, directions read and clarified.

Mathematics

small group administration, directions read and clarified, use of calculator.

English Language Arts

small group administration, directions read and clarified, use of graphic organizers, extra time if needed.

❷ For each content area identified by an X in column 3 above: note in the space below, the content area, why the on-demand assessment is not appropriate and how that content area will be alternately assessed. Make sure to include the learning standards that will be addressed in each content area, the recommended assessment method(s) and the recommended evaluation and reporting method(s) for the student's performance on the alternate assessment.

IEP 7

wkm6/11/02

**School District Name:**            *Roxbury Charter High Public School*

**School District Address:**  18 Hulbert St., Boston, MA 02119

**School District Contact Person/Phone #:**    Maria A. Landaverde        617 442-3500

## Team Determination of Type of Placement

IEP Dates: from   4/14/05        to  4/14/06

Student Name:  Kendrick Foreman                                DOB:   1/10/1990        ID#:        9999999

| Team Recommended Types of Placement | Corresponding Placement |
|---|---|
| The Team identified that IEP services are provided outside the general education classroom less than 21% of the time (80% inclusion). | Full Inclusion Program |
| The Team identified that IEP services are provided outside the general education classroom at least 21% of the time but no more than 60% of the time. | ✓ Partial Inclusion Program |
| The Team identified that IEP services are provided outside the general education classroom for more than 60% of the time. | Substantially Separate Classroom |
| The Team identified that all IEP services should be provided outside the general ed. classroom and in a separate school that only serves students with disabilities. | Day School |
| The Team identified the need for 24 hour/day school and residential services. | Residential School |
| The Team identified home-based services for a student who is 3 to 5 years of age. | Home-based Early Childhood Program |
| The Team identified services provided in a program outside of the home for a student who is 3 to 5 years of age. | Center-based Early Childhood Program |
| The Team has identified a mix of services that are not provided in primarily school-based settings. | Other: |

| Other Authority Required Types of Placement | Corresponding Placement |
|---|---|
| The placement has been made by a state agency to an institutionalized setting for non-educational reasons. | Institutionalized Setting Specify agency: |
| A doctor has determined that the student must be served in a home setting. | Home-based Program |
| A doctor has determined that the student must be served in a hospital setting. | Hospital-based Program |

## Placement Consent Form

Specific Program Location(s) and Dates:

| Parent Options / Responses |
|---|

**It is important that the district knows your decision as soon as possible. Please indicate your response by checking at least one (1) box and returning a signed copy to the district along with your response to the IEP. Thank you.**

☒  I consent to the placement decision.

☐  I refuse the placement decision.

☐  I request a meeting to discuss the refused placement decision.

*Stephon Stoker*                                                            6/22/05

Signature of Parent, Guardian, Educational Surrogate Parent, Student 18 and Over*                    Date

*Required signature once a student reaches 18 unless there is a court appointed guardian.*

Massachusetts DOE/Team Determination of Type of Placement – **REVISED (11/02)**      **PL 1**      wkm9/18/04

**Page 12** of 12

## City Councillor Chuck Turner's Office

### Constituent Request for Services

Received on: _March 31, 2006_ By: _Norah_

Name of Constituent: _Stephona Stokes_

Address: _3919 Washington St_

_Roslindale    02131_

Phone Number(s): [redacted] _(617) 522-6486_

Issue: _Son dismissed from charter school on behavioral grounds; despite IEP for behavior. Roxbury Charter never provided IEP services, saying federal funds do not cover such services. Son is 16 and in grade 10. BPS is saying that it may be difficult to enroll him due to IEP. Will not give transcripts._
_Federal case pending against DOE for IEP violation._