UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEPHONA STOKES, on behalf of minor K.F., | ) ) ) ) | Civil Action No. 05-11764 RWZ |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| UNITED STATES DEPARTMENT OF EDUCATION and MASSACHUSETTS DEPARTMENT OF EDUCATION, | ) ) ) ) |  |
| Defendants. | ) ) |  |

**NOTICE OF APPEARANCE**

To the Clerk:

Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as additional counsel for defendant U.S. Department of Education. Mr. Quinlivan will be appear for the U.S. Department of Education at the hearing scheduled for May 3, 2006, at 3:00 p.m.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                    By: /s/ Mark T. Quinlivan
                                        MARK T. QUINLIVAN
                                        Assistant U.S. Attorney
                                        John Joseph Moakley U.S. Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
Dated: May 2, 2006                      617-748-3606

**CERTIFICATE OF SERVICE**

I certify that on May 2, 2006, I caused a copy of the foregoing Notice of Appearance to be served on Plaintiff, Stephona Stoks, on behalf of minor K.F., at 3919 Washington Street, Apt. #2, Roslindale, MA 02131, by first-class mail, postage prepaid.

                                         /s/ Mark T. Quinlivan
                                        MARK T. QUINLIVAN