# YAHOO! MAIL

FILED
IN CLERKS OFFICE

2006 JUN 15 A 10: 1 :

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| **Date:** | Mon, 12 Jun 2006 16:56:54 -0700 (PDT) |
| **From:** | "Stephona Stokes" <stephona.stokes@yahoo.com> |
| **Subject:** | Federal Case #05-11764-RWZ |
| **To:** | damian.wilmot@usdoj.gov |

Dear Mr. Wilmot:

Pursuant to my conversation with you, I am writing this message. During our conversation on June 11, 2006, I expressed frustration with the overall treatment of my son, said minor, K.F. and that my Rights as the parent were being violated. You stated that you would try and arrange a "mediation" prior to the Judge making her ruling on whether or not to move forward. I hope this can be accomplished.

Unfortunately, he was enrolled in Roxbury Charter High Public School (RCHPS) in September of 2004. Shortly after, the Massachusetts Department of Education (DOE) conducted an evaluation of the school's charter. As a result of the evaluation, the DOE Board voted to revoke the charter for various reasons. There was a stipulation that the school could remain open until the end of June 2005. The RCHPS appealed the decision and a very lenghty court battle ensued in Massachusetts Superior Court. The judge that presided over the case, overturned the DOE's decision, by giving the RCHPS more time to present evidence.

During this time, I went to the DOE Board meetings and made several court appearances. I also attempted to get information with regard to Special Educational Services that my son was not receiving from the DOE. They were aware that he was not receiving services by the RCHPS - even though they had the power and authority to assign staff to address the RCHPS administrative downfall, they did NOTHING. After several months of waiting, I came to Federal Court and made a complaint on behalf of my son, K.F.

I continued to contact the DOE and expressed that my child's rights were being violated under several State and Federal laws. No Child Left Behind Act (NCLBA)and Individual With Disabilities Education Act (IDEA) as well as the Americans with Disabilities Act. They were completely nonresponsive or evasive with my many inquiries, I then contacted the United States Department of Education, and, they too were not quite helpful. And here we are today. A child who is not receiving a Fair and Appropriate Public Education and a Parent who is fighting for those rights.

Under the Title 28 - Judicial Administration Chapter I - Department of Justice Part 35 - Nondiscrimination on the basis of disability in state and Local Government Services Subpart A - General *§35.101 Purpose "The purpose of this part is to effectuate subtitle A of title II of the Americans with Disabilities Act of 1990 (42 U.S.C. 12131), which prohibits discrimination on the basis of disability by public entities".*

The law further states that *§35.104 (B) "Any mental or psychological disorder such as...specific learning disability". The law further states that a "Qualified individual with a disability means an individual with a disability who, with or without reaonable modificatons to rules, policies, or*

*practices,....meets the essential eligibility requirements for the receipt of services or the participation in programs or activities provided by a public entity".*

*§35.130 General prohibitions against discrimination (i) "Deny a qulified individual with a disability the opportunity to participate in or benefit from aid, benefit, or service";*

*§35.171 (a) Recipt of complaints (1) (i) "Any Federal agency that receives a complaint of discrimination on the basis of disability by a public entity shall promptly reveiw the complaint to determine whether it has jurisdiction over the complaint..."*

*§35.175 Attorney's fees "In any action or administrative proceeding commenced pursuant to the Act or this part, the court or agency, in its discretion, may allow the prevailing party, othere than the United States, a reasonable attorney's fee, including litigation expenses, and costs, and the United States shall be liable for the foregoing the same as a private individual".*

**§35.178 State immunity. "A State shall not be immune under the eleventh amendment to the Constitution of the United States from an action in Federal or State court of competent jurisdiction for a violation of this act".**

*§35.190 Designated agencies (a)The Assistant Attorney General shall coordinate the compliance activities of Federal agencies with respect to State and local government components, and shall provide policy guidance and interpretations to designated agencies to ensure the consistent and effective implementation of the requirements of this part".*

*§The Federal agencies listed in paragraph (b) (1)-(8) of this section shall have responsibility for the eimplementation of Subpart F of this part for the components of State and local governments that exercise responsibilities, regulate, or administer services, programs, or activities in the following areas...(2) Department of Education: all programs, services, and regulatory activities relating to the poeration of elementary and secondary education systems and institutions....."*

I cited the above mentioned laws because I believe that my son has been denied in several areas. You were not at the hearing with Judge Zobel on May 3, 2006 and I raised these issues with the Judge and she ordered the State Defendant, Jane Willoughby to respond to the Federal and State rules, and, which law supercedes the other. Judge Zobel also asked that the two defendant agencies expedite a new evaluation with my child. Mr. Quinlivan who was in court on your behalf remembers the Judge asking Ms. Willoughby to respond to that question in particular, Ms. Willoughby does not. I asked Ms. Willoughby about that and she asked me to send her a copy of the transcript. How insensitive!!!

I explained to Ms. Willoughby, that, not only was my son not receiving his SPED services, but that he was "discharged" from RCHPS because of his behavior on March 28, 2006 - although he has a behavioral Individual Education Plan (IEP). I immediately contacted the DOE and they directed me to the Boston Public Schools. It took my going to the BPS Education Committe Chairman John Tobin's office, Mayor Menino's Office, and several State legislators offices before, I even received a response from BPS. My son was out of school over a month and began classes on May 1, 2006.

I enrolled him in the 10th grade, however the computer printouts have the 11th grade. When I signed the forms I indicated that I was signing him up "with reservation". What has me even more irate is that after a counselor at the West Roxbury Education Complex - Parkway Academy of Technology and Health went over all the 10th grade courses that he would take, they demoted him from grade 10 to grade 9 and never informed me of it. I only learned of it because the school sent me a warning notice

on May 19, 2006 that indicated grade 9. When I questioned my son about this he stated that he was told that the reason for this demotion was because he did not take the MCAS (the DOE withheld the MCAS from RCHPS) and that he is a "Subsophomore". The BPS gave me a date to meet with them for retesting on June 21, 2006. The end of the year???

You asked me during our conversation the very same question that Judge Zobel asked during the hearing - "What is it that you want to happen as a result of this case?" My answer is as follows:

1. A public apology and admission of the DOE's administrative failure on behalf of my son and acknowledgment of all applicable Civil Rights violations. (preferably sent to the media and on the DOE's website).

2. Immediate independent evaluation of my son. (No city or state involvement)

3. An explanation from the DOE about where the individual Federal funds that were sent to the State and were withheld from my son, and how that money was spent. Immediate reimbursement of those funds toward my son's future education.

4. The choice to send my child to any school, public or private, at the expense of the State and Federal Governments, that will address his Special Educational Needs.

5. I want to be reimbursed for my time at the same hourly rate as an attorney. Including the costs of travel, materials and supplies.

6. A moratorium on opening new charter schools.

7. A fair monetary settlement for damages and pain and suffering.

I hope that you can arrange this meeting, I will discuss other issues at that meeting. Otherwise I await the judges ruling.

