UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHONA STOKES
          Plaintiff

                                                    CIVIL ACTION
    V.
                                                    NO. 05CV11764-RWZ

UNITED STATES DEPT. OF EDUCATION ET AL
          Defendant


## JUDGMENT

ZOBEL, D. J.

In accordance with the MEMORANDUM OF DECISION entered 7/10/06;

JUDGMENT is entered for DISMISSING the Complaint and all proposed amendments.

                                                    By the Court,


7/11/06                                             s/ Lisa A. Urso
Date                                                Deputy Clerk