Sincerely,


Stephona Stokes
617-524-1201

cc: Case file
    Jane Willoughby
    United States Department of Justice

_____

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

| OFFICE USE ONLY | | | | NOTE ATTACHED** | | |
| ENTCODE: _____ | STU NO: _____ | SIB STU NO: _____ | ___ ADDR | ___ DOB | ___ IMMUN |

## Student Application Data

**Case ID:** 36633

| Student No | Student Name | Date of Birth | Gender | Is Hispanic? | Race |
|---|---|---|---|---|---|
| 976834 | FOREMAN, KENDRICK L | 1/10/1990 | MALE | No | BLACK |

| Grade | | Starting Sch Year | Place of Birth |
|---|---|---|---|
| 11 | | 2005-2006 & 2006-2007 | BOSTON MA, USA |

| Address | Geo | Zone | Home Phone |
|---|---|---|---|
| 3919 WASHINGTON ST, #2 ROSLINDALE, MA 02131 | 564 | West | (617) 524-1201 |

| Last School/Program of Attendance | Last School/Program Location |
|---|---|
| ROXBURY CHARTER PREP | ROXBURY, MA |

| 1. Parent/Guardian/Other Name | Work Phone | Cell Phone |
|---|---|---|
| STOKES, STEPHONA C | NONE | N/A |

| 2. Parent/Guardian/Other Name | Work Phone | Cell Phone |
|---|---|---|
| N/A | N/A | N/A |

| Emergency Contact Name | Emergency Phone |
|---|---|
| STOKES, JESSIE | (617) 283-6754 |

Student has an IEP

**Student already has Home Language Survey information.**

| | |
|---|---|
| BPS should communicate with parent using | English (E) |
| Languages spoken in the child's home | English (E) |
| Child's first language | English (E) |
| Child speaks to parent using | 1. Only English |
| Child speaks to siblings using | 1. Only English |
| Child speaks to other family members using | 1. Only English |
| Child speaks to friends using | 1. Only English |

**LAU Score:** 1

**Student was last enrolled as a never LEP student.**

Parent/guardian did not request ELL testing.

Parent/guardian demonstrated three (3) valid proofs of address.

Parent/guardian demonstrated valid proof of up-to-date immunzations.

| 2005-2006 |
|---|
| **Grade:** 10 |
| **1:** Acad of Public Service [1062 REG] |

| 2006-2007 |
|---|
| **Grade:** 11 |
| **1:** Acad of Public Service [1062 REG] |

*Signature of Parent/Guardian/Other*   X Debra Stokes "with Reservation"   *Date* 4-20-06

*Signature of Verifier, Zone/School*   X _____   *Date* _____

# Boston Public Schools

English    7582212287

976834

Application for Student Assignment (Part I)
Students Not Enrolled Currently

36633

**LAST NAME OF STUDENT:** FOREMAN

**FIRST:** KENDRICK

**MIDDLE NAME:** L

**GENDER:** ☒ Male  ☐ Female

**DATE OF BIRTH:** 01 / 10 / 1990  (Month / Day / Year)

**GRADE:** 10

**School Year:** ☐ 2006-2007  ☒ 2005-2006

**ADDRESS - STREET #:** 3919  **ADDRESS - STREET NAME:** WASHINGTON ST  **APT. NUMBER:** 2

**SECTION OF CITY:** ROSLINDALE  **ZIP CODE:** 02131  **HOME PHONE NUMBER:** 617-524-1201

**BHA RESIDENTS ONLY - MAILING ADDRESS**
**STREET #:**  **STREET NAME:**  **MAILBOX NUMBER:**  **ZIP CODE:**

**PLACE OF BIRTH - CITY:** BOSTON  **STATE:** MA  **COUNTRY:** US

You MUST answer BOTH of the following TWO (2) questions:

**1. Is your child of Hispanic or Latino origin?** ☐ Y  ☒ N

**2. What is your child's race?** (Mark at least one; you may mark as many as apply.)
☐ White  ☒ Black  ☐ Asian  ☐ American Indian/Alaska Native  ☐ Native Hawaiian/Other Pacific Islander

**Does your child receive special education services?** ☐ Y  ☐ N

**NAME OF CHILD'S LAST SCHOOL/PROGRAM OF ATTENDANCE:** ROXBURY CHARTER  **LAST SCHOOL/PROGRAM - CITY:**  **STATE/COUNTRY:**

**1. LAST NAME OF PARENT/GUARDIAN:** STOKES  **FIRST:** STEPHONA

**1. WORK PHONE NUMBER:**  **EXTENSION:** x  **1. CELL PHONE NUMBER:**

**1. EMAIL ADDRESS:** @

**2. LAST NAME OF PARENT/GUARDIAN:**  **FIRST:**

**2. WORK PHONE NUMBER:**  **EXTENSION:** x  **2. CELL PHONE NUMBER:**

**LAST NAME OF EMERGENCY CONTACT:** JESSIE  **FIRST:** STOKES

**EMERGENCY PHONE NUMBER:** 617-283-6754  **EXTENSION:** x

**Does your child have a medical condition that BPS should be aware of?** ☐ Y  ☒ N

**KINDERGARTEN STUDENTS ONLY:** Indicate the type of program your child attended.
☐ Headstart  ☐ Private Preschool  ☐ Public Preschool  ☐ Licensed Family Daycare  ☐ Family Daycare  ☐ None

**SIBLING CONSIDERATION:** If you want your children in the same school, please fill in information below.

**LAST NAME OF SIBLING:**  **FIRST:**

**DATE OF BIRTH:** / /  (Month / Day / Year)  **CURRENT BPS SCHOOL NAME:**

Rev. 12/05    **CONTINUE ON BACK SIDE**

# BOSTON PUBLIC SCHOOLS

MID-TERM WARNING NOTICE

PARKWAY ACADEMY
1205 V F W PARKWAY
BOSTON,MA 02132                    05/19/06
635-6732

STEPHONA C   STOKES
3919  WASHINGTON ST      APT-2
BOSTON, MA 02131
Dear Parent/Guardian,

According to the Boston Public Schools Promotion Policy, all students will be evaluated for promotion with respect to report card grades, performance on student products and standardized tests, and attendance. Besides academic standing, a key factor in the Promotion Policy is student attendance. A student cannot have more than three unexcused absences in a marking term and receive passing report card grades.

This notice has been sent to you because your child is in danger of failing this current marking period. Below you will find the subject(s) your child is in danger of failing plus the teacher name(s) and reason(s).

| STUDENT NAME | HOMEROOM | GRADE | MARKING PERIOD ENDING |
|---|---|---|---|
| KENDRICK   FOREMAN | 501 | 09 | 06/23/06 |

| COURSE(S) | TEACHER | COMMENT | COMMENT KEY |
|---|---|---|---|
| 0812  PHYS ED 1 | Smith, Nancy | 5 | 1 - Failing Tests |
| 25G2  HUMANITIES 2 | Roddy, Gayle A | 2 4 | 2 - Poor Homework |
| 4515  ALGEBRA 1 | Booker, George | 1 2 3 4 | 3 - No Make-up Work |
| 5551  PHYSICS 1 | Bartholomew, S | 4 | 4 - Poor Class Work |
| C512  TECH LIT 1 | Ingram, Danett | 3 4 | 5 - Poor Attendance |

To indicate that you have read and understood the above, please sign this notice and return to the homeroom teacher within 2 days of issue. If you wish to schedule a parent/teacher conference, please call the school number listed above.

BARBARA FERRER

------------------------------------------------          ------------------------------------------------
Principal/Headmaster                                        Signature of Parent/Guardian

976834     44

Official Use Only __ ADDR __ DOB __ IMMUN __ ENTCODE:·____

Case ID:   36633

# BOSTON PUBLIC SCHOOLS: 2005-2006 Choices of Assignment

**Student Name:** FOREMAN, KENDRICK [976834]    **Date of Birth:** 1/10/1990    **Grade:** 10    **Geo:** 564 (W)

**DIRECTIONS:** We recommend you make at least five (5) school choices. You **must** make a minimum of **three (3)** school choices. You may make as many school/program choices as are available. You may have more than one program choice for a school. Indicate your choices using 01, 02, 03, 04, 05, etc, with 01 being your first choice school. **Use each number only once. Please note: All programs are subject to change.**

**SIBLING CONSIDERATION**
Parents of children newly enrolling in Bostón Public Schools who wish to have their children considered for the same school must rank all school choices in the same order on each child's application and provide the sibling's name on this form.

For children with a sibling currently enrolled in the Boston Public Schools, sibling priority is available as an option **only** for the school in which the sibling is enrolled.

*W* - indicates WALK ZONE PRIORITY

*T* - indicates TRANSPORTATION ELIGIBLE

*WT* - indicates WALK ZONE PRIORITY and TRANSPORTATION ELIGIBLE

S - indicates SPECIAL ADMISSIONS

# - Times vary by day and/or grade

| | |
|---|---|
| *T*Acad of Public Service [1062 REG]<br>7:20 am-1:40 pm | *T*Media Comm Tech High [1252 REG]<br>7:20 am-1:40 pm |
| *T*Another Course College [1230 REG]<br>8:00 am-2:30 pm | *T*Monument High [1161 REG]<br>7:20 am-1:40 pm |
| *S*Boston Arts Academy [1420 REG]<br>Additional application required. | *S*New Mission High [1205 REG]<br>Additional application required. |
| *S*Boston Comm Lead Acad [1195 REG]<br>Additional application required. | *T*Neoman Business Acad [1061 REG]<br>7:20 am-1:40 pm |
| *T*Brighton High [1040 REG]<br>7:25 am-1:45 pm | *T*Odyssey High [1163 REG]<br>7:20 am-1:40 pm |
| *T*Brook Farm Academy [1254 REG]<br>7:20 am-1:40 pm | *T*Parkway Tech & Health [1251 REG]<br>7:20 am-1:40 pm |
| *WT*Burke High [1120 REG]<br>7:30 am-1:55 pm | *T*Quincy Upper School [1450 REG]<br># |
| *T*Charlestown High [1050 REG]<br>7:20 am-1:40 pm | *T*Roland Hayes School [1210 REG]<br>7:25 am-1:45 pm |
| *WT*Comm Acad Sci Health [1103 REG]<br>7:20 am-1:40 pm | *T*Snowden - Chinese [1200 REG C]<br>7:25 am-1:45 pm |
| *T*East Boston High [1070 REG]<br>7:20 am-1:40 pm | *T*Snowden - French [1200 REG F]<br>7:25 am-1:45 pm |
| *WT*Engineering School [1102 REG]<br>7:20 am-1:40 pm | *T*Snowden - Japanese [1200 REG J]<br>7:25 am-1:45 pm |
| *W*English High [1000 REG]<br>7:25 am-1:45 pm | *T*Snowden - Spanish [1200 REG S]<br>7:25 am-1:45 pm |
| *T*Excel High [1162 REG]<br>7:20 am-1:40 pm | *WT*Social Justice Academy [1101 REG]<br>7:20 am-1:40 pm |
| *S*Fenway High [1265 REG]<br>Additional application required. | *T*TechBoston Academy [1460 REG]<br>8:30 am-4:30 pm# |
| *T*Madison Park High [1210 VEP]<br>7:25 am-1:45 pm | *T*Urban Science Academy [1253 REG]<br>7:20 am-1:40 pm |

Sibling Name(s) _____

Signature of Parent/Guardian/Other   X_____    Date _____

Signature of Verifier, Zone/School   X_____    Date _____

Official Use Only ___ ADDR ___ DOB ___ IMMUN    ENTCODE: _____    Case ID:    36633

## BOSTON PUBLIC SCHOOLS: 2006-2007 Choices of Assignment

**Student Name:** FOREMAN, KENDRICK [976834]    **Date of Birth:** 1/10/1990    **Grade:** 11    **Geo:** 564 (W)

**DIRECTIONS:** We recommend you make at least five (5) school choices. You **must** make a minimum of **three (3)** school choices. You may make as many school/program choices as are available. You may have more than one program choice for a school. Indicate your choices using 01, 02, 03, 04, 05, etc, with 01 being your first choice school. **Use each number only once. Please note: All programs are subject to change.**

**SIBLING CONSIDERATION**
Parents of children newly enrolling in Boston Public Schools who wish to have their children considered for the same school must rank all school choices in the same order on each child's application and provide the sibling's name on this form.

For children with a sibling currently enrolled in the Boston Public Schools, sibling priority is available as an option **only** for the school in which the sibling is enrolled.

*W* - indicates WALK ZONE PRIORITY

*T* - indicates TRANSPORTATION ELIGIBLE

*WT* - indicates WALK ZONE PRIORITY and TRANSPORTATION ELIGIBLE

S - indicates SPECIAL ADMISSIONS

# - Times vary by day and/or grade

*T* **Acad of Public Service [1062 REG]**
7:20am - 1:40pm

*T* **Another Course College [1230 REG]**
8:00am - 2:30pm

*S* **Boston Arts Academy [1420 REG]**
Additional application required.

*S* **Boston Comm Lead Acad [1195 REG]**
Additional application required.

*T* **Brighton High [1040 REG]**
7:25am - 1:45pm

*T* **Brook Farm Academy [1254 REG]**
# Call school for hours.

*WT* **Burke High [1120 REG]**
7:30am - 1:55pm

*T* **Charlestown High [1050 REG]**
7:20am - 1:40pm

*WT* **Comm Acad Sci Health [1103 REG]**
# Call school for hours.

*T* **East Boston High [1070 REG]**
7:20am - 1:40pm

*WT* **Engineering School [1102 REG]**
# Call school for hours.

*W* **English High [1000 REG]**
7:25am - 1:45pm

*T* **Excel High [1162 REG]**
7:20am - 1:40pm

*S* **Fenway High [1265 REG]**
Additional application required.

*T* **Madison Park High [1210 VEP]**
7:25am - 1:45pm

*T* **Media Comm Tech High [1252 REG]**
# Call school for hours.

*T* **Monument High [1161 REG]**
7:20am - 1:40pm

*S* **New Mission High [1285 REG]**
Additional application required.

*T* **Noonan Business Acad [1061 REG]**
7:20am - 1:40pm

*T* **Odyssey High [1163 REG]**
7:20am - 1:40pm

*T* **Parkway Tech & Health [1251 REG]**
# Call school for hours.

*T* **Roland Hayes School [1210 REG]**
7:25am - 1:45 pm

*T* **Snowden - Chinese [1200 REG C]**
7:25am - 1:45 pm

*T* **Snowden - French [1200 REG F]**
7:25am - 1:45 pm

*T* **Snowden - Japanese [1200 REG J]**
7:25am - 1:45 pm

*T* **Snowden - Spanish [1200 REG S]**
7:25am - 1:45 pm

*WT* **Social Justice Academy [1101 REG]**
# Call school for hours.

*T* **TechBoston Academy [1460 REG]**
8:30am - 4:30pm

*T* **Urban Science Academy [1253 REG]**
# Call school for hours.

Sibling Name(s) _____

Signature of Parent/Guardian/Other    X _____    Date _____

Signature of Verifier, Zone/School    X _____    Date _____

40597

# BOSTON PUBLIC SCHOOLS
# IMMUNIZATION SHEET

Student # _____    Grade: _____10_____

Last Name: _Foreman_____    First _Kendrick_____ Age _____

Date of Birth: __/__,_10_,_90___    Sex __M___    Telephone _____-_____
      Month   Day   Year

| DPT/DT/DTaP/Td | OPV / IPV | MMR | HIB | HEP B | VARICELLA |
|---|---|---|---|---|---|
| ☐ DPT<br>☐ DT ✓<br>☐ DTaP<br>☐ Pediarix<br>☐ Td / Tdap | ☐ OPV ✓<br>☐ IPV<br>☐ Pediarix | ☐ MMR ✓<br>☐ MMRV | ✓ | ✓ | **Must be at least 12 months old**<br>☐✓ MD Certificate<br>☐ Titre<br>☐✓ Vaccination<br>(Varivax or MMRV) |
| ☐ DPT<br>☐ DT ✓<br>☐ DTaP<br>☐ Pediarix<br>☐ Td / Tdap | ☐ OPV ✓<br>☐ IPV<br>☐ Pediarix | Required for all K1 and K2 students who are **4 y.o** at the time of registration.<br>☐ MMR ✓<br>☐ MMRV | ✓ | ☐ Pediarix ✓ | 2nd dose required if 1st dose given on or after **13th** Birthday<br>☐ |
| ☐ DPT ✓<br>☐ DT<br>☐ DTaP<br>☐ Td<br>☐ Pediarix | ☐ OPV ✓<br>☐ IPV<br>☐ Pediarix | **Must be at least 12 months old**<br>MEASLES ONLY | | ☐ Pediarix ✓ | **Check reason below if student Exempt from Immunizations:**<br>MEDICAL: |
| ☐ DPT<br>☐ DT<br>☐ DTaP ✓<br>☐ Pediarix<br>☐ Trihibit<br>☐ Td / Tdap | ☐ OPV ✓<br>☐ IPV<br>☐ Pediarix | MUMPS ONLY | ☐ Trihibit | | RELIGIOUS:<br>McKINNEY ACT: |
| ☐ DPT<br>☐ DT ✓<br>☐ DTaP<br>☐ Pediarix<br>☐ Td / Tdap | ☐ OPV<br>☐ IPV | RUBELLA ONLY | | | |

**For Grade 7 - 12**
☐ Td  or
☐ Tdap ✓

**ABBREVIATIONS:**
DPT- Diphtheria, Pertussis, Tetanus
DT - Diphtheria, Tetanus (Pediatric) for Pertussis medically contraindicated.
DTaP - Diphtheria, Tetanus, acellular Pertussis
Td - Tetanus, Diphtheria (Adult dose) age 7 and up

Trihibit - DTaP and Hib

Pediarix - DTaP, IPV and Hep B
Tdap - Tetanus, Diphtheria, and Pertussis
MMRV - Measles, Mumps, Rubella, and Varivax

Does the student have any medical concerns the school nurse should be made aware of ?
_____

Information verified by: _U. Okay_____    Zone    (E)    N    W

Date: _4_/_30_,_2006___    Case ID # ☐☐☐☐☐☐☐☐☐

Revised 12/2/2005

STUDENT: 976834  FOREMAN        KENDRICK         DOB: 01/10/1990   GRADE/LEVEL: 10
MEETING DATE: 06/02/2004   MEETING NO: 200401   PLAN COVERS: 06/2004 TO 06/2005

```
--------------------
* RESPONSE SECTION *
*                  *
* SCHOOL ASSURANCE *
--------------------
```

I CERTIFY THAT THE GOALS IN THIS IEP ARE THOSE RECOMMENDED BY THE TEAM AND THAT
THE INDICATED SERVICES WILL BE PROVIDED.

PRINCIPAL:                  DATE       SPED ADMINISTRATOR:               DATE
   MARTINEZ    GERARDO J   06/18/2004  RICCO           SUZANNE E    06/18/2004
     (SIGNATURE ON FILE)                    (SIGNATURE ON FILE)

```
----------------------------
* PARENT OPTIONS/RESPONSE *
----------------------------
```

IT IS IMPORTANT THAT THE DISTRICT KNOWS YOUR DECISION AS SOON AS POSSIBLE.
PLEASE INDICATE YOUR RESPONSE BY CHECKING AT LEAST ONE (1) BOX AND RETURNING
A SIGNED, AND DATED, COPY TO THE DISTRICT.  THANK YOU.

1. _____    I ACCEPT THE IEP AS DEVELOPED.

2. _____    I REJECT THE IEP AS DEVELOPED.

3. _____    I REJECT THE FOLLOWING PORTIONS OF THE IEP WITH THE
                 UNDERSTANDING THAT ANY PORTION(S) THAT I DO NOT REJECT WILL
                 BE CONSIDERED ACCEPTED AND IMPLEMENTED IMMEDIATELY.  REJECTED
                 PORTION(S) ARE AS FOLLOWS:

4. _____    I REQUEST A MEETING TO DISCUSS THE REJECTED IEP OR REJECTED
                 PORTION(S).

SIGNATURE:                              ROLE CODE:              DATE:

   (SIGNATURE OF PARENT, GUARDIAN, EDUCATIONAL
SURROGATE PARENT, STUDENT 18 AND OVER*)

 *REQUIRED SIGNATURE ONCE A STUDENT REACHES 18 UNLESS THERE IS A COURT
 APPOINTED GUARDIAN.

PARENT AND STUDENT HAVE BEEN INFORMED THAT ALL DECISION MAKING RIGHTS TRANSFER
TO THE STUDENT AT AGE 18.  THE STUDENT WILL MAKE ALL EDUCATIONAL DECISIONS AND
PARENTS WILL RECEIVE ALL NOTICES AND HAVE ACCESS TO THE STUDENT RECORDS.

PARENT COMMENT: I WOULD LIKE TO MAKE THE FOLLOWING COMMENT(S) BUT REALIZE ANY
COMMENT(S) MADE THAT SUGGEST CHANGES TO THE PROPOSED IEP WILL NOT BE
IMPLEMENTED UNLESS THE IEP IS AMENDED.

NONE.

I request retesting.

Stephanie States
5/1/06

INDIVIDUALIZED EDUCATION PROGRAM
BOSTON PUBLIC SCHOOLS

STUDENT: 976834  FOREMAN        KENDRICK        DOB: 01/10/1990   GRADE/LEVEL: 10
MEETING DATE: 06/02/2004   MEETING NO: 200401   SASID#: 1059293609
      PLAN COVERS: 06/2004 TO 06/2005    MAJOR SERVICE: XX(R3)

SCHOOL DISTRICT:
      NAME: 1251  PARKWAY TECH & HEALTH        CONTACT: DEVINE        MAUREEN
   ADDRESS: 1205  V F W PKWY                   PHONE: 635-6732
      CITY: WEST ROXBURY         MA. 02132


## PARENT AND/OR STUDENT CONCERNS

WHAT CONCERN(S) DOES THE PARENT AND/OR STUDENT WANT TO SEE ADDRESSED TO ENHANCE
THE STUDENT'S EDUCATION?

   KENDRICK'S GOALS ARE TO MEET THE BENCHMARKS AND TO BE PROMOTED TO NINTH GRADE.
   MS.STOKES FEELS THAT IT IS TIME FOR KENDRICK TO ASSUME MORE RESPONSIBILITY FOR
   HIS SCHOOL WORK AND BEHAVIOR.


## STUDENT STRENGTHS AND KEY EVALUATION RESULTS SUMMARY

WHAT ARE THIS STUDENT'S EDUCATIONAL STRENGTHS, INTEREST AREAS, SIGNIFICANT
PERSONAL ATTRIBUTES AND PERSONAL ACCOMPLISHMENTS?  WHAT IS THE STUDENT'S TYPE
OF DISABILITY(IES), GENERAL EDUCATION PERFORMANCE INCLUDING MCAS/DISTRICT TEST
RESULTS, ACHIEVEMENT TOWARDS GOALS AND LACK OF EXPECTED PROGRESS, IF ANY?

   KENDRICK IS AN EIGHTH GRADE STUDENT WHO RECEIVES RESOURCE ROOM SUPPORT FOR
   LANGUAGE ARTS AND MATH. HE HAS DEMONSTRATED OVERALL PROGRESS IN READING
   COMPREHENSION IN THE CLASSROOM SETTING. BUT NOT ON TESTS. HIS CURRENT SRI
   SCORE IS 755. THE BENCHMARK FOR 8TH GRADE IS 950. KENDRICK HAS BEEN WORKING ON
   WAYS TO ORGANIZE INFORMATION WHILE READING HIS COMPREHENSION AND DEVELOP HIS
   WRITTEN RESPONSES. KENDRICK HAS GOOD PRE-WRITING, STRATEGIES, BUT HE HAS
   DIFFICULTY INCORPORATING INFORMATION INTO A FINAL PROJECT. KENDRICK LIKES TO
   COMPLETE PROJECT-

   ORIENTED TASKS IN SCIENCE AND CONTRIBUTE TO CLASS DISCUSSIONS IN SOCIAL
   STUDIES. HE REQUIRES EXTENDED TIME, GRAPHIC ORGANIZERS, AND TEACHER
   REDIRECTION. HE ALSO NEEDS HELP WITH THE GENERAL ORGANIZATION OF HIS SUPPLIES
   AND HIMSELF AND FOLLOW-THROUGH WITH CLASS ASSIGNMENTS. WHEN FOCUSED AND
   MOTIVATED, KENDRICK IS CAPABLE OF PRODUCING QUALITY WORK. CONTINUED RESOURCE
   ROOM SERVICES FOR LANGUAGE ARTS AND MATH ARE RECOMMENDED. KENDRICK'S OTHER
   BENCHMARK SCORES ARE E/LA WRITING PROMPT, LEVEL 2; MATH TASK, LEVEL 1; AND
   SCIENCE WRITING PROMPT, LEVEL 2.


## VISION STATEMENT: WHAT IS THE VISION FOR THIS STUDENT?

CONSIDER THE NEXT 1 TO 5 YEAR PERIOD WHEN DEVELOPING THIS STATEMENT.  BEGINING
NO LATER THAN AGE 14, THE STATEMENT SHOULD BE BASED ON THE STUDENTS PREFERENCES
AND INTERESTS, AND SHOULD INCLUDE DESIRED OUTCOMES IN ADULT LIVING, POST-
SECONDARY AND WORKING ENVIRONMENTS.

   KENDRICK WILL COMPLETE CLASS ASSIGNMENTS AND INCREASE HIS READING
   COMPREHENSION AND WRITING SKILLS.

STUDENT: 976834  FOREMAN          KENDRICK          DOB: 01/10/1990   GRADE/LEVEL: 10
MEETING DATE: 06/02/2004    MEETING NO: 200401    PLAN COVERS: 06/2004 TO 06/2005

## PRESENT LEVELS OF EDUCATIONAL PERFORMANCE

### A. GENERAL CURRICULUM

CHECK ALL THAT APPLY:              GENERAL CURRICULUM AREAS AFFECTED BY DISABILITY:

Y=HISTORY AND SOCIAL SCIENCES      CONSIDER THE HISTORY, GEOGRAPHY, ECONOMIC AND
                                   CIVICS AND GOVERNMENT STRANDS.

Y=SCIENCE AND TECHNOLOGY           CONSIDER THE INQUIRY, DOMAINS OF SCIENCE,
                                   TECHNOLOGY AND SCIENCE, TECHNOLOGY, AND HUMAN
                                   AFFAIRS STRAND.

Y=MATHEMATICS                      CONSIDER THE NUMBER SENSE, PATTERNS, RELATIONS
                                   AND FUNCTIONS, GEOMETRY AND MEASUREMENT AND
                                   STATISTICS AND PROBABILITY STRANDS.

Y=ENGLISH LANGUAGE ARTS            CONSIDER THE LANGUAGE, COMPOSITION, LITERATURE
                                   (INCLUDING READING) AND MEDIA STRANDS.

N=OTHER CURRICULUM AREAS

HOW DOES THE DISABILITY(IES) AFFECT PROGRESS IN THE CURRICULUM AREA(S)?

KENDRICK'S LEARNING DISABILITY AFFECTS HIS READING COMPREHENSION, WRITTEN
EXPRESSION, AND MATH SKILLS. HE HAS DIFFICULTY COMPREHENDING VOCABULARY AND
TEXT, DRAWING CONCLUSIONS, MAKING INFERENCES, AND READING AND UNDERSTANDING
MATH WORD PROBLEMS. KENDRICK ALSO HAS DIFFICULTY COMPLETING TIMED TASK AND
SUSTAINING ATTENTION THROUGH OUT A LESSON.

WHAT TYPE(S) OF ACCOMMODATIONS, IF ANY, IS NECESSARY FOR THE STUDENT TO MAKE
EFFECTIVE PROGRESS?

SHORT LESSON/TASKS, EXTRA TIME, MANIPULATIVES, VOCABULARY PRESENTED IN
CONTEXT, GRAPHIC ORGANIZERS, STEP-BY-STEP DIRECTIONS, VERBAL/VISUAL CUES AND
MODELS, FREQUENT CHECK-INS, ACCESS TO COMPUTER/CALCULATOR, NEAR TEACHER,
PREFERENTIAL SEATING, HANDS-ON, PRE-TEACH VOCABULARY,

WHAT TYPE(S) OF SPECIALLY DESIGNED INSTRUCTION, IF ANY, IS NECESSARY FOR THE
STUDENT TO MAKE EFFECTIVE PROGRESS?

CHECKLIST FOR ORGANIZATION/EDITING, STRUCTURED SMALL GROUP, 1:1
INSTRUCTION/REINFORCEMENT, GUIDED READING, PROCESS WRITING ACTIVITIES, SLOW
PACE, MULTI-SENSORY, TEACHER MODELING, VISUAL MODELS, VERBAL CUES, BOOKS ON
TAPE, READING COMPREHENSION BUILDING STRATEGIES

CHECK THE NECESSARY INSTRUCTIONAL MODIFICATION(S) AND DESCRIBE HOW SUCH
MODIFICATION(S) WILL BE MADE.

___CONTENT: NONE

___METHODOLOGY/DELIVERY OF INSTRUCTION: SMALL GROUP, 1:1, MULTI-SENSORY,
    REPEAT/REPHRASE, SLOW PACE, TEACHER MODELING, CONCRETE, VISUAL CUES AND
    MODELS, REDIRECTION, STEP-BY-STEP

___PERFORMANCE CRITERIA: STUDENT PRODUCTS, TEACHER ASSESSMENTS AND
    OBSERVATIONS, BPS BENCHMARKS

STUDENT: 976834  FOREMAN          KENDRICK          DOB: 01/10/1990   GRADE/LEVEL: 10
MEETING DATE: 06/02/2004   MEETING NO: 200401   PLAN COVERS: 06/2004 TO 06/2005

## PRESENT LEVELS OF EDUCATIONAL PERFORMANCE

### B. OTHER EDUCATIONAL NEEDS

**CHECK ALL THAT APPLY:**                **GENERAL CONSIDERATIONS**

N=ADAPTED PHYSICAL EDUCATION          N=ASSISTIVE TECH DEVICES/SERVICES
N=BEHAVIOR                            N=BRAILLE NEEDS (BLIND/VISUALLY IMPAIRED)
N=COMMUNICATION (ALL STUDENTS)        N=COMMUNICATION (DEAF/HARD OF HEARING)
N=EXTRA CURRICULUM ACTIVITIES         N=LANGUAGE NEEDS (LEP STUDENTS)
N=NONACADEMIC ACTIVITIES              N=SOCIAL/EMOTIONAL NEEDS
N=TRAVEL TRAINING                     N=SKILL DEVELOPMENT RELATED TO VOCATIONAL
                                          PREPARATION OR EXPERIENCE.

N=OTHER:

### AGE-SPECIFIC CONSIDERATIONS

___FOR CHILDREN AGES 3 TO 5 - PARTICIPATION IN APPROPRIATE ACTIVITIES.

___FOR CHILDREN AGES 14+ (OR YOUNGER IF APPROPRIATE) - STUDENTS COURSE OF STUDY.

___FOR STUDENTS AGES 16 (OR YOUNGER IF APPROPRIATE) TO 22 - TRANSITION TO POST-
SCHOOL ACTIVITIES INCLUDING COMMUNITY EXPERIENCES, EMPLOYMENT OBJECTIVES,
OTHER POST SCHOOL ADULT LIVING OBJECTIVES AND, IF APPROPRIATE, DAILY LIVING
SKILLS.

HOW DOES THE DISABILITY(IES) AFFECT PROGRESS IN THE INDICATED AREA(S) OF
OTHER EDUCATIONAL NEEDS?

   NOT APPLICABLE

WHAT TYPE(S) OF ACCOMMODATIONS, IF ANY, IS NECESSARY FOR THE STUDENT TO MAKE
EFFECTIVE PROGRESS?

   NOT APPLICABLE

WHAT TYPE(S) OF SPECIALLY DESIGNED INSTRUCTION, IF ANY, IS NECESSARY FOR THE
STUDENT TO MAKE EFFECTIVE PROGRESS?

   NOT APPLICABLE

CHECK THE NECESSARY INSTRUCTIONAL MODIFICATION(S) AND DESCRIBE HOW SUCH
MODIFICATION(S) WILL BE MADE.

___CONTENT: NOT APPLICABLE

___METHODOLOGY/DELIVERY OF INSTRUCTION: NOT APPLICABLE

___PERFORMANCE CRITERIA: NOT APPLICABLE

STUDENT: 976834  FOREMAN          KENDRICK          DOB: 01/10/1990   GRADE/LEVEL: 10
MEETING DATE: 06/02/2004   MEETING NO: 200401   PLAN COVERS: 06/2004 TO 06/2005

### CURRENT PERFORMANCE LEVELS/MEASURABLE ANNUAL GOALS

GOAL: 01     SPECIFIC GOAL FOCUS: R  READING AND LANGUAGE ARTS

CURRENT PERFORMANCE LEVEL: WHAT CAN THE STUDENT CURRENTLY DO?

   STUDENT DOES READ AND UNDERSTAND A VARIETY OF SCHOOL SELECTED GRADE LEVEL
   MATERIALS 80 PERCENT CORRECT.
-----------------------------------------------------------------------------

MEASURABLE ANNUAL GOAL: WHAT CHALLENGING, YET ATTAINABLE, GOAL CAN WE EXPECT
THE STUDENT TO MEET BY THE END OF THIS IEP PERIOD?  HOW WILL WE KNOW THAT THE
STUDENT HAS REACHED THIS GOAL?

   STUDENT WILL IMPROVE READING AND LANGUAGE ARTS, IN THE AREA(S) OF:- READING
   AND COMPREHENSION STRATEGIES, WRITING

   RELATED AREAS INCLUDE: NONE.
-----------------------------------------------------------------------------

BENCHMARKS/OBJECTIVES: WHAT WILL THE STUDENT NEED TO DO TO COMPLETE THIS GOAL?

01 GIVEN APPROPRIATE MATERIALS AND INSTRUCTION, WHEN ASKED, SHOWN AND
   HELPED, AND WITH A BEHAVIORAL MANAGEMENT CONTRACT STUDENT WILL SUPPORT
   ASSERTIONS ABOUT READINGS WITH EVIDENCE FROM THE READINGS AS DEMONSTRATED
   BY APPLICATIONS TO REAL LIFE SITUATIONS 80 PERCENT CORRECT.

02 GIVEN APPROPRIATE MATERIALS AND INSTRUCTION, WHEN TOLD, SHOWN AND HELPED,
   AND WITH EDIBLES AND SOCIAL APPROVAL STUDENT WILL PREDICT OUTCOMES OR
   LOGICAL CONCLUSIONS, USING EVIDENCE FROM THE READINGS AS DEMONSTRATED BY
   RESPONDING IN LOGICAL SEQUENCE 80 PERCENT CORRECT.

03 GIVEN APPROPRIATE MATERIALS AND INSTRUCTION, WHEN ASKED, SHOWN AND
   HELPED, AND WITH A BEHAVIORAL MANAGEMENT CONTRACT STUDENT WILL WRITE A
   CONCLUSION THAT BRINGS THE WORK TO SUMMATION AS DEMONSTRATED BY
   RESPONDING IN LOGICAL SEQUENCE 80 PERCENT CORRECT.

STUDENT: 976834  FOREMAN      KENDRICK       DOB: 01/10/1990   GRADE/LEVEL: 10
MEETING DATE: 06/02/2004   MEETING NO: 200401   PLAN COVERS: 06/2004 TO 06/2005

### CURRENT PERFORMANCE LEVELS/MEASURABLE ANNUAL GOALS

GOAL: 02     SPECIFIC GOAL FOCUS: A  ARITHMETIC

CURRENT PERFORMANCE LEVEL: WHAT CAN THE STUDENT CURRENTLY DO?

   STUDENT DOES DEVELOP NUMBER SENSE FROM WHOLE NUMBERS, FRACTION, DECIMALS,
   INTEGERS, AND RATIONAL NUMBERS 75 PERCENT CORRECT.
--------------------------------------------------------------------------------

MEASURABLE ANNUAL GOAL: WHAT CHALLENGING, YET ATTAINABLE, GOAL CAN WE EXPECT
THE STUDENT TO MEET BY THE END OF THIS IEP PERIOD?  HOW WILL WE KNOW THAT THE
STUDENT HAS REACHED THIS GOAL?

   STUDENT WILL IMPROVE ARITHMETIC, IN THE AREA(S) OF:- NUMBER SENSE

   RELATED AREAS INCLUDE: NONE.
--------------------------------------------------------------------------------

BENCHMARKS/OBJECTIVES: WHAT WILL THE STUDENT NEED TO DO TO COMPLETE THIS GOAL?

01 GIVEN PRACTICE AND DRILL, STUDENT WILL DEVELOP NUMBER SENSE FROM WHOLE
   NUMBERS, FRACTION, DECIMALS, INTEGERS, AND RATIONAL NUMBERS AS
   DEMONSTRATED BY WRITTEN AND ORAL EXERCISES 75 PERCENT CORRECT.

02 GIVEN PRACTICE AND DRILL, STUDENT WILL MASTER COMPUTATIONS WITH FRACTIONS
   AND REAL NUMBERS AS DEMONSTRATED BY WRITTEN EXERCISES/RESPONSES(S) 75
   PERCENT CORRECT.

03 GIVEN PRACTICE AND DRILL, STUDENT WILL INVESTIGATE AND DESCRIBE THE
   RELATIONSHIP AMONG FRACTIONS, DECIMALS, AND PERCENTS AS DEMONSTRATED BY
   WRITTEN EXERCISES/RESPONSES(S) 75 PERCENT CORRECT.

04 GIVEN PRACTICE AND DRILL, STUDENT WILL APPLY A VARIETY OF METHODS TO
   CHECK REASONABLENESSOF RESULTS AS DEMONSTRATED BY WRITTEN AND ORAL
   EXERCISES 80 PERCENT OF THE TIME.

STUDENT: 976834   FOREMAN       KENDRICK         DOB: 01/10/1990   GRADE/LEVEL: 10
MEETING DATE: 06/02/2004   MEETING NO: 200401   PLAN COVERS: 06/2004 TO 06/2005

SERVICE DELIVERY: WHAT ARE THE TOTAL SERVICE DELIVERY NEEDS OF THIS STUDENT?

SCHOOL DISTRICT CYCLE: ( ) 5 DAY CYCLE  ( ) 6 DAY CYCLE  ( ) 10 DAY CYCLE
                       ( ) OTHER:    DAY CYCLE

C. SPECIAL EDUCATION/RELATED SERVICES IN OTHER SETTINGS   (DIRECT SERVICES):

| FOCUS ON GOAL | TYPE OF SERVICE | PERSONS RESPONSIBLE | PROJECTED START/END DATE | FREQ/DURATION PER DAY/WEEK MONTH/YEAR | TOTAL HRS.MIN |
|---|---|---|---|---|---|
| 01 | LANGUAGE ARTS | RESOURCE ROOM T | 06/02/2004 | 45 MIN/DAY 5 DAYS/WEEK CURLEY MARY MIDDLE | 3.45/WK |
| 02 | MATH | RESOURCE ROOM T | 06/02/2004 | 45 MIN/DAY 5 DAYS/WEEK CURLEY MARY MIDDLE | 3.45/WK |

**STUDENT: 976834  FOREMAN          KENDRICK          DOB: 01/10/1990   GRADE/LEVEL: 10**
**MEETING DATE: 06/02/2004   MEETING NO: 200401   PLAN COVERS: 06/2004 TO 06/2005**

## NON-PARTICIPATION JUSTIFICATION

IS THE STUDENT REMOVED FROM THE GENERAL EDUCATION CLASSROOM AT ANY TIME?

( ) NO  (X) YES  IF YES, WHY IS REMOVAL CONSIDERED CRITICAL TO THE STUDENTS
PROGRAM?

SPECIALLY DESIGNED, SMALL GROUP INSTRUCTION IN THE RESOURCE ROOM IS
NEEDED TO ADDRESS ACADEMIC DEFICITS AND TO ACHIEVE CURRICULUM
LITERACY STANDARDS.

-------------------------------------------------------------------------------

## SCHEDULE MODIFICATION

SHORTER: DOES THIS STUDENT REQUIRE A SHORTER SCHOOL DAY OR SHORTER SCHOOL YEAR?

(X) NO  ( ) YES - SHORTER DAY  ( ) YES - SHORTER YEAR
IF YES, ANSWER THE QUESTIONS BELOW.

LONGER: DOES THIS STUDENT REQUIRE A LONGER SCHOOL DAY OR LONGER SCHOOL YEAR TO
PREVENT SUBSTANTIAL LOSS OF PREVIOUSLY LEARNED SKILLS AND/OR SUBSTANTIAL
DIFFICULTY IN RELEARNING SKILLS?

(X) NO  ( ) YES - LONGER DAY  ( ) YES - LONGER YEAR
IF YES, ANSWER THE QUESTIONS BELOW.

HOW WILL THE STUDENT'S SCHEDULE BE MODIFIED?  WHY IS THIS SCHEDULE
MODIFICATION BEING RECOMMENDED?  IF A LONGER DAY OR YEAR IS RECOMMENDED, HOW
WILL THE SCHOOL DISTRICT COORDINATE SERVICES ACROSS PROGRAM COMPONENTS?

NOT ON FILE

-------------------------------------------------------------------------------

## TRANSPORTATION SERVICES

TRANSPORTATION PLAN:  DOES THE STUDENT REQUIRE TRANSPORTATION AS A RESULT OF
THE DISABILITY(IES)?

THE TRANSPORTATION PLAN IS: RE  REGULAR

WITH THE FOLLOWING JUSTIFICATION:

NOT ON FILE

STUDENT: 976834  FOREMAN          KENDRICK          DOB: 01/10/1990   GRADE/LEVEL: 10
MEETING DATE: 06/02/2004   MEETING NO: 200401   PLAN COVERS: 06/2004 TO 06/2005

### STATE OR DISTRICT-WIDE ASSESSMENTS

CONSIDER ANY STATE OR DISTRICT-WIDE ASSESSMENTS TO BE ADMINISTERED DURING THE
TIME SPAN COVERED BY THIS IEP.  FOR EACH "CONTENT" AREA, IDENTIFY THE STUDENT'S
ASSESSMENT PARTICIPATION STATUS BY PUTTING AN "X" IN THE CORRESPONDING BOX FOR
COLUMN 1, 2 OR 3.

|  | STU PARTICIPATES IN ON-DEMAND TESTING UNDER ROUTINE CONDITIONS IN THIS "CONTENT" AREA. | STU PARTICIPATES IN ON-DEMAND TESTING WITH ACCOMMODATIONS IN THIS "CONTENT" AREA. | STU PARTICIPATES IN ALTERNATE ASSESSMENTS IN THIS "CONTENT" AREA. |
|---|---|---|---|
|  | COLUMN 1 | COLUMN 2 | COLUMN 3 |
| HISTORY/SOCIAL SCIENCES: |  | X (STANDARD) |  |
| SCIENCE AND TECHNOLOGY: |  | X (STANDARD) |  |
| MATHEMATICS: |  | X (STANDARD) |  |
| ENGLISH LANGUAGE ARTS: |  | X (STANDARD) |  |

FOR EACH "CONTENT" AREA IDENTIFIED BY AN "X" IN COLUMN 2 ABOVE: NOTE IN THE
SPACE BELOW, THE "CONTENT" AREA AND DESCRIBE THE "ACCOMMODATIONS" NECESSARY FOR
PARTICIPATION IN THE ON-DEMAND TESTING.  ANY ACCOMMODATIONS USED FOR ASSESSMENT
PURPOSES SHOULD BE CLOSELY MODELED ON THE ACCOMMODATIONS THAT ARE PROVIDED TO
THE STUDENT AS PART OF HIS/HER INSTRUCTIONAL PROGRAM.

   HISTORY/SOCIAL SCIENCES: SHORT PERIODS, DIRECTIONS CLARIFIED, EXTRA TIME AS
   NEEDED, PRE-DRAWN GRAPHIC ORGANIZER

   SCIENCE AND TECHNOLOGY: SHORT PERIODS, EXTRA TIME AS NEEDED, DIRECTIONS
   CLARIFIED

   MATHEMATICS: SMALL GROUP, SHORT PERIODS, DIRECTIONS CLARIFIED, EXTRA TIME AS
   NEEDED, CALCULATOR

   ENGLISH LANGUAGE ARTS: SMALL GROUP, SHORT PERIODS, DIRECTIONS CLARIFIED,
   EXTRA TIME AS NEEDED, PRE-DRAWN GRAPHIC ORGANIZER

**STUDENT: 976834  FOREMAN        KENDRICK        DOB: 01/10/1990    GRADE/LEVEL: 10**
**MEETING DATE: 06/02/2004    MEETING NO: 200401    PLAN COVERS: 06/2004 TO 06/2005**

### ADDITIONAL INFORMATION

**INCLUDE THE FOLLOWING TRANSITION INFORMATION: THE ANTICIPATED GRADUATION DATE; A STATEMENT OF INTERAGENCY RESPONSIBILITIES OR NEEDED LINKAGES; THE DISCUSSION OF TRANSFER OF RIGHTS AT LEAST ONE YEAR BEFORE AGE OF MAJORITY; AND A RECOMMENDATION FOR CHAPTER 688 REFERRAL.**

**DOCUMENT EFFORTS TO OBTAIN PARTICIPATION IF A PARENT AND/OR STUDENT DID NOT ATTEND MEETING OR PROVIDE INPUT.  PLEASE REFER TO THE LOG OF EFFORTS.**

**RECORD OTHER RELEVANT IEP INFORMATION NOT PREVIOUSLY STATED.**

**CHAPTER 688 REFERRAL:**

**CHECK ONE OF THE FOLLOWING: ( ) APPLICABLE   (X) NOT APPLICABLE**

**STATEMENT OF NEEDED TRANSITIONAL SERVICES:**

**POST-SCHOOL VISION STATEMENT:**

**THIS SECTION DESCRIBES THE STUDENT'S DESIRED OUTCOME(S) IN ADULT LIVING, POST-SECONDARY, AND WORKING ENVIRONMENTS:**

**KENDRICK WILL COMPLETE CLASS ASSIGNMENTS AND INCREASE HIS READING COMPREHENSION AND WRITING SKILLS.**

Case 1:05-cv-11764-RWZ    Document 27    Filed 06/15/2006    Page 21 of 23

STUDENT: 976834  FOREMAN      KENDRICK      DOB: 01/10/1990   GRADE/LEVEL: 10
MEETING DATE: 06/02/2004    MEETING NO: 200401   PLAN COVERS: 06/2004 TO 06/2005

### ADDITIONAL INFORMATION (CONTINUED)

**DISCIPLINE CODE:**

  THE STUDENT WILL ADHERE TO THE BPS CODE OF DISCIPLINE: YES

    IF YES, DESCRIBE MODIFICATION(S):

      NONE.

**PROMOTIONAL POLICY:**

  THE STUDENT WILL ADHERE TO THE BPS PROMOTIONAL POLICY.  IF NEEDED, THE
  THE ACCOMMODATIONS OR MODIFICATIONS ARE DESCRIBED.

  COURSE REQUIREMENTS: NO ACCOMMODATION.

  STUDENT PRODUCTS: NO ACCOMMODATION.

  ATTENDANCE: NO ACCOMMODATION.

  MINIMUM TIME REQUIREMENT: NO ACCOMMODATION.

  DISTRICT ASSESSMENTS:
    NORM REFERENCED:  READING:  SA  STANDARD ACCOMMODATION
                      MATH:     SA  STANDARD ACCOMMODATION

  PERFORMANCE BASED:  READING:  SA  STANDARD ACCOMMODATION
                      MATH:     SA  STANDARD ACCOMMODATION

          COMMENTS:  SMALL GROUP, CLARIFYING DIRECTIONS, EXTRA TIME

  OTHER:  READING:
            NONE.

          MATH:
            NONE.

**GRADUATION/DIPLOMA:**

  FOR STUDENTS 14 YEARS OR OLDER, THE TEAM HAS DETERMINED THAT THE STUDENT IS
  EXPECTED TO GRADUATE FROM HIGH SCHOOL.

  (X) YES  ( ) NO   IF YES, ANTICIPATED DATE OF GRADUATION: 06/2008.

  CRITERIA FOR GRADUATION INCLUDES MODIFICATION(S): YES

    IF YES, DESCRIBE: KENDRICK WILL ADHERE TO THE BPS PROMOTIONAL POLICY AND
                      PASS STATE AND DISTRICT TESTING IN CONJUNCTION WITH
                      THIS I.E.P.

**MEDICATION:** ( ) YES  (X) NO

          STUDENT IS NOT ON MEDICATION

**MEDICAL ISSUES:** ( ) YES  (X) NO

DATE: 05/01/2006    INDIVIDUALIZED EDUCATION PROGRAM    PAGE: 10 OF 11

STUDENT: 976834  FOREMAN        KENDRICK        DOB: 01/10/1990   GRADE/LEVEL: 10
MEETING DATE: 06/02/2004  MEETING NO: 200401  PLAN COVERS: 06/2004 TO 06/2005

SCHOOL DISTRICT:
    NAME: 1251  PARKWAY TECH & HEALTH        CONTACT: DEVINE          MAUREEN
    ADDRESS: 1205  V F W PKWY                PHONE: 635-6732
    CITY: WEST ROXBURY          MA. 02132

```
                  ------------------------------
                  * ADMINISTRATIVE DATA SHEET *
                  ------------------------------
```

STUDENT INFORMATION:

    NAME: FOREMAN          KENDRICK      SCHOOL ID#: 976834    SASID#: 1059293609
    ADDRESS: 3919  WASHINGTON ST    APT. 2
    CITY: ROSLINDALE              MA.  02131

  BIRTH DATE: 01/10/1990  PLACE OF BIRTH:              AGE: 14  GRADE/LEVEL: 10

  PRIMARY LANGUAGE: ENGLISH         LANGUAGE OF INSTRUCTION:

  HOME TELEPHONE: (617) 524-1201      SEX: MALE

  IF 18 OR OLDER: ( ) ACTING ON OWN BEHALF    ( ) COURT APPOINTED GUARDIAN
                  ( ) SHARED DECISION-MAKING  ( ) DELEGATED DECISION-MAKING
--------------------------------------------------------------------------------

PARENT/GUARDIAN INFORMATION:

    NAME: STOKES        STEPHONA C   RELATIONSHIP TO STUDENT: PARENT
    ADDRESS: 3919  WASHINGTON ST    APT. 2
    CITY: ROSLINDALE          02131

  HOME TELEPHONE: (617) 524-1201    OTHER TELEPHONE: (617) 283-6754

  PRIMARY LANGUAGE OF PARENT/GUARDIAN: ENGLISH
--------------------------------------------------------------------------------

PARENT/GUARDIAN INFORMATION:  (NONE)

    NAME:                        RELATIONSHIP TO STUDENT:
    ADDRESS:
    CITY:

  HOME TELEPHONE:                OTHER TELEPHONE:

  PRIMARY LANGUAGE OF PARENT/GUARDIAN:
--------------------------------------------------------------------------------

MEETING INFORMATION:

  DATE OF MEETING: 06/02/2004       TYPE OF MEETING: AR ANNUAL REVIEW

  NEXT SCHEDULED ANNUAL REVIEW MEETING: 06/2005

  NEXT SCHEDULED THREE YEAR REEVALUATION MEETING: 04/2006
--------------------------------------------------------------------------------

ASSIGNED SCHOOL INFORMATION:

  SCHOOL NAME: 1251   PARKWAY TECH & HEALTH    TELEPHONE: 635-6732
    ADDRESS: 1205 V F W PKWY
      CITY: WEST ROXBURY          MA.  02132      GRADE:

  CONTACT PERSON: DEVINE        MAUREEN    ROLE: RESOURCE ROOM TEACHER

  COST SHARED PLACEMENT: (X) NO    ( ) YES

        IF YES, SPECIFY AGENCY:

DATE: 05/01/2006          INDIVIDUALIZED EDUCATION PROGRAM          PAGE: 11 OF 11

STUDENT: 976834  FOREMAN          KENDRICK          DOB: 01/10/1990    GRADE/LEVEL: 10
MEETING DATE: 06/02/2004    MEETING NO: 200401    PLAN COVERS: 06/2004 TO 06/2005

SCHOOL DISTRICT:
   NAME: 1251  PARKWAY TECH & HEALTH          CONTACT: DEVINE          MAUREEN
  ADDRESS: 1205  V F W PKWY          PHONE: 635-6732
   CITY: WEST ROXBURY          MA. 02132

--------------------------------------------
    *          ATTENDANCE SHEET          *
    *                                       *
    * SPECIAL EDUCATION TEAM MEETING *
--------------------------------------------

PURPOSE OF MEETING: (CHECK ALL THAT APPLY)

  ( ) ELIGIBILITY DETERMINATION     (X) IEP DEVELOPMENT     ( ) PLACEMENT

    ( ) INITIAL EVALUATION          ( ) INITIAL

    ( ) REEVALUATION          (X) ANNUAL REVIEW

                      ( ) OTHER:

----------------------------------------------------------------------

PARTICIPANTS PRESENT AT MEETING:

| PERSONS PRESENT AT MEETING: | | ROLE/ASSESSMENT RESPONSIBILITY | SIGNATURE IF IN ATTENDANCE |
|---|---|---|---|
| RICCO | SUZANNE E | CHAIR-ETL | |
| DEVINE | MAUREEN | RESOURCE ROOM TEACHER | (SIGNATURE ON FILE) |
| RODRIGUEZ | ANA N | RESOURCE ROOM TEACHER | (SIGNATURE ON FILE) |
| MARTINEZ | ARMANDO | REGULAR TEACHER | (SIGNATURE ON FILE) |
| OQUENDO | ANA | REGULAR TEACHER | (SIGNATURE ON FILE) |
| STOKES | STEPHONA | PARENT | (SIGNATURE ON FILE) |

As the parent of Kendrick Foreman, I would like to express that, I do not recall being present and was not given this IEP. I am receiving this from WREC 5/1/06 for the 1st time that I can remember.

Stephona Stokes

May 1, 2006